| United States Bankruptcy Court<br>District of Vermont | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Plastic Technologies of Vermont, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba Shelburne Plastics; | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):     EIN: 03-0344745 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City,  and State)<br>8 Harbor View Road<br>South Burlington, VT       ZIPCODE 05403 | Street Address of Joint Debtor (No. and Street, City, and State       ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Chittenden | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIPCODE | Mailing Address of Joint Debtor (if different from street address):       ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):       ZIPCODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- ☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check **one**  box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other Manufacturing

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main  Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form  3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
- - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Plastic Technologies of Vermont, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>Plastic Technologies of New York, LLC | Case Number: | Date Filed:<br>October 20, 2013 |
| District:<br>District of Vermont | Relationship:<br>Affiliate | Judge:<br>Colleen A. Brown |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

**B1 (Official Form 1) (04/13)**          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Plastic Technologies of Vermont, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    (Date)

---

**Signature of Attorney***

X /s/ Raymond J. Obuchowski
Signature of Attorney for Debtor(s)

RAYMOND J. OBUCHOWSKI
Printed Name of Attorney for Debtor(s)

Obuchowski & Emens-Butler, PC
Firm Name

PO Box 60
Address

Bethel, VT 05032

802-234-6244   ray@oeblaw.com
Telephone Number      e-mail

October 20, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Eugene F. Torvend
Signature of Authorized Individual

EUGENE F. TORVEND
Printed Name of Authorized Individual

President
Title of Authorized Individual

October 20, 2013
Date

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

MINUTES OF SPECIAL MEETING
OF THE BOARD OF DIRECTORS OF
PLASTIC TECHNOLOGIES OF VERMONT, INC.

Minutes of a Special Meeting of the Board held at 8 Harbor View Road, South Burlington, , Vermont on the 17th day of October 2013, at 10:00 A.M. in the morning of that day.

The President called the meeting to order, and called the roll.

The sole Director answered present:

Gene Torvend

The President was then elected to chair the meeting, and further requested John Mayer to take the minutes of the meeting, as acting secretary.

The President then stated that this meeting was called at the request of the Director to consider the following business:

Whether the Corporation should proceed with the sale of all of its assets, and

Whether the Corporation should file a petition for relief under Chapter 11 of the Bankruptcy Code for the purpose of effectuating such a sale.

The President then read the notice of continued special meeting and stated that the Directors, then present, had waived notice thereof, in accordance with the By-Laws.

On motion duly made and carried, the notice was ordered spread upon the minutes.

Thereupon and thereafter the business of proceeding under Chapter 11 of the Bankruptcy Code for purposes of liquidation was taken up and discussed.

Thereafter, on motion duly made and carried, it was

Resolved, that the Corporation proceed with the filing of a petition for relief under Chapter 11 of the Bankruptcy Code and the President is empowered to execute the petition for relief, and the officers of the Corporation are further empowered to execute, make and deliver any and all documents necessary to effectuate these purposes; and it further is,

Resolved, that the Corporation retain the Obuchowski & Emens-Butler, P.C. of Bethel, VT as its bankruptcy attorney to effectuate these purposes, and

Resolved, that the Corporation retain the Sheehey, Furlong & Behm, PC to continue as its general and corporate attorney to effectuate these purposes.

There being no further business, the meeting adjourned.


DATED:  Sunday, October 20, 2013

PLASTIC TECHNOLOGIES OF VERMONT, INC.


By:  _____ 10/20/13
          Eugene F. Torvend, President

UNITED STATES BANKRUPTCY COURT
**District of Vermont**

In re   Plastic Technologies of Vermont, Inc.                    ,
                              Debtor

Case No.   _____

Chapter   _____11_____

**Voluntary Petition Continuation Sheet**

| Additional Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor | | |
|---|---|---|
| Name of Debtor:<br>  Plastic Technologies of Maryland, Inc. | Case Number: | Date Filed:<br>  October 20, 2013 |
| District:<br>  District of Vermont | Relationship:<br>  Affiliate | Judge:<br>  Colleen A. Brown |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Vermont

In re     Plastic Technologies of Vermont, Inc.        Case No. _____

              Debtor

                                                   Chapter    11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $        0.00 | | |
| B – Personal Property | YES | 3 | $ 3,102,886.59 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 4 | | $ 5,305,893.10 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 21 | | $ 1,108,701.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 42 | | $ 3,999,976.04 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $        0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $        0.00 |
| TOTAL | | 76 | $ 3,102,886.59 | $10,414,570.43 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

# United States Bankruptcy Court

## District of Vermont

In re     Plastic Technologies of Vermont, Inc.                     Case No. _____

                                        Debtor

                                                                    Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $        N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $        N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $        N.A. |
| Student Loan Obligations (from Schedule F) | $        N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $        N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $        N.A. |
| TOTAL | $        N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

In re    Plastic Technologies of Vermont, Inc.                    Case No. _____
_____
**Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Leasehold interest in Manufacturing Plan & Offices<br>8 Harbor View, South Burlington, VT<br>See Schedule G for detail | Leasehold | | 0.00 | None |
| Leasehold interest in Manufacturing Plan & Offices<br>Manchester, NH<br>See Schedule G for detail | Leasehold | | 0.00 | None |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re   Plastic Technologies of Vermont, Inc.                                  Case No. _____
         **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Petty Cash Company | | 100.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Centrix - Checking (Sweep acct) TD Bank - Checking Account | | 0.00 10,000.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance - Midland National #1502882629 | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

In re    Plastic Technologies of Vermont, Inc.                                    Case No. _____
_____                                                (If known)
        **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable as of 10/17/13 | | 1,104,786.59 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Intellectual Property - Tradename, Web Site | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Trailers and Ford Pickup (Leased vehicles) | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment and Miscellaneous supplies Vermont & New Hampshire Value included in Appraisal under Equipment | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

In re  Plastic Technologies of Vermont, Inc. _____  Case No. _____
       **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment  (See attached listing) Vermont - $530,000 NH - $800,000 Orderly Liquidation value per 9/19/13 appraisal | | 1,330,000.00 |
| 30. Inventory. | | Inventory - Finished, Raw & WIP | | 658,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____  continuation sheets attached      Total      $  3,102,886.59

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**BLOW MOLDING**

| Qty. | Age | Item | Model | Serial No. | Description |
|---|---|---|---|---|---|
| | | | | | **LINE #1** |
| 1 | 1984 | UNILOY | 2016RS | 3432 | RECIPROCATING BLOW MOLDING MACHINE, 2 HEAD (WAS 4), RELAY CONTROLS WITH DIGITAL UPGRADE FOR HEATER WITH SHUTTLE ARM TO TRANSFER TO INCLINE CONVEYOR, WITH IN HOUSE LEAK TESTER & TRANSFER CONVEYOR |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 1 | | EMI | | | CONVEYOR, HORIZONTAL TO INCLINE, 10" WIDE x 6' LONG |
| 1 | | EMI | | | CONVEYOR, INCLINE, 12" WIDE x 10' LONG |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH ACCUMULATION TABLE |
| | | | | | **LINE #2** |
| 1 | 1979 | UNILOY | 2016 | 3075 | RECIPROCATING BLOW MOLDING MACHINE, 2 HEAD, RELAY CONTROL WITH DIGITAL HEATER CONTROLLER, SHUTTLE ARM TO BOTTLE CONVEYOR, TRIM STATION FOR TOP & TAILS, LEAK DETECTOR, CONVEYOR |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 1 | | EMI | | | CONVEYOR, INCLINE, 12" WIDE x 10' LONG |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH ACCUMULATION TABLE |
| | | | | | **LINE #3** |
| 1 | 1979 | UNILOY | 2014 | 3071 | RECIPROCATING BLOW MOLDING MACHINE, 3 HEADS, RELAY CONTROLS WITH DIGITAL HEATER CONTROLS, TRANSFER SWING ARM TO INLINE 8' CONVEYOR, TRIM STATION & LEAK TESTER |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 1 | 20XX | EMI | RMC-12-12-20 | M-1666 | CONVEYOR, INCLINE TO GRINDER |
| 1 | 199X | POLYMER SYSTEMS | 1120SP | 1120-92-7 | GRINDER, 11" x 20" CUTTING CHAMBER, 20 HP |
| 1 | | | | | LABELER, DUAL SIDE, MADE IN HOUSE |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 48" x 72" ACCUMULATION TABLE |
| | | | | | **LINE #4** |
| 1 | 1979 | UNILOY | 2014 | 2831 | RECIPROCATING BLOW MOLDING MACHINE, 4 HEADS, UNILOY TRANSFER SHUTTLE ARM, TRIM STATION, COOLING SECTION, LEAK TESTER |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 2 | | EMI | RMC-12-12-20 | M-1404, N/A | CONVEYOR, 8" WIDE X 12' LONG, INCLINE TO GRINDER |
| 1 | | AIS CONTAINER HANDLING | AUTO ADJUST II | 10386 | LEAK TESTER |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 48" x 60" ACCUMULATION TABLE |
| | | | | | **LINE #5** |
| 1 | 1991 | UNILOY | 2016 | 4248 | RECIPROCATING BLOW MOLDING MACHINE, 3 HEADS, ADDED NEW A/B DIGITAL CONTROL & DIGITAL HEATER CONTROLS, UNILOY TRANSFER SHUTTLE ARM, TRIM STATION, COOLING SECTION, LEAK TESTER |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 2 | | EMI | RMC-12-12-20 | M-1404, N/A | CONVEYOR, 8" WIDE X 12' LONG, INCLINE TO GRINDER |
| 1 | | AIS CONTAINER HANDLING | AUTO ADJUST II | 10386 | CONVEYOR TO LEAK TESTER |
| 1 | 199X | CUMBERLAND | 8X12 | 72400-88538 | GRINDER, 8" x 12" CUTTING CHAMBER, 5 HP, 3 KNIVES |
| 1 | 2002 | SLEEVECO | SL-1800 | 200239 | LABELER |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 10' ACCUMULATION TABLE |
| | | | | | **LINE #6** |
| 1 | 1992 | ROCHELEAU | SPB-2 | SPB-92-223 | RECIPROCATING BLOW MOLDING MACHINE, 4 HEADS, RELAY CONTROL & DIGITAL HEATER CONTROLS, TRANSFER SHUTTLE ARM, TRIM STATION, (2) STATION LEAK TESTER |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 1 | | EMI | | | CONVEYOR, 8" WIDE X 10' LONG, INCLINE TO GRINDER (TAILS) |
| 1 | | EMI | | | CONVEYOR, 12" WIDE X 10' LONG, INCLINE TO GRINDER |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 38" x 60" ACCUMULATION TABLE |
| 1 | 199X | CUMBERLAND | 8X12 | 72400-9362 | GRINDER, 8" x 12" CUTTING CHAMBER, 5 HP, 3 KNIVES |
| | | | | | **LINE #7** |
| 1 | 1993 | ROCHELEAU | SPB-2 | SPB-92-232 | RECIPROCATING BLOW MOLDING MACHINE, 4 HEADS, RELAY CONTROL & DIGITAL HEATER CONTROLS, TRANSFER SHUTTLE ARM, TRIM STATION, (2) STATION LEAK TESTER |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 1 | | EMI | | | CONVEYOR, 8" WIDE X 10' LONG, HORIZONTAL TO GRINDER (TAILS) |
| 1 | | EMI | | | CONVEYOR, 6" WIDE X 10' LONG, INCLINE TO GRINDER |
| 1 | | SLEEVECO | ST=1100 | 5-95019 | LABEL STATION, SINGLE BOTTLE |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 32" x 40" ACCUMULATION TABLE |
| 1 | 199X | CUMBERLAND | 8X12 | 72150-88040 | GRINDER, 8" x 12" CUTTING CHAMBER, 5 HP |
| | | | | | **LINE #8** |
| 1 | 1993 | ROCHELEAU | SPB-2 | SPB-92-233 | RECIPROCATING BLOW MOLDING MACHINE, 4 HEADS, RELAY CONTROL & DIGITAL HEATER CONTROLS, TRANSFER SHUTTLE ARM, TRIM STATION, CONVEYORS |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 1 | | EMI | | | CONVEYOR, 4" WIDE X 10' LONG, HORIZONTAL TO GRINDER (TAILS) |
| 1 | | EMI | | | CONVEYOR, 10" WIDE X 10' LONG, INCLINE TO GRINDER |

SHELBURNE PLASTICS
BURLINGTON, VT

Case 13-10729   Doc   1   Filed 10/20/13   Entered   10/20/13 19:40:50   SCHEDULE "B"
OCTOBER 16, 2013
Desc   Main Document   Page   15 of 150   Paragraph 29

**BLOW MOLDING**

| Qty. | Age | Item | Model | Serial No. | Description |
|---|---|---|---|---|---|
| 1 | | AIS CONTAINER HANDLING | AUTO ADJUST III | 10434 | LEAK TESTER |
| 1 | 199X | JDA PACKAGING PRO-LABEL | WLA-2 | 71110 | LABEL STATION |
| | | | | | **LINE #9** |
| 1 | 1995 | UNILOY | 2016 | 4681 | RECIPROCATING BLOW MOLDING MACHINE, 3 HEADS, WITH TRANSFER ARM, TOP & TAIL TRIM STATION, BOTTLE TRANSFER CONVEYORS |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 1 | | EMI | | | CONVEYOR, 6" WIDE X 10' LONG, INCLINE TO GRINDER |
| 1 | 20XX | | | | ROLL ON LABELER FOR 1/2 GALLON CONTAINER (NO NAME ON UNIT) |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 36" x 72" ACCUMULATION TABLE |
| 1 | | GRANUTEC | TFG1212.75 | 598-3232 | GRINDER, 12" x 12" CUTTING CHAMBER, 7.5 HP |
| | | | | | **LINE #11** |
| 1 | 1997 | ROCHELEAU | SPB-2 | SPB-97-254 | RECIPROCATING BLOW MOLDING MACHINE, 4 HEADS, RELAY CONTROL & DIGITAL HEATER CONTROLS, TRANSFER SHUTTLE ARM, TRIM STATION, (2) STATION LEAK TESTER, CONVEYORS |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 2 | | EMI | | | CONVEYOR, 6" WIDE X 10' LONG, HORIZONTAL TO GRINDER (TAILS) |
| 1 | | | | | LABEL STATION, DUAL HEAD, HORIZONTAL ROLL STYLE |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 48" x 48" ACCUMULATION TABLE |
| | | | | | **LINE #14** |
| 1 | 1997 | ROCHELEAU | SPB-2 | SPB-97-254 | RECIPROCATING BLOW MOLDING MACHINE, SINGLE HEAD, RELAY CONTROL & DIGITAL HEATER CONTROLS, 50 LB STEEL HOPPER, HEAT SHRINK TUNNEL (IN HOUSE), CONVEYORS |
| 1 | 20XX | AIS CONTAINER HANDLING | AUTO ADJUST III | 10464 | LEAK TESTER, SINGLE STATION |
| 1 | 199X | MTM SYSTEMS | 0725 | 2763-A | HOT KNIFE TRIMMER |
| 1 | | EMI | | | CONVEYOR, 6" x 10' HORIZONTAL |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 48" x 60" ACCUMULATION TABLE |
| 1 | | CONAIR | | | BLENDING STATION, OVER SURGE BIN, AUX MIXER TYPE WITH 2 VACUUM RECEIVERS |
| 1 | | PPE | | | SURGE BIN, PLASTIC, 500 LB |
| | | | | | **LINE #15** |
| 1 | 2003 | ROCHELEAU | R8-25 | RS25-03-40 | RECIPROCATING BLOW MOLDING MACHINE, 8 HEAD, E700 CONTROL, HOPPER, PARTS LOCATOR CHUTE, TRANSFER CONVEYORS TO TRIMMER, HOT KNIFE TRIMMING STATION, CONVEYORS |
| 1 | 1999 | EMHART POWERS | 975DL | 4058 | LEAK TESTER, SINGLE STATION |
| 1 | | CUMBERLAND | 10X18 | CA025200-01001 | GRINDER, 10" x 18" CUTTING CHAMBER, 7.5 HP |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 48" x 60" ACCUMULATION TABLE |
| 1 | | CONAIR | | | BLENDING STATION, OVER SURGE BIN, AUX MIXER TYPE WITH 2 VACUUM RECEIVERS |
| 1 | 2013 | PPE | HL5 | HL5130896512 | PROPORTIONAL HOPPER LOADER |
| | | | | | **LINE #16** |
| 1 | 1987 | UNILOY | 250R1 | 250R1SPT2887 | RECIPROCATING BLOW MOLDING MACHINE, 5 HEADS, RELAY CONTROLS WITH DIGITAL HEATER CONTROL, WITH SHUTTLE DROP TO UNILOY MODEL 10060  TAIL TRIMMER TO HOT KNIFE TOP TRIMMER, CONVEYORS |
| 1 | | CONAIR | | | VACUUM RECEIVER |
| 1 | 20XX | AIS CONTAINER HANDLING | AUTO ADJUST III | 10425 | LEAK TESTER, SINGLE STATION |
| 1 | | | | | SEMI-AUTOMATIC BAGGER WITH 48" x 72" ACCUMULATION TABLE  (NOT YET INSTALLED BUT OPERATIONAL) |
| 1 | | CUMBERLAND | 10X12 | 3998293202 | GRINDER, 10" x 12" CUTTING CHAMBER, 7.5 HP |
| 1 | | CONAIR | DB | 164819 | VACUUM LOADER |
| 1 | | SURGE BIN | | 49825 | DAY SURGE BIN, 1/2 GAYLORD,  WITH CONAIR DL-15 LOADER WITH (6) TAKE OFF PORTS & CYCLONE TANK |
| 1 | 199X | CARRIER | 30GN-190-6 FC | 4597F0687 | CHILLER, 190 TON, OUTDOOR (6 CIRCUITS) |
| 1 | 1997 | BALTIMORE AIR COIL | VC1-N417 | 97813211 | COOLING TOWER, 200 TON |
| 1 | 199X | TECO CHILL | 350 | 20080 | CHILLER 350 TON WITH OEM DIGITAL CONTROLLER |
| 1 | 1998 | APV | A055MG510 | 34247.1 | HEAT EXCHANGER UNIT (DUAL) |
| 1 | 199X | PUMP TANK | | | PUMP TANK SET WITH TOWER AND CHILLER SIDES, (2) 30 HP & (2) 15 HP PUMPS |
| 1 | 199X | SULLAIR | LS20-SFI/A/SVL | 003-123273 | AIR COMPRESSOR, 100 HP, WITH 400 GALLON AIR STORAGE TANK |
| 1 | 1998 | HANKINSON | PR-500-460 | PR500A-2-9802-8N | AIR DRYER, 200 PSI MAX |
| 1 | | KELLOGG-AMERICAN | A462TVX | AS14649 | AIR COMPRESSOR, 25 HP, 200 GAL TANK |
| 1 | | SULLAIR | 12BS-50L-ACAC | 003-81726 | AIR COMPRESSOR, 50 HP, WITH 300 GALLON AIR STORAGE TANK |
| 1 | | CONAIR | 10042802 | 8-0201 | BLENDER, (2) COMPONENT, ON 500 LB SURGE BIN |
| 1 | | CONAIR | 700-037-04 | 3B0394 | VACUUM PUMP AND FILTER UNIT, 5 HP |
| 3 | 199X | CONAIR | 500/DL-12 | 581932 | SURGE BIN, 500 LB WITH DL-12 LOADER ON STAND FOR GAYLORD LOADING |
| 1 | 2000 | CONAIR | CPABIDB000000 | B56923 | POWERFILL INTEGRATED VACUUM SYSTEM |
| 4 | | IMCS | | | SILOS, RESIN STORAGE, 65,000 LBS CAP (EACH) |

Case 13-10729   Doc   1   Filed 10/20/13   Entered   10/20/13 19:40:50   SCHEDULE "B"

SHELBURNE PLASTICS
BURLINGTON, VT

OCTOBER 16, 2013

Desc   Main Document   Page   16 of 150

Paragraph 29

**BLOW MOLDING**

| Qty. | Age | Item | Model | Serial No. | Description |
|---|---|---|---|---|---|
| 1 | 198X | CONAIR | 10043010 | 3A0512 | BLENDER |
| 1 | 1997 | GRANUTEC | TFG6810-5 | 897-3063 | GRINDER, 8" x 10" CUTTING CHAMBER, 5 HP, TOP & SIDE FEED, 3 KNIFE |
| 1 | 199X | CUMBERLAND | 812 | 72400-94572 | GRINDER, 8" x 10" CUTTING CHAMBER, 5 HP |
| 1 | 199X | GRANUTEC | TFG810.5 | 697.3062 | GRINDER, 8" x 10" CUTTING CHAMBER, 5 HP, 3 KNIVES |
| | | | | | |
| 1 | | FREDERICK | 1836 | 47-3344 | SHEETMETAL BRAKE, 48" WIDE, 0.125 MAX THICKNESS |
| 1 | 2004 | | 130-5061 | 0403324816-73 | SHEETMETAL BRAKE, 48" WIDE |
| 1 | 1998 | MSC | 9514639 | 9846376 | BAND SAW, VERTICAL, WITH WELDER |
| 1 | 1998 | CAROLINA | CP-100 | 6620 | HYDRAULIC PRESS, 20 0TON CAP, 24" WIDE |
| 1 | 199X | LEBLOND MAKINO | | 14C-838 | ENGINE LATHE, 48" BED, ACU-RITE DRO |
| | | | | | |
| 1 | | CAROLINA | DH10 | 45875 | CUTOFF SAW, 10" |
| 1 | 199X | BROWN & SHARPE | 612 MASTER | 523-35-184 | SURFACE GRINDER, 6" x 12" MAGNETIC CHUCK |
| 1 | | BALDOR | 623E | W985 | BENCH GRINDER, 1/3 HP |
| 1 | | DAYTON | 6Y001 | 9807 | |
| 1 | | CRAFTSMAN | 137.22915 | RAN1005 | DRILL PRESS, 15" |
| 1 | 198X | BRIDGEPORT | | 230919 | MILLING MACHINE, 1 HP, 48" TABLE WITH VICE |
| 1 | 199X | BRIDGEPORT | | 249034 | MILLING MACHINE, 2 HP, 48" TABLE WITH VICE, VARIABLE SPEED HEAD, ACU-RITE III DRO, (3) AXES |
| 1 | 1992 | BRIDGEPORT | 308 DISCOVERY | 308-090 | CNC MACHINING CENTER, 18" x 36" x 14" HIGH CAP, 8 POSITION TOOL CHANGER, SX-15 CONTROL |
| 1 | | CRAFTSMAN | 319.211.260 | B9806 | BENCH GRINDER, 6", 1/3 HP |
| 1 | | ROCK OF AGES | | 5999-379 | SURFACE PLATE, 24" x 48" |
| 1 | | MILLER | SYNCROWAVE 250 | JK632878 | TIG WELDER |
| 1 | 1997 | AEROQUIP | PROCRIMP 1380 | 0618 | HOSE CRIMP MACHINE |
| 1 | | DAYTON | 2AC30A | | SHEAR, 36" WIDE |
| 1 | | CHICAGO ELECTRIC | | | PARTS WASHER |
| 1 | | LOT | | | LOT OF SHOP GAUGES AND TOOLS |
| 1 | 2009 | J&L METROLOGY | FC14 | 85001 | COMPARATOR, WITH JONES & LAMSON REFLECTION ATTACHMENT, QUADRA-CHEK 100 DIGITAL READOUT |
| 1 | 1978 | EMCO | PD-13 | 39114 | DRILL PRESS, 1/2 HP |
| 1 | 197X | BRIDGEPORT | | 17475 | MILLING MACHINE, 1 HP |
| 1 | | GUYSON FINISHING SYSTEM | F-500 | M2903 | SAND BLAST CABINET |
| 1 | | AMERICAN SCALE & CONVEYOR | 24" x 30' | | CONVEYOR, 24" WIFE x 30' LONG, BOX TRANSPORT TO SECOND FLOOR |
| 1 | 1994 | TRANSCELL | TI-500E | 94-080A2 | SCALE, PLATFORM, 60" x 60" |
| 1 | | TRIMMER | | | TRIMMER, HOT KNIFE, 36" (SPARE) |
| 1 | | LABELER | | | LABELER, ADJUSTABLE, 14" SPOOL DIA |
| 1 | 199X | HUNKAR | 311 SERIES | 4040151 | 4 ZONE HOT RUNNER CONTROL |
| 1 | | EMI | | | CONVEYOR, 16" WIDE x 10' LONG |
| 1 | | IDEAS IN MOTION | | | ACCUMULATOR/BAGGER, SEMI-AUTO (NOT IN USE, IN STORAGE) |
| 1 | | ROACH | | | CONVEYOR, 36" x 10', INCLINE |
| 1 | 197X | SUNNEN | | | HONING MACHINE |
| 1 | | LABELER | | | LABELER, 2 SPOOL, 14" MAX DIA SPOOL |
| 1 | | SHRINK WRAPPER | | | SHRINK WRAPPER, 8' VERTICAL TRAVEL, 1 AXIS, 2 POSITION |
| 200 | | PALLET RACKS | | | PALLET RACKING, 200 POSITIONS |
| 1 | | | | | PALLET JACK |
| 2 | | LIFT TABLE | HYD-10 | | LIFT TABLE, 880 LB CAP, 24" X 36" TABLE |
| 1 | 199X | TOYOTA | 7FGCU15 | 66000 | FORKLIFT, LP GAS, 2500 LB, WITH SIDE SHIFT |
| 1 | | 4 CAV | 2028 | | 4 ███████████████ |
| 1 | | 4 CAV | 4035 | | 4 CAVITY MOLD FOR 16 OZ OBLONG BOTTLE |
| 1 | | 4 CAV | 6348 | | 4 MOLD CAVITIES FOR 32 OZ T-QUART HANDLE (HOOD) |
| 1 | | 1 CAV | 6678 | | 1 CAVITY MOLD FOR 90 ML THERMO ORION |
| 1 | | 1 CAV | 6678 | | 1 CAVITY MOLD FOR 350 ML THERMO ORION |
| 1 | | 1 CAV | 6679 | | 1 CAVITY MOLD FOR 650 ML THERMO ORION |
| 1 | | 3 CAV | 6736 | | 3 MOLD CAVITIES FOR 32 OZ HOOD T-QUART |
| 1 | | 4 CAV | 8050 | | 4 MOLD CAVITIES FOR GALLON SQUARE WINDSHIELD WASHER |
| 1 | | 4 CAV | 8057 | | 4 MOLD CAVITIES FOR 96 OZ |
| 1 | | 3 CAV | 8060 | | 3 MOLD CAVITIES FOR GALLON SQUARE |
| 1 | | 3 CAV | 60246 | | 3 MOLD CAVITIES FOR 32 OZ I-LIT.  SQUAT QUART |
| 1 | | 6 CAV | 70219 | | 6 MOLD CAVITIES FOR 1/2 GALLON STANDARD |
| | | 12 CAV | 80171 | | 12 MOLD CAVITIES FOR GALLON RESIN SAVER |
| 1 | | 4 CAV | 80701 | | 4 CAVITY MOLD FOR 4 LITER SPACE SAVER |
| | | 3 CAV | HONEY | | 4 MOLD CAVITIES FOR 5 LB HONEY |
| 1 | | 4 CAV | HDMF | | 4 ███████████████ |
| 1 | | 4 CAV | DAIRD | | 4 CAVITY MOLD FOR 16 OZ MONUMENT PINT |
| 1 | | 4 CAV | SQJOD | | 4 MOLD CAVITIES FOR 8 OZ SQUARE (JODOIN) |
| | | 9 CAV | SQUAR | | 9 MOLD CAVITIES FOR 16 OZ SQUARE PINT (UNILOY) |

**BLOW MOLDING**

| Qty. | Age | Item | Model | Serial No. | Description |
|---|---|---|---|---|---|
| 1 | | 4 CAV | SQUAR | | 4 CAVITY MOLD FOR 8-10-12-16 OZ SQUARE |
| 1 | | 4 CAV | ROUND | | 4 CAVITY MOLD FOR 8-10-12 OZ TEDS PINTS |
| | | 5 CAV | GALLI | | 5 MOLD CAVITIES FOR 32 OZ GALLIKER QUART |
| 1 | | 4 CAV | HDMF | ████████████ | |
| 1 | | 4 CAV | TSQNH | | 4 CAVITY MOLD FOR 32 OZ/1 LIT T-QUART HANDLE |
| 1 | | 4 CAV | SQUAR | | 4 CAVITY MOLD FOR 16 OZ SQUARE PINT |
| 1 | | 4 CAV | BULLE | | 4 CAVITY MOLD FOR 16-20 OZ BULLET NOSE ROUND |
| 1 | | 4 CAV | BULLE | | 4 CAVITY MOLD FOR 16 OZ/500 ML BULLET NOSE ROUND |
| 1 | | 4 CAV | TSNHS | | 4 CAVITY MOLD FOR 32 OZ T-QUART NO HANDLE (SLEEVE) |
| | | 4 CAV | BULLE | | 4 MOLD CAVITIES FOR 16 OZ BULLET NOSE ROUND (UNLOY) |
| | | 3 CAV | DARSL | | 3 MOLD CAVITIES FOR 1/2 GALLON SLEEVE (JODOIN) |
| | | 3 CAV | TALHD | | 3 MOLD CAVITIES FOR 32 OZ/1 LIT T-QUART HANDLE |
| 1 | | 1 CAV | DUALN | | 1 CAVITY MOLD FOR DUAL NECK |
| 1 | | 4 CAV | BULLE | | 4 CAVITY MOLD FOR 8 OZ BULLET |
| | | 4 CAV | CYLIN | | 4 MOLD CAVITIES FOR 32 OZ CYLINDER |
| | | 3 CAV | 6036 | | 3 MOLD CAVITIES FOR 42 OZ OCEAN SPRAY MOLDS |
| | | 2 CAV | 8250 | | 2 MOLD CAVITIES FOR GALLON FLUTED MOLDS |
| | | 5 CAV | 4033 | ████████████ | |
| | | 3 CAV | ROUND | | 3 MOLD CAVITIES FOR 2-LITER (SUNNY DELIGHT) |
| 1 | | 4 CAV | SQNH | | 4 CAVITY MOLD FOR 16 OZ SQUAT SQUARE |
| | | 5 CAV | HDMF | | 5 MOLD CAVITIES FOR 32 OZ HOOD QUART RD. |
| 1 | | 1 CAV | XCAFE | | 1 CAVITY MOLD FOR X-CAFÉ |
| 1 | | 4 CAV | NN | | 4 CAVITY MOLD FOR 16 OZ NANTUCKET |
| 1 | | 4 CAV | HEX | | 5 CAVITY MOLD FOR 8 OZ HEX PINT |
| 1 | | 4 CAV | NNRD | | 6 CAVITY MOLD FOR 16 OZ NANTUCKET RD |
| 1 | | 4 CAV | LONGN | | 7 CAVITY MOLD FOR 16 OZ LONG NECK |
| 1 | | 4 CAV | LNRD | | 8 CAVITY MOLD FOR 8 OZ/250ML LONG NECK ROUND |
| 1 | | LOT | | | LOT OF OFFICE FURNITURE AND EQUIPMENT INCLUDING BUT NOT LIMITED TO; (12) DESKS, (20) CHAIRS, (15) PC'S, SHELVES, FILING CABINETS AND OTHER MISC OFFICE ITEMS |

BLOW MOLDING

| Qty. | Age | Item | Model | Serial No. | Description |
|---|---|---|---|---|---|
| | | | | | **LINE #1** |
| 1 | 1999 | ROCHELEAU | RS-25 | RS25-99-09 | BLOW MOLDING MACHINE, 2 HEADS, WITH MTA-G1 CONTROLLER, TRANSFER SHUTTLE & CONVEYOR, HOT KNIFE TRIMMER, FLAME TREATER, TRANSFER CONVEYOR, VACUUM CONVEYOR AND BLOWER, |
| 1 | 20XX | CONAIR | DL | | VACUUM RECEIVER |
| 1 | | DAYTON | | | BLOWER FOR TRIM TO GRINDER ROOM |
| | | | | | OVERHEAD CONVEYOR |
| | | | | | AIR ELEVATOR FOR PARTS TO OVERHEAD CONVEYOR |
| 1 | | | | | ACCUMULATOR TABLE 36" x 48" WITH SEMI-AUTOMATIC BAGGER |
| | | | | | *LINE NOT RUNNING BUT OPERATIONAL* |
| | | | | | **LINE #2** |
| 1 | 2001 | ROCHELEAU | RS-25 | RS25-01-26 | BLOW MOLDING MACHINE, 3 HEADS, WITH E-700 CONTROLLER, TRANSFER SHUTTLE & CONVEYOR, HOT KNIFE TRIMMER, FLAME TREATER, SINGLE STATION LEAK DETECTION STATION, TRANSFER CONVEYORS, VACUUM CONVEYOR AND BLOWER, |
| 1 | 20XX | CONAIR | DL | | VACUUM RECEIVER |
| | | | | | OVERHEAD CONVEYOR |
| | | | | | AIR ELEVATOR FOR PARTS TO OVERHEAD CONVEYOR |
| 1 | | | | | ACCUMULATOR TABLE 36" x 48" WITH SEMI-AUTOMATIC BAGGER |
| | | | | | *LINE NOT RUNNING BUT OPERATIONAL* |
| | | | | | **LINE #3** |
| 1 | 2003 | ROCHELEAU | RS-25 | RS-25-03-43 | BLOW MOLDING MACHINE, 8 HEADS, WITH E-700 CONTROLLER, TRANSFER SHUTTLE, CONTINUOUS TAIL PULLER, HOT KNIFE TRIMMER, TRANSFER CONVEYORS, VACUUM CONVEYOR AND BLOWER, |
| 1 | 20XX | CONAIR | DL | | VACUUM RECEIVER |
| 1 | 2003 | EMHART POWERS | 975DR | 4186 | SINGLE STATION LEAK DETECTION STATION |
| 1 | | CUSTOM AUTOMATION | | | ACCUMULATOR TABLE 32" x 32" WITH SEMI-AUTOMATIC BAGGER AND LIGHT TABLE INSPECTION STATION |
| | | | | | **LINE #4** |
| 1 | 1999 | ROCHELEAU | RS-25 | RS25-99-16 | BLOW MOLDING MACHINE, 8 HEADS, WITH MTA-G1 CONTROLLER, TRANSFER SHUTTLE,  HOT KNIFE TRIMMER, FLAME TREATER, TRANSFER CONVEYORS |
| 1 | 20XX | CONAIR | DL | | VACUUM RECEIVER |
| 2 | 20XX | EMI | KK1-9-11-4-20 | AB1245 | CONVEYORS TO GRINDER |
| 1 | 200X | CUMBERLAND | 10 x 18 | CG-0260-99511 | GRINDER 10" x 18", 7.5 HP |
| 1 | 200X | EMHART POWERS | 975DR | 4094 | SINGLE STATION LEAK DETECTION STATION |
| 1 | | | | | FLAME TREATER, 10 x 48 |
| 1 | 2010 | EMI | KK1-12-7-6-20 | AB1478 | CONVEYOR, HORIZONTAL TO INCLINE |
| | | | | | *LINE NOT RUNNING WAS UNDERGOING MOLD CHANGE* |
| | | | | | **LINE #5** |
| 1 | 9X | UNILOY | 350RZ | 350R22793 | BLOW MOLDING MACHINE, 4 HEAD, ORIGINAL RELAY CONTROLS UPGRADES TO DIGITAL, HORIZONTAL TAKEOUT CONVEYOR AND TRIMMER, TRANSFER CONVEYORS, VACUUM CONVEYOR AND BLOWER, |
| 1 | | IDEAS IN MOTION | QT2103 | 2035 | SINGLE STATION LEAK DETECTION STATION |
| 1 | | CUSTOM METAL DESIGN | | | BOTTLE CONVEYOR |
| 1 | | CONAIR | DL | | VACUUM RECEIVER |
| 1 | | CUSTOM METAL DESIGN | | | ACCUMULATOR TABLE 40" x 50" WITH SEMI-AUTOMATIC BAGGER AND DUAL LIGHT TABLE INSPECTION STATION |
| 1 | 20XX | SARTORIAN | EA6DCE-1 | 9071004 | DIGITAL SCALE, 8" x 10" PLATFORM, 6KG MAX |
| | | | | | **LINE #6** |
| 1 | 2010 | VELOCITY | BM526 | | BLOW MOLDING MACHINE,  12 HEAD, VACUUM CONVEYOR AND BLOWER, |
| 1 | 2003 | EMHART | 975D3L | 4195 | SINGLE STATION LEAK DETECTION STATION |
| 1 | | CONAIR | DL | | VACUUM RECEIVER WITH BUNTING MAGNET |
| | | | | | **LINE #7** |
| 1 | 2004 | ROCHELEAU | RS-25 | RS25-04-09 | BLOW MOLDING MACHINE, 8 HEADS, WITH E-700 CONTROLLER, TRANSFER SHUTTLE,   HOT KNIFE TRIMMER, FLAME TREATER, TRANSFER CONVEYORS |
| 1 | 2002 | ROCHELEAU | ST-24-28 | ST-04-24 | TRIM STATION |
| 1 | 2009 | EMHART POWERS | 97501R | 4218 | SINGLE STATION LEAK DETECTION STATION |
| 1 | | CONAIR | DL | | VACUUM RECEIVER |
| | | | | | **INLINE/OFFLINE SLEEVE LABELING SYSTEM** |
| 1 | | | | | INLINE BOTTLE FEED CONVEYOR SYSTEM FROM LINE 6 & 7, WITH INSPECTION STATION, DIVERTER TO DIVERT BOTTLES INTO GAYLORDS OR SEND TO INLINE SLEEVE SHRINK LABELER SYSTEM |
| 1 | | PACE BOTTLE HANDLING SYSTEMS | M400 | 1140 | BOTTLE FEED SYSTEM TO TAKE BOTTLES FROM MANUALLY FILLED HOPPER AND ORIENT THEM TO FEED INTO THE PDC INTERNATIONAL SLEEVE LABELER |
| 1 | | PDC INTERNATIONAL | R300SWERT | 079 | SLEEVE LABELER, FEEDS, CUTS AND POSITIONS SLEEVE LABELS ONTO BOTTLES |
| 3 | | PDC INTERNATIONAL | BDL 102 | 134, 205, 208 | HEAT TUNNELS FOR SHRINKING SLEEVES ONTO BOTTLES |

BLOW MOLDING

| Qty. | Age | Item | Model | Serial No. | Description |
|---|---|---|---|---|---|
| 1 | | KEYENCE | CV2100M | | VISION SYSTEM FOR CHECKING BOTTLE NECK CONCENTRICITY |
| | | | | | **OFFLINE SLEEVE LABELING SYSTEM** |
| 1 | | PACE BOTTLE HANDLING SYSTEMS | M400 | 2056 | BOTTLE FEED SYSTEM TO TAKE BOTTLES FROM MANUALLY FILLED HOPPER AND ORIENT THEM TO FEED INTO THE PDC INTERNATIONAL SLEEVE LABELER |
| 1 | | PDC INTERNATIONAL | R300TSASER | 095 | SLEEVE LABELER, FEEDS, CUTS AND POSITIONS SLEEVE LABELS ONTO BOTTLES |
| 3 | 20XX | PDC INTERNATIONAL | (2) KRC-1846510 KRC-1846510 | 373,  365 274 | HEAT TUNNELS FOR SHRINKING SLEEVES ONTO BOTTLES |
| 1 | | KEYENCE | CV2100M | | VISION SYSTEM FOR CHECKING BOTTLE NECK CONCENTRICITY |
| 1 | 2010 | SULLAIR | 5507V-A | 201010150037 | AIR COMPRESSOR, 75HP, 110 PSI MAX, WS CONTROLLER |
| 1 | 2010 | MANCHESTER | 203422 | 198 | AIR TANK, 400 GALLON |
| 1 | 2010 | ZEKS | 400HSGA400 | 525406 | AIR DRYER, 300PSI, 1 HP REFRIGERANT COMPRESSOR |
| | | | | | |
| 6 | 2011 | AEC | GPAC-105 | 41C0052 41C0071    41C0072 41C0073 41C0074 41C0075 | CHILLER, AIR COOLER, OUTDOOR, 15HP PROCESS PUMP, 2 HP COMPRESSOR |
| 1 | | CONAIR | WSB-140 | 102969-20 | BLENDER, 4 COMPONENT WITH (2) CONAIR DL RECEIVERS AND 3 PORT TAKE OFF |
| 1 | 20XX | CONAIR | D-10-40 | 66796 | MATERIAL LOADING STATION CONTROLS - 24 STATION |
| 3 | 20XX | CONAIR | | | VACUUM FILTERS |
| 1 | | CONAIR | | | CYCLONE RECEIVER FROM ROOTS PUMP'S WITH 1200 LB SURGE DAY BIN WITH TAKE OFF OR GAYLORD DROP |
| 2 | | CONAIR | | 700-016-10-1-1155 700-219-4B-1207 | VACUUM PUMPS, 5 HP, ROOTS TYPE WITH SILENCERS |
| 3 | | CINCINNATI FAN | SQBI | 115737-1 115737-2    11738-2 | BLOWERS, 5 HP |
| 1 | 9X | MAGUIRE | WSB-940 | 81813 | BLENDER 5 COMPONENT WITH CONAIR DL LOADERS |
| 1 | 1996 | MAGUIRE | WSB-440 | 82756 | BLENDER 4 COMPONENT WITH CONAIR DL LOADERS |
| 2 | | NBE | | | SURGE BIN, 2500 & 1000 LB WITH CYCLONE LOADERS |
| 3 | | SOLBERG | DFC804A-7 | | MATERIAL VACUUM PUMPS (NOT CURRENTLY INSTALLED) |
| 2 | | A. O. SMITH INDUSTRIAL TANK | | | MATERIAL SILOS, BOLTED, 15 x 24 HIGH |
| | | | | | |
| 1 | 20XX | FOREMOST | HD-66 | 135531 | GRANULATOR 15 x 18, 15HP, WITH MATERIAL VACUUM BLOWER |
| 1 | 9X | FOREMOST | HD-6 | 14770 | GRANULATOR 15 x 18, 15HP, WITH MATERIAL VACUUM BLOWER |
| 1 | 3 | CUMBERLAND | | 82100-03303 | GRANULATOR, 16 x 16, 15HP, WITH MATERIAL VACUUM BLOWER |
| 1 | 2000 | CUMBERLAND | | 82100-00503 | GRANULATOR, 16 x 16, 15HP, WITH MATERIAL VACUUM BLOWER |
| 1 | 1985 | RAPID | 6K4535 | 120-278 | GRANULATOR, 20 x 24, 30 HP, TANGENTIAL FEED |
| 1 | 8X | EMI | KK-1-9-6-4-20 | AB1231 | CONVEYOR |
| 1 | 20XX | EMI | STLC-9-7-20 | 8-12130 | CONVEYOR 7" x 9' |
| 1 | 20XX | EMI | RMC-12-9-20 | M-13250 | CONVEYOR |
| 20 | | | | | PALLET RACKS |
| 1 | 20XX | OHAUS | T-32ME | B000020JBQ | FLOOR SCALE, 48" PLATFORM, 6000 LBS MAX |
| 1 | 20XX | ITW | SV-11 | D0321003 | STRETCH WRAPPER, 60" DIA PLATFORM, 7' HIGH |
| 1 | | | | | LOT OF MAINTENANCE EQUIPMENT INCLUDING BUT NOT LIMITED TO; |
| 1 | 2013 | ARIENS | 926104 | 3537332 | SNOWBLOWER, GAS |
| 1 | 20XX | TORO | 38272418ZR | 312616022 | SNOWBLOWER, GAS |
| 1 | 9X | MILLER | 185 | TK174655903497 | MILLERMATIC 185 MIG WELDER |
| 1 | | | | | (2) DAYTON BELT/DISC SANDERS, (2) 15" DRILL PRESSES, CRAFTSMAN BAND SAW, DAYTON BENCH GRINDER, FLAMMABLE STORAGE CABINET, OXY-ACETYLENE WELDER, MILLER ARC WELDER, DEWALT POWER WASHER, SCISSOR LIFT MOLD TABLE |
| 5 | | | | | PALLET JACKS |
| 1 | 9X | TOYOTA | 8FGU15 | 31924 | FORKLIFT TRUCK, 4000 LB, WAS NOT PRESENT, UNIT WAS JUST REBUILT AND NOT BACK AT PLANT YET (CUSTOMER WAS USING A RENTED FORKLIFT AT THE MOMENT) |
| 1 | | 4 CAVITY | | | 4 CAVITY DAIRY TALL HANDLE QUART BOTTLE MOLD SET |
| 1 | | 6 CAVITY | | | 6 CAVITY STANDARD INDUSTRIAL ROUND BOTTLE MOLD SET |
| 1 | | 6 CAVITY | | | 6 CAVITY STANDARD INDUSTRIAL SQUARE BOTTLE MOLD SET |
| 1 | | 8 CAVITY | | | 8 CAVITY STANDARD MUSTARD 9 OZ BOTTLE MOLD SET |
| 1 | | 8 CAVITY | | | 9 CAVITY STANDARD MUSTARD 16-20-24 OZ CONVERTIBLE BOTTLE MOLD SET |
| 1 | | 3 CAVITY | | | 3 CAVITY STANDARD ROUND WIDE MOUTH GALLON CONTAINER MOLD SET |
| 1 | | 3 CAVITY | | | 4 CAVITY STANDARD SQUARE WIDE MOUTH GALLON CONTAINER MOLD SET |

**BLOW MOLDING**

| Qty. | Age | Item | Model | Serial No. | Description |
|---|---|---|---|---|---|
| 1 | | 8 CAVITY | | | 8 CAVITY STANDARD 12 OZ GAS ADDITIVE BOTTLE MOLD SET |
| 1 | | 8 CAVITY | | | 8▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 1 | | 8 CAVITY | | | 8 CAVITY STANDARD 10 OZ DECANTER SINGLE SERVE DAIRY BOTTLE MOLD SET |
| 1 | | LOT | | | LOT OF SPARE BACKING PLATES, MOLD PARTS, (24) NECK FINISH MOLDS |
| 1 | | | | | LOT OF OFFICE EQUIPMENT INCLUDING BUT NOT LIMITED TO; (7) OFFICES WITH DESKS AND PC'S, (3) OFFICES WITH DESKS, (1) CONFERENCE TABLE AND (8) CHAIRS, (1) DESIGNJET LARGE FORMAT PRINTER 750C PLUS, (5) MODULAR OFFICES, PHONE SYSTEM AND NETWORK, MISC TABLES AND CHAIRS |

B6C (Official Form 6C) (04/13)

In re    Plastic Technologies of Vermont, Inc.                              Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐    11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
                                                                      $155,675*.
☐    11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 303/46-301X-***** - Adobe PDF

**B6D (Official Form 6D) (12/07)**

In re ___Plastic Technologies of Vermont, Inc._____,     Case No. _____

**Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AEC Inc.<br>1100 E. Woodfield Rd. Ste 588<br>Schaumburg, IL 60173 | | | Incurred: 2011<br>Lien: PMSI<br>Security: Certain equipment - 5 AEC Coolers in NH<br>UCC filing in Vermont still pending -<br>Debtor believes that obligaton may be paid and UCC should be terminated<br><br>VALUE $                0.00 | | | | | |
| ACCOUNT NO.<br><br>Business Finance Auth. - NH<br>2 Pillsbury St. Ste 201<br>Concord, NH 03301 | | | Incurred: 2011<br>Lien: PMSI<br>Security: Assets as decribed in UCC<br>Obligation and Security Interest is subordinated to Centrix<br><br>VALUE $                0.00 | | | | 674,449.40 | 674,449.40 |
| ACCOUNT NO.<br><br>Centrix<br>Attn: David Cassidy<br>1 Atwood Ln<br>Bedford, NH  03110 | X | | Incurred: 2011<br>Lien: First Security Interest<br>Security: All assets of business<br><br>VALUE $         2,400,000.00 | | | | 3,607,208.70 | 1,207,208.70 |

__3__ continuation sheets attached

Subtotal ▶ | $4,281,658.10 | $1,881,658.10
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Plastic Technologies of Vermont, Inc.            ,        Case No. _____
_____
        **Debtor**                                                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Daniel Sklar, Esq.<br>Atty to Centrix<br>900 Elm Street<br>Manchester, NH 03101 | | | <br><br>VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>David M. Howe, Esq<br>Atty to BFA of NH<br>4 Wildemere Terrance<br>Concord, NH 03301 | | | <br><br>VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Grenier Center LLC<br>210 Commerce Way Ste 100<br>Portsmouth, NH 03801 | | | Incurred: Oct 2012<br>Lien: Blanket Security Interest<br>Security: All assets<br>Settlement with old NH landlord<br>Junior to all other secured creditors<br>VALUE $        0.00 | | | | 51,356.48 | 51,356.48 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Attn: Jianping Huang, Bky Specialist<br>130 S. Elmwood Ave.<br>Buffalo, NY 14202 | | | <br><br>VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 21126<br>Philadelphia, PA 19114 | | | Lien: Tax lien<br>Security: All assets<br>Book 1157, page 244 recorded<br>May 9, 2013<br>VALUE $        0.00 | | | | 939,071.98 | 939,071.98 |

Sheet no.  1  of  5  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $ 990,428.46 | $ |
| Total(s)<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Plastic Technologies of Vermont, Inc._____,        Case No. _____
            **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Melissa Ranaldo, Esq.<br>Assistant US Attorney - IRS<br>PO Box 570<br>Burlington, VT 05402-0570 | | | <br><br><br><br>VALUE $               0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>North Star Leasing Company<br>P.O. Box 4505<br>Burlington, VT 05406-4505 | | | Incurred: 2011-2013<br>Lien: Capital Lease<br>Security: AC Drive<br>$264.47 per mo for 10 more months<br>VALUE $               0.00 | | | | 2,644.70 | 2,644.70 |
| ACCOUNT NO.<br><br>North Star Leasing Company<br>P.O. Box 4505<br>Burlington, VT 05406-4505 | | | Lien: Capital Lease<br>Security: VT Lighting Project<br>$933.22 for 23 more months (last payment due 9/15/15)<br>VALUE $               0.00 | | | | 21,464.06 | 21,464.06 |
| ACCOUNT NO.<br><br>North Star Leasing Company<br>P.O. Box 4505<br>Burlington, VT 05406-4505 | | | Incurred: 2010<br>Lien: Capital Lease<br>Security: Labeling Equipment - VT<br>$401.73 per month, 5 more months left, last payment due 3/15/14<br>VALUE $               0.00 | | | | 2,008.65 | 2,008.65 |
| ACCOUNT NO.<br><br>Thomas R. Watson, Esq.<br>Drummond Woodsum & MacMahon<br>100 International Dr. Ste 340<br>Portsmouth, NH 03801 | | | Atty to Grenier Center LLC<br><br><br><br>VALUE $               0.00 | | | | Notice Only | Notice Only |

Sheet no. _2_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)         $     26,117.41     $
(Total(s) of this page)

Total(s)              $                    $
(Use only on last page)

(Report also on        (If applicable, report
Summary of Schedules)   also on Statistical
                        Summary of Certain
                        Liabilities and Related
                        Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Plastic Technologies of Vermont, Inc._____,        Case No. _____

**Debtor**                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Toyota Motor Credit Corporation<br>PO Box 3457<br>Torrance CA 90510-3457 | | | Incurred: 2011<br>Lien: PMSI<br>Security: Toyota Forklift Model #8FGU15  Serial 31924<br>Capital Lease on Forklift $367.47 per mo for 19 more months | | | | 6,981.93 | 6,981.93 |
| | | | VALUE $                0.00 | | | | | |
| ACCOUNT NO.<br><br>Wells Fargo Equipment Finance<br>Manufacturer Services Group<br>Lincolnshire, IL 60069-4417 | | | Incurred: 2011-2013<br>Lien: Capital Lease<br>Security: NH Floor Scrubber<br>$323.84 per month | | | | 707.20 | 707.20 |
| | | | VALUE $                0.00 | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)        $    7,689.13    $    7,689.13

Total(s)
(Use only on last page)     $  5,305,893.10   $2,905,893.10

(Report also on           (If applicable, report
Summary of Schedules)      also on Statistical
                           Summary of Certain
                           Liabilities and Related
                           Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6E (Official Form 6E) (04/13)**

In re __Plastic Technologies of Vermont, Inc._____,       Case No._____
                          Debtor                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6E (Official Form 6E) (04/13) - Cont.**

In re  Plastic Technologies of Vermont, Inc.                          ,          Case No._____
_____
                    Debtor                                                          (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc. _____,    Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aaron J. Plouffe<br>14 Penn Ave<br>Deerfield, NH 03037 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 218.74 | 218.74 | 0.00 |
| ACCOUNT NO.<br><br>Allison Simpson<br>B13 Stonehedge Drive<br>South Burlington, VT 05403 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 745.60 | 745.60 | 0.00 |
| ACCOUNT NO.<br><br>Amegnona Alate<br>92 North Ave Apt 3<br>Burlington, VT 05401 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 123.26 | 123.26 | 0.00 |
| ACCOUNT NO.<br><br>Angela Heath<br>330 Freedom Acres<br>Starksboro, VT 05487 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 1,156.00 | 1,156.00 | 0.00 |

Sheet no. 1 of 19 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page) ➤ $ 2,243.60 | $ 2,243.60 | $ 0.00

Total
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $ | $ | $

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc._____,　　　　　Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)　　Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Anthony E Crum 7108 B & A Blvd. Glen Burnie, MD 21061 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 657.20 | 657.20 | 0.00 |
| ACCOUNT NO. Anthony S. Garrison 66 Gentes Road Essex Jct., VT 05452 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 196.17 | 196.17 | 0.00 |
| ACCOUNT NO. Arvind R Patel 14a Pelican Circle Derry, NH 03038 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 2,638.80 | 2,638.80 | 0.00 |
| ACCOUNT NO. Ashley A. Sebastian 429 Kelley St #2 Manchester, NH 03102 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 67.20 | 37.20 | 30.00 |

Sheet no. 2 of 19 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)　$ 3,559.37　$ 3,529.37　$ 30.00

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)　$

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)　$　$　$

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc._____,          Case No. _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)          Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aura Chhun<br>63 Walker St.<br>Lowell, MA 01854 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 1,467.84 | 1,467.84 | 0.00 |
| ACCOUNT NO.<br><br>Bonny Downing<br>107 Saybrook Rd<br>Essex Jct., VT 05452 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 238.48 | 238.48 | 0.00 |
| ACCOUNT NO.<br><br>Charles L. Rathbun<br>128 Birch Road<br>St. George, VT 05495 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 224.44 | 224.44 | 0.00 |
| ACCOUNT NO.<br><br>Christine M. Daneau<br>1555 Bodwell Rd Unit 37<br>Manchester, NH 03109 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 237.16 | 237.16 | 0.00 |

Sheet no. 3 of 19 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Totals of this page)    $ 2,167.92    $ 2,167.92    $ 0.00

Total ➤
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)    $

Totals ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc._____,          Case No._____
                    **Debtor**                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)        Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Daniel B. Morgan<br>331 Lake Ave<br>Apt. 1<br>Manchester, NH 03103 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 330.00 | 330.00 | 0.00 |
| ACCOUNT NO.<br><br>David P. Lareau<br>2173 US Rte 7<br>Pittsford, VT 05763 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 334.08 | 334.08 | 0.00 |
| ACCOUNT NO.<br><br>Dhan Rasaily<br>470 Bolment #3<br>Manchester, NH 03103 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 515.00 | 515.00 | 0.00 |
| ACCOUNT NO.<br><br>Dianne G. Zirk<br>1679 Shellhouse Mtn Rd<br>Ferrisburgh, VT 05456 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 558.00 | 558.00 | 0.00 |

Sheet no. 4 of 19 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 1,737.08 | $ 1,737.08 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc._____,          Case No. _____

_____Debtor_____                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      **Sec. 507(a)(4)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dillon A. Lewis<br>281 Porterwood Drive<br>Williston, VT 05495 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 289.91 | 289.91 | 0.00 |
| ACCOUNT NO.<br><br>Donald Kuhns<br>22 Monkton Ridge<br>N. Ferrisburgh, VT 05473 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 168.00 | 168.00 | 0.00 |
| ACCOUNT NO.<br><br>Donald R. Benner<br>65 Fairview St.<br>Manchester, NH 03102 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 761.28 | 761.28 | 0.00 |
| ACCOUNT NO.<br><br>Douglas R Ernst<br>124 Bartlett Dr<br>Weare, NH 03281 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 1,863.92 | 1,863.81 | 0.11 |

Sheet no. 5 of 19 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) ➤ | $ 3,083.11 | $ 3,083.00 | $ 0.11 |
| Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) ➤ | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

**B6E (Official Form 6E) (04/13) - Cont.**

In re Plastic Technologies of Vermont, Inc._____,      Case No. _____
_____                                  **(If known)**
                   **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Duane A Miller<br>42 Cedar St.<br>St. Albans, VT 05478 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 1,137.70 | 1,137.70 | 0.00 |
| ACCOUNT NO.<br><br>Durga Subedi<br>183 Cartier Street #2<br>Manchester, NH 03102 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 852.60 | 852.60 | 0.00 |
| ACCOUNT NO.<br><br>Dzevad Kelestura<br>138 Main Street<br>Essex Jct., VT 05452 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 1,563.90 | 1,563.90 | 0.00 |
| ACCOUNT NO.<br><br>Evan J. Whitney<br>5727 Shelburne Road #2<br>Shelburne, VT 05482 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 130.64 | 130.64 | 0.00 |

Sheet no. _6_ of _19_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ $ 3,684.84  |  $ 3,684.84  |  $ 0.00
(Totals of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ➤ $  |  $  |  $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re  Plastic Technologies of Vermont, Inc. _____ ,          Case No. _____
            **Debtor**                                                       **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)          Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fernando Salazar Jaquez<br>266 Lake Avenue<br>Apt. 1<br>Manchester, NH 03103 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 659.36 | 659.36 | 0.00 |
| ACCOUNT NO.<br><br>Franklyn J. Laufersweiler<br>64 Dingle Daisy Rd.<br>Monticello, NY 12701 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 1,362.00 | 1,362.00 | 0.00 |
| ACCOUNT NO.<br><br>Frederick R. Ralston III<br>L6 Stonehedge Drive<br>South Burlington, VT 05403 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 210.06 | 210.06 | 0.00 |
| ACCOUNT NO.<br><br>Grace Ann Young<br>5777 Main Street<br>Elkridge, MD 21075 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 1,739.54 | 1,739.54 | 0.00 |

Sheet no. __7__ of __19__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal** (Totals of this page) ➤ | $ 3,970.96 | $ 3,970.96 | $ 0.00 |
| **Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ | | |
| **Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc. _____,          Case No. _____
                        Debtor                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Harold B. Reynolds 14 Roosa Ave Monticello, NY 12701 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 3,173.50 | 3,173.50 | 0.00 |
| ACCOUNT NO.  Harry J. Tarzian 15 Bean Hill Road Northfield, NH 03276 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 9,134.00 | 9,134.00 | 0.00 |
| ACCOUNT NO.  Jarrett P. Erwin 18 Loaldo Drive Burlington, VT 05408 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 193.20 | 193.20 | 0.00 |
| ACCOUNT NO.  Jennifer J. Hayden 108 Route 7 North Milton, VT 05468 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 418.80 | 418.80 | 0.00 |

Sheet no. __8__ of __19__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal ➤
(Totals of this page)      $ 12,919.50     $ 12,919.50     $ 0.00

Total ➤
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)      $

Totals ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)      $     $     $

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc._____,     Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)     Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jerome J Mpongui<br>35 Don Mar Terrace<br>Colchester, VT 05446 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 526.75 | 526.75 | 0.00 |
| ACCOUNT NO.<br><br>Jody F. Foster<br>55 South St.<br>Colchester, VT 05446 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 130.64 | 130.64 | 0.00 |
| ACCOUNT NO.<br><br>John Borrelli<br>1608 Cloverdell Dr<br>New Castle, PA 16101 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 7,874.88 | 7,874.88 | 0.00 |
| ACCOUNT NO.<br><br>John C. Poisson<br>89 Lock St. Apt. 1<br>Nashua, NH 03064 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 251.68 | 215.68 | 36.00 |

Sheet no. 9 of 19 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $ 8,783.95 | $ 8,747.95 | $ 36.00 |
| Total ➤<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6E (Official Form 6E) (04/13) - Cont**.

In re Plastic Technologies of Vermont, Inc._____,                    Case No. _____
_____
**Debtor**                                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)        Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John M. Mayer<br>135 Country Meadows<br>Colchester, VT 05446 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 3,634.68 | 3,634.68 | 0.00 |
| ACCOUNT NO.<br><br>Johnny Oriol<br>4A Pine Grove Ave<br>Nashua, NH 20708 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 92.00 | 92.00 | 0.00 |
| ACCOUNT NO.<br><br>Jonathan Galarza-Ramos\<br>389 Hayward St. #2<br>Manchester, NH 03103 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 202.40 | 202.40 | 0.00 |
| ACCOUNT NO.<br><br>Joseph K. Turcotte<br>127 Airport Parkway<br>So. Burlington, VT 05403 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 757.45 | 757.45 | 0.00 |

Sheet no. __10__ of __19__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Subtotal (Totals of this page) | | | | | | | $ 4,686.53 | $ 4,686.53 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | | | | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | | $ | $ |

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc._____,      Case No. _____
                      **Debtor**                                                       **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Juan B. Pacheco 77 B Monroe St. Nashua, NH 03060 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 1,176.00 | 1,176.00 | 0.00 |
| ACCOUNT NO. Juana Velez Vera 628 Grove St Manchester, NH 03103 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 504.00 | 504.00 | 0.00 |
| ACCOUNT NO. Kayi Assan 1201 North Avenue Burlington, VT 05408 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 84.00 | 84.00 | 0.00 |
| ACCOUNT NO. Kelsey Armell 384 Sugarhouse Lane Starksboro, VT 05487 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 154.56 | 154.56 | 0.00 |
| Sheet no. 11 of 19 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $ 1,918.56 | $ 1,918.56 | $ 0.00 |
| | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $ | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

B6E (Official Form 6E) (04/13) - Cont.

In re  Plastic Technologies of Vermont, Inc._____,      Case No. _____
_____
                **Debtor**                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)      Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kincaid Deforge Jr. 13 Highland Drive Milton, VT 05468 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 999.60 | 999.60 | 0.00 |
| ACCOUNT NO. Kokouvi Alate 59 Champlain Street Burlington, VT 05401 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 182.28 | 182.28 | 0.00 |
| ACCOUNT NO. Kristi L. Sabourin 268 Brookside Drive Starksboro, VT 05487 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 154.56 | 154.56 | 0.00 |
| ACCOUNT NO. Kristin Marie Robillard 60 Woodlins Circle #2 Colchester, VT 05446 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 3,230.64 | 3,230.64 | 0.00 |

Sheet no. __12__ of __19__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 4,567.08 | $ 4,567.08 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc._____,        Case No. _____

                 **Debtor**                                                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Machar Mayom<br>510 Hevey St Apt #2<br>Manchester, NH 03102 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 261.28 | 261.28 | 0.00 |
| ACCOUNT NO.<br><br>Man B But<br>3530 Lower Mill Ct<br>Ellicott City, MD 21043 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 2,220.00 | 2,200.00 | 20.00 |
| ACCOUNT NO.<br><br>Marina E. Cabrera<br>259 Wilson St. Apt 1<br>Manchester, NH 03103 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 559.44 | 559.44 | 0.00 |
| ACCOUNT NO.<br><br>Marion E Gillies<br>109 North Road<br>Richmond, VT 05477 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 667.00 | 667.00 | 0.00 |

Sheet no. __13__ of __19__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 3,707.72 | $ 3,687.72 | $ 20.00 |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| | Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc. _____ ,           Case No. _____
                                                                                    (If known)
_____
            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Martha J. Raymond P.O. Box 443 Shelburne, VT 05482 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 528.00 | 528.00 | 0.00 |
| ACCOUNT NO. Marwan Dawod 2255 Goffs Falls Rd #6B Manchester, NH 03103 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 555.36 | 555.36 | 0.00 |
| ACCOUNT NO. Maurice Leo Martin Jr. P.O. Box 221 Shelburne, VT 05482 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 571.70 | 571.70 | 0.00 |
| ACCOUNT NO. Michael Valade 38 Damon Ave. Nashua, NH 03064 | | | Incurred: 2013 Consideration: Accrued Vacation | | | | 759.36 | 759.36 | 0.00 |

Sheet no. 14 of 19 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal ➤
(Totals of this page)     $ 2,414.42     $ 2,414.42     $ 0.00

Total ➤
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)     $

Totals ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)     $         $         $

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-*****  - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc. _____ ,          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)   Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mira Herceg <br> 482 Justin Morgan Dr <br> Colchester, VT 05446 | | | Incurred: 2013 <br> Consideration: <br> Accrued Vacation | | | | 1,206.73 | 1,206.73 | 0.00 |
| ACCOUNT NO. <br><br> Randy S. Forrest <br> 1719 Center Road <br> Hyde Park, VT 05655 | | | Incurred: 2013 <br> Consideration: <br> Accrued Vacation | | | | 142.80 | 142.80 | 0.00 |
| ACCOUNT NO. <br><br> Robert A Ayers Jr. <br> 30-2 Abigail Drive <br> Colchester, VT 05446 | | | Incurred: 2013 <br> Consideration: <br> Accrued Vacation | | | | 2,438.26 | 2,438.26 | 0.00 |
| ACCOUNT NO. <br><br> Scott J. Harriman <br> 21 Pine Street <br> Hooksett, NH 03106 | | | Incurred: 2013 <br> Consideration: <br> Accrued Vacation | | | | 242.00 | 242.00 | 0.00 |

Sheet no. 15 of 19 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 4,029.79 | $ 4,029.79 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc. _____,          Case No. _____
                           **Debtor**                                                 **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)         Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Scott M. Heath <br> 384 Sugarhouse Lane <br> Starksboro, VT 05487 | | | Incurred: 2013 <br> Consideration: <br> Accrued Vacation | | | | 238.56 | 238.56 | 0.00 |
| ACCOUNT NO. <br><br> Shane Erwin <br> 58 Hall St. <br> Winooski, VT 05404 | | | Incurred: 2013 <br> Consideration: <br> Accrued Vacation | | | | 628.56 | 628.56 | 0.00 |
| ACCOUNT NO. <br><br> Shawn M. Parents <br> 80 McNeil St. <br> Manchester, NH 03102 | | | Incurred: 2013 <br> Consideration: <br> Accrued Vacation | | | | 386.40 | 386.40 | 0.00 |
| ACCOUNT NO. <br><br> Steven L Flaharty <br> 3041 Dundee Road <br> York, PA 17402 | | | Incurred: 2013 <br> Consideration: <br> Accrued Vacation | | | | 1,519.00 | 1,519.00 | 0.00 |

Sheet no. __16__ of __19__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 2,772.52 | $ 2,772.52 | $ 0.00 |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

**B6E (Official Form 6E) (04/13) - Cont**.

In re Plastic Technologies of Vermont, Inc._____,          Case No. _____

_____**Debtor**                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Thomas Brewer<br>21 Arrowhead Circle<br>Rowley, MA 01969 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 817.40 | 817.40 | 0.00 |
| ACCOUNT NO.<br><br>Timothy M. Bronson<br>320 Woodland Drive<br>Apt #4<br>Bristol, VT 05443 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 1,040.94 | 1,040.94 | 0.00 |
| ACCOUNT NO.<br><br>Tracey Lachance<br>P.O. Box 89<br>Weare, NH 03281 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 2,024.00 | 2,024.00 | 0.00 |
| ACCOUNT NO.<br><br>Wayne V. Goulet<br>186 Old Turnpike Rd.<br>Salisbury, NH 03268 | | | Incurred: 2013<br>Consideration:<br>Accrued Vacation | | | | 237.16 | 237.16 | 0.00 |

Sheet no. 17 of 19 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) ➤ | $ 4,119.50 | $ 4,119.50 |  $ 0.00 |

Total ➤
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

$

Totals ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                $                $

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc. _____,          Case No. _____

**Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Comptroller of Maryland Revenue Administration Division 110 Carroll St. Annapolis, MD 21411-0001 | X | | Incurred: 2011-2012 Consideration: Payroll taxes | | | | 47,966.34 | 47,966.34 | 0.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service Centralized Insolvency Unit PO Box 21126 Philadelphia, PA 19114 | | | Incurred: 2011-2012 Consideration: Payroll Taxes | | | | 957,371.78 | 957,371.78 | 0.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service PO Box 80110 Cincinnati, OH 45280-0010 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Jianping Huang, Bankruptcy Specialist Internal Revenue Service 130 South Elmwood Avenue Buffalo, NY 14202 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __18__ of __19__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 1,005,338.12 | $ 1,005,338.12 | $ 0.00 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6E (Official Form 6E) (04/13) - Cont.

In re Plastic Technologies of Vermont, Inc._____,      Case No. _____
              **Debtor**                                                           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)      Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> MD Dept of Labor <br> Legal Collection Unit <br> 1100 N. Eutaw St. Rm 400 <br> Baltimore, MD 21201 | X | | Incurred: 2011-2012 Payroll <br> Consideration: Payroll taxes | | | | 14,075.18 | 14,075.18 | 0.00 |
| ACCOUNT NO. <br> NH Employment Security <br> Administration Office <br> 32 South Main St. <br> Concord, NH 03301-4857 | | | Incurred: 2011-2012 <br> Consideration: <br> Payroll taxes | | | | 3,629.89 | 3,629.89 | 0.00 |
| ACCOUNT NO. <br> Vermont Dept of Taxes <br> Attn: Sylvia Jewett <br> PO Box 429 <br> Montpelier, VT 05602 | | | Incurred: 2011-2012 <br> Consideration: <br> Payroll Taxes | | | | 15,291.65 | 15,291.65 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 19 of 19 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 32,996.72 | $ 32,996.72 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $1,108,701.29 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $1,108,615.18 | $ 86.11 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07)

In re   Plastic Technologies of Vermont, Inc.   ,          Case No. _____
           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>1St Team Staffing Services Inc.<br>806 Frederick Road<br>Catonsville, MD 21228 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 9,513.79 |
| ACCOUNT NO.<br><br>A-Tech Hydraulics<br>2100A Sparrows Point Rd.<br>Baltimore, MD 21219 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 580.00 |
| ACCOUNT NO.<br><br>A.M. Peisch & Company, LLP<br>57 Farmvu Drive<br>White River Jct., VT 05001-6000 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,150.05 |
| ACCOUNT NO.<br><br>ADP, Inc.<br>P.O. Box 7247-0372<br>Philadelphia, PA 19170-0372 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,985.73 |

_____41_____ continuation sheets attached

Subtotal ➤ | $ | 14,229.57

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Plastic Technologies of Vermont, Inc.</u> ,     Case No. _____

     **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Air Molded Products Corp. <br> c/o Douglas Frank <br> 365 Aldo Drive <br> Toms River, NJ 08753 | X | | Incurred: 2012-2013 <br> Consideration: Lease damages / settlement stipulation | | | | 24,286.88 |
| ACCOUNT NO. <br> Airgas East <br> P.O. Box 827049 <br> Philadelphia, PA 19182-7049 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 1,738.29 |
| ACCOUNT NO. <br> Aks Machine, Inc. <br> 3929-A Guasti Road <br> Ontario, CA 91761 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 7,385.60 |
| ACCOUNT NO. <br> Alarmex, Inc. <br> 243 Boston Street <br> Topsfield, MA 01983 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 270.00 |
| ACCOUNT NO. <br> Allied Waste Services #050 <br> P.O. Box 9001099 <br> Louisville, KY 40290-1099 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 596.33 |

Sheet no. 1 of 41 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 34,277.10

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.                    ,        Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Allstar Dairy Association<br>P.O. Box 63 2599<br>Cincinatti, OH 45263-2599 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Resin (component) | | | | 977,104.46 |
| ACCOUNT NO.<br><br>Alumi-Nex Mold, Inc.<br>155 Chase Avenue<br>Webster, MA 01570 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 7,552.41 |
| ACCOUNT NO.<br><br>American Institute Of Baking<br>P.O. Box 3999<br>Manhattan, KS 66505-3999 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,817.19 |
| ACCOUNT NO.<br><br>American Refrigeration Co<br>149 River Street Ste 3<br>Andover, MA 01810 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,868.67 |
| ACCOUNT NO.<br><br>American Wire Tie, Inc.<br>P.O. Box 696<br>North Collins, NY 14111 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 142.81 |

Sheet no. __2__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸   $   990,485.54

Total ▸   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Plastic Technologies of Vermont, Inc._____,          Case No. _____
                       **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Amherst Tape Products<br>P.O. Box 135<br>Amherst, NH 03031-0135 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 4,547.32 |
| ACCOUNT NO.<br><br>Appriver<br>1101 Gulf Breeze Pkwy, Ste 200<br>Gulf Breeze, FL 32561-4858 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 540.00 |
| ACCOUNT NO.<br><br>Apt Environmental<br>P.O. Box 162<br>Milton, VT 05468 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 983.00 |
| ACCOUNT NO.<br><br>Ascensus<br>200 Dryden Road<br>Dresher, PA 19025 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 8,350.29 |
| ACCOUNT NO.<br><br>Atkins Roofing, Inc.<br>341 West Lake St.<br>Liberty, NY 12754 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 4,400.00 |

Sheet no. __3__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      18,820.61

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Plastic Technologies of Vermont, Inc._____,    Case No. _____

                        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Attila M Joo<br>162 Mozart Avenue<br>Dollard Des Ormeaux, QC H9G 2Z8<br>CANADA | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,096.92 |
| ACCOUNT NO.<br><br>Bauman Plumbing Llc<br>5750 Furnace Avenue<br>Elk Ridge, MD 21075 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 50.00 |
| ACCOUNT NO.<br><br>Bay State Elevator Co. F/K/A Elevator Sales & Service<br>P.O. Box 5<br>Dalton, MA 01227-0005 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 234.07 |
| ACCOUNT NO.<br><br>Bearings Specialty Co., Inc.<br>50 Energy Drive<br>Canton, MA 02021 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 223.17 |
| ACCOUNT NO.<br><br>Bilodeau Wells & Co., P.C.<br>P.O. Box 687<br>Essex Junction, VT 05453 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 6,034.75 |

Sheet no. _4_ of _41_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    8,638.91

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc.                    ,        Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Blue Cross Blue Shield Of Vt<br>P.O. Box 186<br>Montpelier, VT 05601-0186 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>2012 insurance | | | | 12,662.19 |
| ACCOUNT NO.<br><br>Blue Flame Gas<br>9 Governor Peck Hwy<br>Richmond, VT 05477 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 516.19 |
| ACCOUNT NO.<br><br>Borden Dairy Company<br>8750 N. Central Expwy.<br>Suite 400<br>Dallas, TX 75231 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Resin (component) | | | | 416,088.80 |
| ACCOUNT NO.<br><br>Boston Trailer<br>21 Mcgrath Hwy<br>Quincy, MA 02169 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 550.00 |
| ACCOUNT NO.<br><br>Bourdeau And Bushey Inc<br>Po Box 187<br>Middlebury, VT 05753 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,050.00 |

Sheet no. __5__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   430,867.18

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.                    ,        Case No. _____
  **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brainsurf Informatics, Inc.<br>315 N. Racine Ave., Suite 105<br>Chicago, IL 60607 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 5,858.33 |
| ACCOUNT NO.<br><br>Broadband Fka: Bandwidth.Com Inc<br>75 Remittance Drive, Suite 6647<br>Chicago, IL 60675-6647 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,710.21 |
| ACCOUNT NO.<br><br>Bruce Reynolds<br>14 Roosa Avenue<br>Monticello, NY 12701 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 933.49 |
| ACCOUNT NO.<br><br>Byrne Dairy, Inc<br>Po Box 176<br>Lafayette, NY 13084 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Bottles | | | | 17,369.53 |
| ACCOUNT NO.<br><br>C.H. Robinson Worldwide, Inc.<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 5,455.12 |

Sheet no.  6  of 41   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    31,326.68

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Plastic Technologies of Vermont, Inc.                    ,          Case No. _____
        **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cadel Chemical & Supply<br>Po Box 1025<br>Leominster, MA 01453 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,326.65 |
| ACCOUNT NO.<br>Cantwell-Cleary Fka: Fiber Products<br>1112-18 Wilso Dr<br>Baltimore, MD 21223 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 210.75 |
| ACCOUNT NO.<br>Cardmember Service<br>P.O. Box 15153<br>Willmington, DE 19886-5153 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 115,241.30 |
| ACCOUNT NO.<br>Casella  Waste<br>220 Avenue B<br>Williston, VT 05495-1372 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 914.26 |
| ACCOUNT NO.<br>Castle Mold & Tool, Inc.<br>3932 Wilmington Road<br>New Castle, PA 16105 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 4,892.00 |

Sheet no.  7  of  41   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   122,584.96

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc._____,        Case No. _____
                **Debtor**                                                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Centric Business Systems<br>P.O. Box 75222<br>Baltimore, MD 21275-5222 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,754.56 |
| ACCOUNT NO.<br>Centurylink fka Qwest<br>P.O. Box 52187<br>Phoenix, AZ 85072-2187 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 101.72 |
| ACCOUNT NO.<br>Ceridian<br>P.O. Box 10989<br>Newark, NJ 07193 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,915.18 |
| ACCOUNT NO.<br>Chemaqua<br>Po Box 152100<br>Irving, TX 75015-2100 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,696.22 |
| ACCOUNT NO.<br>Chubb & Son<br>P.O.Box 382001<br>Pittsburgh, PA 15250-8001 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 8,259.75 |

Sheet no. __8__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 13,727.43

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc.          ,            Case No. _____

**Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chuck'S Heating & Ac, Inc.<br>P.O. Box 53<br>Colchester, VT 05446 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 297.64 |
| ACCOUNT NO.<br><br>Cigna Healthcare<br>900 Cottage Grove Rd.<br>Hartford, CT 06152-1315 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Old balance - 2011 insurance | | | | 45,580.88 |
| ACCOUNT NO.<br><br>Cobble Hill Trailer Sales, LLC<br>79 Precast Road<br>Milton, VT 05468 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 6,595.15 |
| ACCOUNT NO.<br><br>Cohen Machinery<br>8 Chestnut Drive<br>Bedford, NH 03110 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 5,508.34 |
| ACCOUNT NO.<br><br>Colortech, Inc.<br>5712 Commerce Blvd.<br>Morristown, TN 37814 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,208.62 |

Sheet no. 9 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 61,190.63

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc._____,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Combined Energy Services <br> P.O. Box 333 <br> Thompsonville, NY 12784-0333 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 234.16 |
| ACCOUNT NO. <br><br> Combined Services Llc <br> 75 S Main Street Unit 7 #61 <br> Concord, NH 03301 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 1,131.54 |
| ACCOUNT NO. <br><br> Complete Labor & Staffing <br> 50 Nashua Road <br> Suite 209B <br> Londonderry, NH 03053 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services <br> Temporary staffing (no longer used) | | | | 118,237.30 |
| ACCOUNT NO. <br><br> Con-Way Freight Inc <br> P.O. Box 5160 <br> Portland, OR 97208-5160 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 333.02 |
| ACCOUNT NO. <br><br> D.R. Guilbeault Air Compressor <br> 17 Park Avenue <br> Hudson, NH 03051 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 3,808.68 |

Sheet no. __10__ of __41__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 123,744.70

Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.                    ,            Case No. _____
      **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dantrade BV<br>Schiphol Boulevard 105<br>1118 Bg Schiphol<br>NETHERLANDS | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Resin (component) | | | | 1,014,392.75 |
| ACCOUNT NO.<br><br>Delta Electric Co. Inc<br>Po Box 1198<br>Williston, VT 05495 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 704.00 |
| ACCOUNT NO.<br><br>Dennis Shivo<br>25 Calvin St<br>Ayer, MA 01432 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 462.57 |
| ACCOUNT NO.<br><br>Devine, Millimet & Branch<br>111 Amherst Street<br>Manchester, NH 03101 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 8,370.71 |
| ACCOUNT NO.<br><br>Diamond Staffing Services<br>160 Broadway, 15Th Floor<br>New York, NY 10038 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Temporary staffing (current) | | | | 83,146.81 |

Sheet no. __11__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,107,076.84

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc.                          ,                    Case No. _____

         **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Docc<br>3 Borinski Drive<br>Lincoln Park, NJ 07035 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 96.00 |
| ACCOUNT NO.<br><br>Don Terkanian<br>19 Rose Ridge Court<br>Pawcatuck, CT 06379 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 85.15 |
| ACCOUNT NO.<br><br>Doug Ernst<br>124 Bartlett Drive<br>Weare, NH 03281 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 625.28 |
| ACCOUNT NO.<br><br>Eastern Industrial Automation<br>P.O. Box 540647<br>Waltham, MA 02454-0647 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,033.21 |
| ACCOUNT NO.<br><br>Eastern Lift Truck Co., Inc.<br>2211 Sulphur Spring Road<br>Baltimore, MD 21227 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,109.40 |

Sheet no. _12_ of _41_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,949.04

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc.                  ,                    Case No. _____

**Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Empire Janitorial Supply Co.<br>676 Pine Street<br>Burlington, VT 05401 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 9.10 |
| ACCOUNT NO.<br><br>Eugene F. Torvend<br>579 Beaver Creak Rd.<br>Shelburne, VT 05482 | | | Consideration: Shareholder | | | | 0.00 |
| ACCOUNT NO.<br><br>Fairpoint Communications<br>P.O. Box 5200<br>White River Junction, VT 05001-5200 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 759.93 |
| ACCOUNT NO.<br><br>Fastenal Co.<br>P.O. Box 978<br>Winona, MN 55987-0978 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 10,356.61 |
| ACCOUNT NO.<br><br>Fed Ex Freight<br>2200 Forward Dr<br>Harrison, AR 72602-0840 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,762.54 |

Sheet no. __13__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 14,888.18

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc.                          ,          Case No. _____
              **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fedex<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,459.89 |
| ACCOUNT NO.<br><br>Ford Credit<br>Po Box 220564<br>Pittsburgh, PA 15257-2564 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 689.32 |
| ACCOUNT NO.<br><br>Franklyn Laufersweiler<br>64 Dingle Daisy Rd.<br>Monticello, NY 12701 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,263.66 |
| ACCOUNT NO.<br><br>Freightquote.Com<br>1495 Paysphere Circle<br>Chicago, IL 60674 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,000.33 |
| ACCOUNT NO.<br><br>Future Planning Associates, Inc.<br>600 Blair Park Road<br>Williston, VT 05495 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 500.00 |

Sheet no. __14__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   5,913.20

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc._____,      Case No. _____

         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>General Wiping Cloth Co., Inc.<br>2810 West Saratoga St<br>Baltimore, MD 21223 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 638.33 |
| ACCOUNT NO.<br><br>Gmh Transportation Services Llc<br>7668 Us Route 5<br>Westminster, VT 05158 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Trucking | | | | 47,259.64 |
| ACCOUNT NO.<br><br>Green Mountain Power Corp.<br>163 Acorn Lane<br>Colchester, VT 05446-6611 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Utility | | | | 76,887.87 |
| ACCOUNT NO.<br><br>Grenier Center Llc<br>C/O Kane Management Group<br>Portsmouth, NH 03801 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 10,438.79 |
| ACCOUNT NO.<br><br>Hampshire Fire Protection Co Inc.<br>8 North Wentworth Ave<br>Londonderry, NH 03053 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 6,896.00 |

Sheet no. _15_ of _41_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   142,120.63

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc._____,     Case No. _____
 **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Harry Tarzian<br>15 Bean Hill Road<br>Northfield, NH 03276 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 432.13 |
| ACCOUNT NO.<br><br>Heritage Crystal Clean<br>13621 Collections Center Drive<br>Chicago, IL 60693-0136 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 363.27 |
| ACCOUNT NO.<br><br>Hickok & Boardman, Inc.<br>P.O. Box 1064<br>Burlington, VT 05402-1064 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,180.00 |
| ACCOUNT NO.<br><br>Home Depot Credit Services<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 27.20 |
| ACCOUNT NO.<br><br>Horizon Solutions Corp.<br>P.O. Box 759<br>Portland, ME 04104-0759 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 787.43 |

Sheet no. 16 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,790.03

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re _____Plastic Technologies of Vermont, Inc._____,        Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Howard County Po Box  37213 Baltimore, MD 21297-3213 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 265.97 |
| ACCOUNT NO.  Hudson Color Concentrates 50 Francis St. Leominster, MA 01453 | | | Incurred: 2011-2013 Consideration: Goods and/or Services Colorant (component) | | | | 18,731.00 |
| ACCOUNT NO.  Hunter Plastics, Inc. 100 Pratts Junction Rd Sterling, MA 01564 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 10,000.00 |
| ACCOUNT NO.  Hw Temps P.O. Box 517 South Easton, MA 02375 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 4,209.48 |
| ACCOUNT NO.  Industrial Control Specialists 8 Delta Dr Londonderry, NH 03053-2349 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 387.98 |

Sheet no. __17__ of __41__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        33,594.43

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc. _____ ,          Case No. _____

_____Debtor_____                                             _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ingersoll Rand<br>95 Newfield Ave<br>Edison, NJ 08837 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 7,677.25 |
| ACCOUNT NO.<br><br>Insparisk, Llc<br>71-19 80Th Street<br>Glendale, NY 11385 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 160.00 |
| ACCOUNT NO.<br><br>Interstate Container Corp.<br>240 Industrial Ave East<br>Lowell, MA 01852-5151 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Boxes | | | | 25,406.65 |
| ACCOUNT NO.<br><br>Iqms Software<br>2231 Wisteria Ln<br>Paso Robles, CA 93446 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>IT software | | | | 180,960.00 |
| ACCOUNT NO.<br><br>J. Reigle<br>2680 Bird View Road<br>Westminster, MD 21157 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,549.64 |

Sheet no. __18__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   215,753.54

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc.                ,          Case No. _____
       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jay C. Sendzik, Esq.<br>Atty to Air Molded Products Corp<br>1808 Route 88<br>Brick, NJ 08724 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jennifer Hayden<br>8 Harbor View Rd<br>S. Burlington, VT 05403 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 119.78 |
| ACCOUNT NO.<br><br>Jp Pest Services<br>101 Emerson Road<br>Milford, NH 03055 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 513.00 |
| ACCOUNT NO.<br><br>Kd Associates Inc.<br>41 Idx Drive<br>So. Burlington, VT 05403-7757 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 450.00 |
| ACCOUNT NO.<br><br>Kelly Services, Inc<br>Po Box 820405<br>Philadelphia, PA 19182-0405 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 8,205.84 |

Sheet no. 19 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   9,288.62

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc.              ,        Case No. _____

**Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kinney Construction, Inc.<br>P.O. Box 177<br>Ferndale, NY 12734 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,450.00 |
| ACCOUNT NO.<br><br>Kirlin Mechanical Services<br>515 Dover Rd, Suite 2700<br>Rockville, MD 20850 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 436.80 |
| ACCOUNT NO.<br><br>Konica Minolta<br>Customer Service<br>Jacksonville, FL 32255-0599 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 627.23 |
| ACCOUNT NO.<br><br>Kristt Company<br>369 Broadway<br>Monticello, NY 12701 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2.92 |
| ACCOUNT NO.<br><br>L.R. Pest Elimination Services<br>47 Gauthier Drive Unit 30<br>Essex Jct., VT 05452 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 335.50 |

Sheet no. 20 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 4,852.45

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.                    ,          Case No. _____

**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Labor Ready<br>Po Box 820145<br>Philadelphia, PA 19182-0145 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 238.40 |
| ACCOUNT NO.<br><br>Lenscrafters, Inc<br>Luxotica Retail<br>Mason, OH 45040 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 415.00 |
| ACCOUNT NO.<br><br>Lewis Industrial Supply Co.<br>P.O. Box 5750<br>Harrisburg, PA 17110 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 151.88 |
| ACCOUNT NO.<br><br>Liberty Pest Control<br>2629 Route 302<br>Middletown, NY 10941 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 172.80 |
| ACCOUNT NO.<br><br>Liberty Utilities<br>P.O. Box 11735<br>Newark, NJ 07101-4735 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 392.90 |

Sheet no. _21_ of _41_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     1,370.98

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.                    ,          Case No. _____

　　　　　　**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Liberty-Air Inc.<br>722 East Industrial Park Dr. Unit #8<br>Manchester, NH 03109 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,477.10 |
| ACCOUNT NO.<br><br>Lion Polymers, Inc.<br>449 Louisiana Parkway<br>Corpus Christi, TX 78404 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,597.50 |
| ACCOUNT NO.<br><br>Louis P. Cote Incorporated<br>42 Cote Avenue<br>Goffstown, NH 03045-2500 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 577.21 |
| ACCOUNT NO.<br><br>Manchester Water Works<br>P.O. Box 9677<br>Manchester, NH 03108-9677 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 576.65 |
| ACCOUNT NO.<br><br>Mark Hill Investments, Inc.<br>1233 Shelburne Rd #E4<br>South Burlington, VT 05403 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 411.27 |

Sheet no. __22__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $      4,639.73

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc.              ,          Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mastermans, Llp<br>11 C Street<br>Auburn, MA 01501-0411 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,685.89 |
| ACCOUNT NO.<br><br>Mcsoley, Mccoy & Co.<br>118 Tilley Drive<br>South Burlington, VT 05403 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,000.00 |
| ACCOUNT NO.<br><br>Megapath<br>P.O. Box 39000<br>San Francisco, CA 94139-0001 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 444.61 |
| ACCOUNT NO.<br><br>Metro Lift Propane<br>Po Box 415<br>Epping, NH 03042-0415 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 834.23 |
| ACCOUNT NO.<br><br>Mid-America Machining, Inc.<br>11530 Brooklyn Rd<br>Brooklyn, MI 49230 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,589.00 |

Sheet no. 23 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $   10,553.73

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc._____,          Case No. _____
   **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mid-States Oil Refining Co. Llc<br>7201 Standard Drive<br>Hanover, MD 21076 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 940.00 |
| ACCOUNT NO.<br>Midland National Life Ins. Co.<br>P.O. Box 77065<br>Minneapolis, MN 55480-7765 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,537.67 |
| ACCOUNT NO.<br>Moorhead Company Inc.<br>One Industrial Drive<br>Pelham, NH 03076-2136 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,096.93 |
| ACCOUNT NO.<br>National Grid<br>P.O. Box 11735<br>Newark, NJ 07101-4735 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,886.22 |
| ACCOUNT NO.<br>New England Air Systems<br>43 Krupp Drive<br>Williston, VT 05495 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 6,308.50 |

Sheet no. __24__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   15,769.32

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc._____,       Case No. _____

     **Debtor**       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Newark<br>P.O. Box 94151<br>Palatine, IL 60094-4151 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,300.92 |
| ACCOUNT NO.<br>Next Level Now Inc.<br>P.O. Box 179<br>Portsmouth, NH 03801 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Consulting | | | | 21,927.50 |
| ACCOUNT NO.<br>Nortech Systems<br>150 Ham Road<br>Barrington, NH 03825 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 240.00 |
| ACCOUNT NO.<br>Northeast Scale Co. Inc.<br>40 Londonderry Turnpike 2-E<br>Hooksett, NH 03106 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 628.74 |
| ACCOUNT NO.<br>Northern Equipment & Conveyor Co.<br>Po Box 8504<br>New Castle, PA 16107 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,305.00 |

Sheet no. 25 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   28,402.16

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Plastic Technologies of Vermont, Inc._____,      Case No. _____
       **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Northern Toyotalift<br>683 Pine St<br>Burlington, VT 05401-4921 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 375.88 |
| ACCOUNT NO.<br><br>Nti Data Products Inc.<br>30 Lamy Drive<br>Goffstown, NH 03045 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | -130.52 |
| ACCOUNT NO.<br><br>NYSEG<br>P.O. Box 11745<br>Newark, NJ 07101-4745 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,037.82 |
| ACCOUNT NO.<br><br>Overhead Door Co Of Burlington Inc.<br>5375 Williston Road<br>Williston, VT 05495 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 547.63 |
| ACCOUNT NO.<br><br>Overhead Door Co. Of Baltimore, Inc.<br>3501 Century Avenue<br>Baltimore, MD 21227 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 957.48 |

Sheet no. __26__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   3,788.29

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.                ,            Case No. _____

      **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Pace Packaging Corp. 3 Sperry Rd Fairfield, NJ 07004-2004 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 1,858.48 |
| ACCOUNT NO. Paul Revere Life Ins. Co. P.O. Box 740590 Atlanta, GA 30374-0590 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 2,316.13 |
| ACCOUNT NO. Pei Staffing, Llc. 201 Milford Mill Rd Baltimore, MD 21208 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 976.69 |
| ACCOUNT NO. Peter Plante 1869 Stebbins Road Jeffersonville,  VT 05464 | | | | | | | Notice Only |
| ACCOUNT NO. Petty Cash Dan Smart Londonderry, NH 03053 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 1,000.00 |

Sheet no. 27 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   6,151.30

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.                    ,          Case No. _____
              **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Petty Cash<br>Grace Young<br>Jessup, MD 20794 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 558.00 |
| ACCOUNT NO.<br>Pinard Waste Systems, Inc.<br>P.O. Box 5048<br>Manchester, NH 03108 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,260.00 |
| ACCOUNT NO.<br>Pinnacle Properties<br>66 Airport Road<br>South Burlington, VT 05403 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,365.00 |
| ACCOUNT NO.<br>Pitney Bowes Global Financial<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 244.93 |
| ACCOUNT NO.<br>Pitney Bowes Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 5,563.93 |

Sheet no. __28__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 9,991.86

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc.                    ,          Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Plastic Process Equipment, Inc<br>P.O. Box 670425<br>Northfield, OH 44067-0425 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,824.42 |
| ACCOUNT NO.<br><br>Pm Recycling, Inc.<br>24 E. Mill Street<br>Woonsocket, RI 02895 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 8,155.00 |
| ACCOUNT NO.<br><br>Premier Trailer Leasing, Inc<br>991 Route 22 West<br>Bridgewater, NJ 08807 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Trailer leasing | | | | 48,241.34 |
| ACCOUNT NO.<br><br>Primmer Piper Eggleston&Cramer<br>Po Box 159<br>St. Johnsbury, VT 05819 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,059.20 |
| ACCOUNT NO.<br><br>Priority 1 Inc.<br>C/O Polaris Logistics Group<br>Toledo, OH 43615 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,250.00 |

Sheet no. 29  of 41   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   61,529.96

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc._____,          Case No. _____
         **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Public Service Of NH <br> PO Box 650047 <br> Dallas, TX 75265-0033 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 11,636.53 |
| ACCOUNT NO. <br><br> Pure Water Technology, Inc. <br> 164 High Meadows Rd <br> Stowe, VT 05672 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 159.00 |
| ACCOUNT NO. <br><br> Queen City Steel <br> P.O. Box 672 <br> Burlington, VT 05402 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 256.80 |
| ACCOUNT NO. <br><br> Quill Corp. <br> Po Box 37600 <br> Philadelphia, PA 19101-0600 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 1,113.20 |
| ACCOUNT NO. <br><br> Rexel, Inc. <br> 815A Central Ave. <br> Linthicum, MD 21090 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 3,134.12 |

Sheet no. __30__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     16,299.65

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc.                ,          Case No. _____

     **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Richard Klepper <br> P.O. Box 71 <br> Waterville Valley, NH 03215 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 1,681.84 |
| ACCOUNT NO. <br><br> Ron Hill <br> 1044 Hermosa Drive <br> Myrtle Beach, SC 29579 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 7,939.19 |
| ACCOUNT NO. <br><br> S.D. Ireland Companies <br> 193 Industrial Avenue <br> Williston, VT 05495 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 1,045.00 |
| ACCOUNT NO. <br><br> Seewald Laboratories, Inc. <br> 2829 Reach Road <br> Williamsport, PA 17701 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services | | | | 312.00 |
| ACCOUNT NO. <br><br> Sierra Collections Transworld Systems <br> 507 Prudential Rd <br> Horsham, PA 19044 | | | Incurred: 2011-2013 <br> Consideration: Goods and/or Services <br> collection company-Sierra Pkg | | | | 0.00 |

Sheet no. 31 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 10,978.03

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc.                                ,          Case No. _____
           **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sierra Packaging<br>60 Route 36 East<br>West Long Beach, NJ 07764 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Bags | | | | 23,648.04 |
| ACCOUNT NO.<br><br>Simplex Grinnell, Lp<br>Department Ch 10320<br>Palatine, IL 60055-0320 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 4,586.20 |
| ACCOUNT NO.<br><br>South/Win Ltd.<br>272 Nashua Street<br>Leominster, MA 01453 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,607.00 |
| ACCOUNT NO.<br><br>Southern Container<br>Law Offices Of Mayer & Mayer<br>South Royalton, VT 05068 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 326.16 |
| ACCOUNT NO.<br><br>State Of New Jersey<br>Litter Control Fee<br>Trenton, NJ 08646-0274 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 490.43 |

Sheet no. __32__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     31,657.83

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc. _____ ,          Case No. _____
            **Debtor**                                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Sweeney Refrigeration & Hvac Service 878 Mill Pond Road Colchester, VT 05446-6240 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 460.19 |
| **ACCOUNT NO.** Tate Engineering Systems, Inc 1560 Caton Center Drive Baltimore, MD 21227 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 6,142.63 |
| **ACCOUNT NO.** Taylor Rental Center 970 Gold Street Manchester, NH 03103-4090 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 784.50 |
| **ACCOUNT NO.** Terminix Processing Center 10715 Red Run Blvd Owings Mills, MD 21117 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 1,895.00 |
| **ACCOUNT NO.** Texas Management Division Dba: Tmd Temporaries Dallas, TX 75320-2056 | | | Incurred: 2011-2013 Consideration: Goods and/or Services | | | | 8,027.84 |

Sheet no. __33__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  17,310.16

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc._____,        Case No._____
              **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tfm<br>48 Constitution Drive<br>Bedford, NH 03110 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,114.32 |
| ACCOUNT NO.<br><br>The Burlington Free Press<br>P.O. Box 822840<br>Philadelphia, PA 19182-2840 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 749.00 |
| ACCOUNT NO.<br><br>The Midland Companies<br>1228 Thirty-First St Nw<br>Washington, DC 20007 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 5,000.00 |
| ACCOUNT NO.<br><br>Thomas Brewer<br>21 Arrowhead Circle<br>Rowley, MA 01969 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,907.86 |
| ACCOUNT NO.<br><br>Total Quality Logisitics<br>P.O. Box 634558<br>Cincinnati, OH 45263-4558 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,021.02 |

Sheet no. __34__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 13,792.20
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Plastic Technologies of Vermont, Inc._____,      Case No. _____
          **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Townsend Careers/Mk Resource Group<br>1 North Charles St.<br>Baltimore, MD 21201 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 7,597.99 |
| ACCOUNT NO.<br><br>Toyota Financial Services<br>P.O. Box 17187<br>Baltimore, MD 21297-0511 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 6,107.22 |
| ACCOUNT NO.<br><br>Toyota Financial Svcs Commercial Finance<br>Dept 2431<br>Carol Stream, IL 60132-2431 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 768.94 |
| ACCOUNT NO.<br><br>Tpi Staffing<br>Po Box 958<br>Keene, NH 03431 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 5,860.62 |
| ACCOUNT NO.<br><br>Transcanada Power Marketing Ltd.<br>110 Turnpike Road, Suite 300<br>Westborough, MA 01581-2808 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Utility | | | | 199,872.00 |

Sheet no. _35_ of _41_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  220,206.77

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Plastic Technologies of Vermont, Inc.          ,          Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tri-State Mechanical<br>1 Security Drive<br>Hudson, NH 03051 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,638.75 |
| ACCOUNT NO.<br><br>Twinstate/Voice Data Video Inc<br>291 Rand Hill Rd<br>Morrisonville, NY 12962 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 6.44 |
| ACCOUNT NO.<br><br>Uline<br>2200 South Lakeside Dr<br>Waukegan, IL 60085 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 165.63 |
| ACCOUNT NO.<br><br>Unifirst Corp.<br>30 Tigan Street<br>Winooski, VT 05404 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 249.19 |
| ACCOUNT NO.<br><br>United Rentals, Inc.<br>Location #A47<br>Newburgh, NY 12550 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,228.40 |

Sheet no. _36_ of _41_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 6,288.41

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.         ,          Case No. _____
      **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Unlimited Logistics<br>P.O. Box 8088<br>Alexandria, VA 22306 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 1,376.09 |
| ACCOUNT NO.<br>Unum Life Ins. Co. Of America<br>P.O. Box 403748<br>Atlanta, GA 30384-3748 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,167.04 |
| ACCOUNT NO.<br>Ups<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 100.00 |
| ACCOUNT NO.<br>Ups Freight<br>Po Box 730900<br>Dallas, TX 75373-0900 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,736.96 |
| ACCOUNT NO.<br>Velocity Equipment Solutions, Llc<br>1902 New Butler Rd<br>New Castle, PA 16101 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>machinery | | | | 21,006.46 |

Sheet no. 37 of 41 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 28,386.55

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.              ,          Case No. _____

   **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Verizon<br>P.O. Box 660270<br>Dallas, TX 75266-0270 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 830.27 |
| ACCOUNT NO.<br><br>Vermont Agency Of Agriculture<br>Food & Markets<br>Montpelier, VT 05620-2901 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 50.00 |
| ACCOUNT NO.<br><br>Vermont Custom Roofing<br>531 Holy Cross Road<br>Colchester, VT 05446 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 650.00 |
| ACCOUNT NO.<br><br>Vermont Gas Systems, Inc.<br>P.O. Box 7502<br>Bennington, VT 05201-7502 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 162.12 |
| ACCOUNT NO.<br><br>Vermont Life Safety, Lc<br>3504 Theodore Roosevelt Highway<br>Bolton, VT 05676 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 40.00 |

Sheet no. 38 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    1,732.39

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Plastic Technologies of Vermont, Inc.                        ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Vermont Soy<br>Attn: Michael Carr<br>Hardwick, CT 05843 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 288.56 |
| ACCOUNT NO. | | | | | | | |
| Vermont Tent Company<br>14 Berard Drive<br>S Burlington, VT 05403 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 174.95 |
| ACCOUNT NO. | | | | | | | |
| Vt Elevator Inspection Service<br>8 Pvt Dunnack Dr<br>West Topsham, VT 05086 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 200.00 |
| ACCOUNT NO. | | | | | | | |
| W.B. Mason Co., Inc.<br>Po Box 55840<br>Boston, MA 02205-5840 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 2,860.43 |
| ACCOUNT NO. | | | | | | | |
| Wal-Mart<br>C/O Fms Inc.<br>Tulsa, OK 74170 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 851.85 |

Sheet no. 39 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,375.79

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Plastic Technologies of Vermont, Inc.                ,          Case No. _____
        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Walle Corporation<br>5900 Windward Parkway<br>Suite 375<br>Alpharetta, GA 30005 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services<br>Sleeves (component) | | | | 100,469.04 |
| ACCOUNT NO.<br><br>Walsh Electric Supply, Llc.<br>30 Champlain Drive<br>Colchester, VT 05446 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 146.28 |
| ACCOUNT NO.<br><br>Ward Trucking<br>P.O. Box 1553<br>Altoona, PA 16603 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 146.21 |
| ACCOUNT NO.<br><br>Wd Matthews Machinery Co<br>901 Center St<br>Auburn, ME 04210 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 3,172.45 |
| ACCOUNT NO.<br><br>Wells Fargo Financial Leasing<br>Po Box 6434<br>Carol Stream, IL 60197-3434 | | | Incurred: 2011-2013<br>Consideration: Goods and/or Services | | | | 430.06 |

Sheet no. __40__ of __41__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $        104,364.04

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Plastic Technologies of Vermont, Inc.                      ,          Case No. _____
   **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Westaff  P.O. Box 952372  St. Louis, MO 63195-2372 | | | Incurred: 2011-2013  Consideration: Goods and/or Services | | | | 3,954.77 |
| ACCOUNT NO.  Workplace Solutions  166 Battery St  Burlington, VT 05401 | | | Incurred: 2011-2013  Consideration: Goods and/or Services | | | | 1,000.00 |
| ACCOUNT NO.  Wyde Lumber & Supply Corp.  P.O. Box 39  Mongaup Valley, NY 12762 | | | Incurred: 2011-2013  Consideration: Goods and/or Services | | | | 7,189.61 |
| ACCOUNT NO.  Zee Medical, Inc.  P.O. Box 781573  Indianapolis, IN 46278-8573 | | | Incurred: 2011-2013  Consideration: Goods and/or Services | | | | 90.55 |
| ACCOUNT NO.  Zenith Cutter Co.  5200 Zenith Parkway  Loves Park, IL 61111 | | | Incurred: 2011-2013  Consideration: Goods and/or Services | | | | 31.69 |

Sheet no. 41 of 41 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 12,266.62

Total ► $ 3,999,976.04

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B6G (Official Form 6G) (12/07)

In re  Plastic Technologies of Vermont, Inc. _____     Case No. _____
                                     Debtor                                                           (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

        Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pitney Bowes Global Financial<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | VT Postage Meter - $212.93 Quarterly - 22 quarters from 2005 |
| Toyota Motor Credit Corporation<br>PO Box 3457<br>Torrance CA 90510-3457 | NH Forklift - $367.47 per mo, 60 months from 5/19/11 |
| North Star Leasing Company<br>P.O. Box 4505<br>Burlington, VT 05406-4505 | AC Drive - $246.47 per mo; 48 months- last payment due 8/25/14 |
| North Star Leasing Company<br>P.O. Box 4505<br>Burlington, VT 05406-4505 | VT Lighting Project - $933.22 per mo - 60 months - last payment due 9/15/15 |
| North Star Leasing Company<br>P.O. Box 4505<br>Burlington, VT 05406-4505 | VT Labling Equipment - $401.73 per month - 48 months, last payment due 3/15/14 |
| SPR, LLC<br>8 Harbor View Road<br>South Burlington, VT 05403 | Real Estate lease<br>$120,000 per year, $10k per mo<br>Term ends 11/5/19 |
| Mark Hill Investments, Inc.<br>1233 Shelburne Rd #E4<br>South Burlington, VT 05403 | New Hampshire Commercial Lease |

In re Plastic Technologies of Vermont, Inc.

**Debtor**

Case No. _____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Wells Fargo Equipment Finance Manufacturer Services Group Lincolnshire, IL 60069-4417 | Capital lease of Floor Scrubber - NH |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In re    Plastic Technologies of Vermont, Inc.                          Case No. _____
_____
              **Debtor**                                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Plastic Technologies of Maryland Inc.<br>8304 Sherwick Ct.<br>Jessup, MD 20794-3100 | Centrix<br>1 Atwood Ln<br>Bedford, NH  03110 |
| Eugene F. Torvend<br>579 Beaver Creak Rd.<br>Shelburne, VT 05482 | Centrix<br>1 Atwood Ln<br>Bedford, NH  03110 |
| Plastic Technologies of New York, LLC<br>196 Bridgeville Road<br>Monticello NY 12701 | Centrix<br>1 Atwood Ln<br>Bedford, NH  03110 |
| PTNY Real Estate LLC<br>8 Harbor View Road<br>South Burlington, VT 05403-7850 | Centrix<br>Attn: David Cassidy<br>1 Atwood Ln<br>Bedford, NH  03110 |
| PTNY Holding LLC<br>8 Harbor View Rd.<br>South Burlington, VT 05403-7850 | Centrix<br>Attn: David Cassidy<br>1 Atwood Ln<br>Bedford, NH  03110 |
| SPR, LLC<br>8 Harbor View Road<br>South Burlington, VT 05403-7850 | Centrix<br>Attn: David Cassidy<br>1 Atwood Ln<br>Bedford, NH  03110 |

**B6H (Official Form) (12/07) - Cont.**

In re Plastic Technologies of Vermont, Inc. _____     Case No. _____

       **Debtor**                                                               **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eugene F. Torvend<br>579 Beaver Creak Rd.<br>Shelburne, VT 05482 | Air Molded Products Corp.<br>c/o Douglas Frank<br>365 Aldo Drive<br>Toms River, NJ 08753 |
| Plastic Technologies of Maryland Inc.<br>8304 Sherwick Ct.<br>Jessup, MD 20794-3100 | Comptroller of Maryland<br>Revenue Administration Division<br>110 Carroll St.<br>Annapolis, MD 21411-0001 |
| Plastic Technologies of Maryland Inc.<br>8304 Sherwick Ct.<br>Jessup, MD 20794-3100 | MD Dept of Labor<br>Legal Collection Unit<br>1100 N. Eutaw St. Rm 400<br>Baltimore, MD 21201 |

Plastic Technologies of Vermont, Inc.

In re _____    Case No. _____
　　　　　　　　　Debtor    　　　　　　　　　　　　　(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date _____    Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

　　　I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____    _____
　　Signature of Bankruptcy Petition Preparer    　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　I, the **President** _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Plastic Technologies of Vermont, Inc.** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __78__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 20, 2013_____    Signature: __/s/ Eugene F. Torvend_____
　　　　　　　　　　　　　　　　　　　　　　　　　　EUGENE F. TORVEND
　　　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

----------------------------------------------------------------------------------------------
　　　　　*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## District of Vermont

In Re  Plastic Technologies of Vermont, Inc. _____          Case No. _____
                                                                                                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE | |
|---|---|---|---|
| 2013 | 9,780,548 | Gross revenues -Net income  ($933,925) Combined Gross revenues of PTVT; PTMD & PTNY | FY: Jan 1 to August 31 |
| 2012 | 14,989,866 | Gross revenues of PTVT; PTMD & PTNY | FY: Jan 1 to Dec 31 |
| 2011 | 12,326,882 | Gross revenues of PTVT | FY: Jan 1 to Dec 31 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B7 (Official Form 7) (04/13)                                                                                        2

---

**2.   Income other than from employment or operation of business**

None        State the amount of income received by the debtor other than from employment, trade, profession, or
☒       operation of the debtor's business during the two years immediately preceding the commencement of this case.
        Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing
        under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless
        the spouses are separated and a joint petition is not filed.)

                AMOUNT                                                SOURCE

---

None        **3.  Payments to creditors**
☒
             *Complete a. or b., as appropriate, and c.*

             *a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases
             of goods or services, and other debts to any creditor made within 90 days immediately preceding the
             commencement of this case unless the aggregate value of all property that constitutes or is affected by such
             transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
             a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved
             nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13
             must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
             separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR                   DATES OF                    AMOUNT               AMOUNT STILL
                                               PAYMENTS                     PAID                   OWING

---

None         *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor
☐       made within 90 days immediately preceding the commencement of the case unless the aggregate value of all
             property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual,
             indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support
             obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and
             credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and
             other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
             and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

NAME AND ADDRESS OF CREDITOR                   DATES OF                    AMOUNT               AMOUNT STILL
  AND RELATIONSHIP TO DEBTOR                   PAYMENTS                     PAID                   OWING

See attached Supplement

Statement of Financial Affairs
Q. 3(b)

Supplement
10/19/2013

Payments w/i 90 days

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 7/19/2013 | 617039 | NH Employment Security | $ 4,000.00 |
| 8/21/2013 | 617246 | NH Employment Security | $ 4,000.00 |
| 10/2/2013 | 617563 | NH Employment Security | $ 4,000.00 |
| | | | $ 12,000.00 |
| | | | |
| 8/6/2013 | | United States Treasury | $ 7,000.00 |
| 9/13/2013 | | United States Treasury | $ 7,000.00 |
| 10/7/2013 | | United States Treasury | $ 7,000.00 |
| | | | $ 21,000.00 |

**Statement of Financial Affairs Q 3(b) - Payments with 90 days greater than $6,225.00**

| Date | Payee | Amount | Total |
|------|-------|--------|-------|
| 9/4/2013 | A.M. PEISCH & COMPANY, LLP | $ 4,000.00 | |
| 8/14/2013 | A.M. PEISCH & COMPANY, LLP | $ 2,000.00 | |
| 8/16/2013 | A.M. PEISCH & COMPANY, LLP | $ 1,000.00 | |
| | | | $ 7,000.00 |
| 7/19/2013 | ALLSTAR DAIRY ASSOCIATION | $ 36,228.25 | |
| 7/25/2013 | ALLSTAR DAIRY ASSOCIATION | $ 36,157.07 | |
| 9/13/2013 | ALLSTAR DAIRY ASSOCIATION | $ 35,368.50 | |
| 9/25/2013 | ALLSTAR DAIRY ASSOCIATION | $ 35,354.25 | |
| 9/9/2013 | ALLSTAR DAIRY ASSOCIATION | $ 35,283.00 | |
| 8/12/2013 | ALLSTAR DAIRY ASSOCIATION | $ 35,254.50 | |
| 8/28/2013 | ALLSTAR DAIRY ASSOCIATION | $ 35,240.25 | |
| 8/14/2013 | ALLSTAR DAIRY ASSOCIATION | $ 35,226.00 | |
| 10/1/2013 | ALLSTAR DAIRY ASSOCIATION | $ 35,000.00 | |
| 10/8/2013 | ALLSTAR DAIRY ASSOCIATION | $ 35,000.00 | |
| 8/13/2013 | ALLSTAR DAIRY ASSOCIATION | $ 34,812.75 | |
| 8/30/2013 | ALLSTAR DAIRY ASSOCIATION | $ 34,684.50 | |
| 7/30/2013 | ALLSTAR DAIRY ASSOCIATION | $ 34,128.75 | |
| 9/12/2013 | ALLSTAR DAIRY ASSOCIATION | $ 33,986.25 | |
| 9/19/2013 | ALLSTAR DAIRY ASSOCIATION | $ 33,644.25 | |
| 8/26/2013 | ALLSTAR DAIRY ASSOCIATION | $ 33,434.41 | |
| 8/6/2013 | ALLSTAR DAIRY ASSOCIATION | $ 33,430.50 | |
| 9/10/2013 | ALLSTAR DAIRY ASSOCIATION | $ 33,291.04 | |
| 9/20/2013 | ALLSTAR DAIRY ASSOCIATION | $ 33,216.75 | |
| 9/5/2013 | ALLSTAR DAIRY ASSOCIATION | $ 32,655.00 | |
| 9/27/2013 | ALLSTAR DAIRY ASSOCIATION | $ 17,500.00 | |
| | | | $ 708,896.02 |
| 7/26/2013 | ATLAS CONTAINER | $ 10,576.97 | |
| 7/31/2013 | ATLAS CONTAINER | $ 10,576.97 | |
| 8/16/2013 | ATLAS CONTAINER | $ 6,244.10 | |
| 9/27/2013 | ATLAS CONTAINER | $ 5,640.74 | |
| 8/28/2013 | ATLAS CONTAINER | $ 5,501.05 | |
| | | | $ 38,539.83 |
| 8/14/2013 | BALTIMORE GAS & ELECTRIC | $ 17,670.55 | |
| | | | $ 17,670.55 |
| 8/16/2013 | CARDMEMBER SERVICE | $ 5,000.00 | |
| 10/8/2013 | CARDMEMBER SERVICE | $ 5,000.00 | |
| | | | $ 10,000.00 |
| 8/20/2013 | CIGNA HEALTHCARE | $ 27,246.71 | |
| 7/22/2013 | CIGNA HEALTHCARE | $ 26,450.64 | |
| 9/20/2013 | CIGNA HEALTHCARE | $ 26,109.45 | |
| | | | $ 79,806.80 |
| 8/9/2013 | CITY OF SOUTH BURLINGTON | $ 9,320.02 | |
| | | | $ 9,320.02 |

## Statement of Financial Affairs Q 3(b) - Payments with 90 days greater than $6,225.00

| Date | Payee | Amount | Total |
|------|-------|--------|-------|
| 9/23/2013 | COBBLE HILL TRAILER SALES, LLC | $ 4,860.63 | |
| 7/26/2013 | COBBLE HILL TRAILER SALES, LLC | $ 2,519.21 | |
| | | $ | 7,379.84 |
| 7/19/2013 | COHEN MACHINERY | $ 3,569.54 | |
| 9/30/2013 | COHEN MACHINERY | $ 3,030.32 | |
| | | $ | 6,599.86 |
| 7/25/2013 | COUNTY OF SULLIVAN | $ 19,050.09 | |
| 7/29/2013 | COUNTY OF SULLIVAN | $ 192.50 | |
| | | $ | 19,242.59 |
| 7/22/2013 | DANSOURCE | $ 40,000.00 | |
| 9/11/2013 | DANTRADE BV | $ 42,491.40 | |
| 9/30/2013 | DANTRADE BV | $ 42,491.40 | |
| | | $ | 124,982.80 |
| 8/23/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 9,848.12 | |
| 8/30/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 8,964.81 | |
| 9/13/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 7,654.75 | |
| 7/19/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 7,626.42 | |
| 9/30/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 6,589.08 | |
| 8/9/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 6,554.24 | |
| 9/20/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 6,161.21 | |
| 8/2/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 5,784.72 | |
| 8/16/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 5,759.21 | |
| 10/4/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 5,582.65 | |
| 9/6/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 5,365.57 | |
| 7/26/2013 | D-DAY ENTERPRISES/CAMERON SWEEZY | $ 3,458.56 | |
| | | $ | 75,890.78 |
| 10/10/2013 | DIAMOND STAFFING SERVICES | $ 16,766.60 | |
| 9/25/2013 | DIAMOND STAFFING SERVICES | $ 13,556.39 | |
| 9/18/2013 | DIAMOND STAFFING SERVICES | $ 12,611.26 | |
| 9/9/2013 | DIAMOND STAFFING SERVICES | $ 9,558.40 | |
| 8/30/2013 | DIAMOND STAFFING SERVICES | $ 6,491.26 | |
| 8/16/2013 | DIAMOND STAFFING SERVICES | $ 5,505.50 | |
| 8/23/2013 | DIAMOND STAFFING SERVICES | $ 4,644.09 | |
| 8/2/2013 | DIAMOND STAFFING SERVICES | $ 3,014.83 | |
| 7/29/2013 | DIAMOND STAFFING SERVICES | $ 2,541.83 | |
| 7/26/2013 | DIAMOND STAFFING SERVICES | $ 2,121.46 | |
| 8/9/2013 | DIAMOND STAFFING SERVICES | $ 1,519.89 | |
| 7/23/2013 | DIAMOND STAFFING SERVICES | $ 563.35 | |
| | | $ | 78,894.86 |

**Statement of Financial Affairs Q 3(b) - Payments with 90 days greater than $6,225.00**

| Date | Payee | Amount | Total |
|------|-------|--------|-------|
| 8/12/2013 | DON MOORE | $ 1,000.00 | |
| 8/20/2013 | DON MOORE | $ 1,000.00 | |
| 9/6/2013 | DON MOORE | $ 1,000.00 | |
| 9/19/2013 | DON MOORE | $ 1,000.00 | |
| 9/23/2013 | DON MOORE | $ 1,000.00 | |
| 9/26/2013 | DON MOORE | $ 1,000.00 | |
| | | | $ 6,000.00 |
| 8/23/2013 | ENCON INC. | $ 8,332.13 | |
| 9/13/2013 | ENCON INC. | $ 66.47 | |
| | | | $ 8,398.60 |
| 9/9/2013 | EUGENE TORVEND | $ 995.00 | |
| | | | $ 995.00 |
| 7/26/2013 | FLATIRON CAPITAL | $ 7,852.58 | |
| | | | $ 7,852.58 |
| 9/20/2013 | GMH TRANSPORTATION SERVICES LLC | $ 30,401.96 | |
| 8/28/2013 | GMH TRANSPORTATION SERVICES LLC | $ 21,215.57 | |
| 10/7/2013 | GMH TRANSPORTATION SERVICES LLC | $ 15,012.45 | |
| 7/31/2013 | GMH TRANSPORTATION SERVICES LLC | $ 14,606.40 | |
| 10/11/2013 | GMH TRANSPORTATION SERVICES LLC | $ 14,085.64 | |
| 8/9/2013 | GMH TRANSPORTATION SERVICES LLC | $ 10,081.93 | |
| | | | $ 105,403.95 |
| 9/16/2013 | GREEN MOUNTAIN POWER CORP. | $ 36,154.27 | |
| 8/15/2013 | GREEN MOUNTAIN POWER CORP. | $ 28,084.27 | |
| | | | $ 64,238.54 |
| 8/2/2013 | GRENIER CENTER LLC | $ 10,438.79 | |
| 9/5/2013 | GRENIER CENTER LLC | $ 10,438.79 | |
| 10/10/2013 | GRENIER CENTER LLC | $ 10,438.79 | |
| | | | $ 31,316.37 |
| 8/28/2013 | INTERSTATE CONTAINER CORP. | $ 17,480.68 | |
| 10/10/2013 | INTERSTATE CONTAINER CORP. | $ 15,000.00 | |
| 9/18/2013 | INTERSTATE CONTAINER CORP. | $ 14,376.61 | |
| 7/24/2013 | INTERSTATE CONTAINER CORP. | $ 13,844.67 | |
| 8/12/2013 | INTERSTATE CONTAINER CORP. | $ 9,035.06 | |
| 8/5/2013 | INTERSTATE CONTAINER CORP. | $ 5,935.45 | |
| | | | $ 75,672.47 |
| 9/26/2013 | JOHN BORRELLI | $ 5,483.58 | |
| 9/4/2013 | JOHN BORRELLI | $ 4,711.30 | |
| 8/1/2013 | JOHN BORRELLI | $ 3,215.51 | |
| | | | $ 13,410.39 |

**Statement of Financial Affairs Q 3(b) - Payments with 90 days greater than $6,225.00**

| Date | Payee | Amount | Total |
|------|-------|--------|-------|
| 8/8/2013 | KINNE TRUCKING LLC | $ 9,109.30 | |
| 9/26/2013 | KINNE TRUCKING LLC | $ 7,786.90 | |
| 9/19/2013 | KINNE TRUCKING LLC | $ 6,149.25 | |
| 8/1/2013 | KINNE TRUCKING LLC | $ 5,318.00 | |
| 7/25/2013 | KINNE TRUCKING LLC | $ 5,268.00 | |
| 10/3/2013 | KINNE TRUCKING LLC | $ 4,868.50 | |
| 9/5/2013 | KINNE TRUCKING LLC | $ 2,869.20 | |
| 9/12/2013 | KINNE TRUCKING LLC | $ 2,869.20 | |
| 8/22/2013 | KINNE TRUCKING LLC | $ 2,441.30 | |
| 8/15/2013 | KINNE TRUCKING LLC | $ 2,406.70 | |
| 10/10/2013 | KINNE TRUCKING LLC | $ 1,499.80 | |
| 8/29/2013 | KINNE TRUCKING LLC | $ 1,369.40 | |
| | | | $ 51,955.55 |
| 9/23/2013 | LES JUDD | $ 5,596.98 | |
| 8/21/2013 | LES JUDD | $ 4,000.00 | |
| 8/21/2013 | LES JUDD | $ 4,000.00 | |
| 8/21/2013 | LES JUDD | $ 3,300.00 | |
| 8/9/2013 | LES JUDD | $ 2,535.10 | |
| 8/20/2013 | LES JUDD | $ 2,326.01 | |
| | | | $ 21,758.09 |
| 8/2/2013 | LLOYD ORETSKY | $ 10,566.37 | |
| 9/9/2013 | LLOYD ORETSKY | $ 10,566.37 | |
| 10/10/2013 | LLOYD ORETSKY | $ 10,566.37 | |
| | | | $ 31,699.11 |
| 7/31/2013 | MARK HILL INVESTMENTS, INC. | $ 17,745.73 | |
| 7/31/2013 | MARK HILL INVESTMENTS, INC. | $ 17,745.73 | |
| 9/4/2013 | MARK HILL INVESTMENTS, INC. | $ 17,745.73 | |
| 10/8/2013 | MARK HILL INVESTMENTS, INC. | $ 17,745.73 | |
| | | | $ 70,982.92 |
| 7/19/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 7/26/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 8/2/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 8/9/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 8/16/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 8/23/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 8/30/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 9/6/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 9/13/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 9/20/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 9/27/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| 10/4/2013 | MARYLAND UNEMPLOYMENT INSURANCI | $ 1,500.00 | |
| | | | $ 18,000.00 |
| 7/19/2013 | NH EMPLOYMENT SECURITY | $ 4,000.00 | |
| 8/21/2013 | NH EMPLOYMENT SECURITY | $ 4,000.00 | |
| 10/2/2013 | NH EMPLOYMENT SECURITY | $ 4,000.00 | |
| | | | $ 12,000.00 |

**Statement of Financial Affairs Q 3(b) - Payments with 90 days greater than $6,225.00**

| Date | Payee | Amount | Total |
|------|-------|--------|-------|
| 7/30/2013 | PREMIER TRAILER LEASING, INC | $ 25,831.40 | |
| 8/29/2013 | PREMIER TRAILER LEASING, INC | $ 24,802.90 | |
| 9/27/2013 | PREMIER TRAILER LEASING, INC | $ 24,462.90 | |
| | | | $ 75,097.20 |
| 9/26/2013 | PUBLIC SERVICE OF NH | $ 11,458.21 | |
| 7/26/2013 | PUBLIC SERVICE OF NH | $ 10,892.69 | |
| 8/29/2013 | PUBLIC SERVICE OF NH | $ 10,051.53 | |
| | | | $ 32,402.43 |
| 8/15/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 7,055.85 | |
| 10/3/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 5,214.20 | |
| 8/5/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 4,904.55 | |
| 7/30/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 4,474.10 | |
| 8/22/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 1,207.75 | |
| 9/24/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 1,192.40 | |
| 9/19/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 980.50 | |
| 8/9/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 960.85 | |
| 9/9/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 399.35 | |
| 9/17/2013 | ROCHELEAU TOOL & DIE CO., INC. | $ 75.90 | |
| | | | $ 26,465.45 |
| 7/29/2013 | RON HILL | $ 7,723.97 | |
| | | | $ 7,723.97 |
| 9/26/2013 | SHORETEL FKA. M5 NETWORKS | $ 6,606.14 | |
| 7/30/2013 | SHORETEL FKA. M5 NETWORKS | $ 6,581.86 | |
| 9/23/2013 | SHORETEL FKA. M5 NETWORKS | $ 3,364.25 | |
| | | | $ 16,552.25 |
| 7/29/2013 | THE MIDLAND COMPANIES | $ 17,849.84 | |
| 8/29/2013 | THE MIDLAND COMPANIES | $ 17,849.84 | |
| 9/30/2013 | THE MIDLAND COMPANIES | $ 17,849.84 | |
| | | | $ 53,549.52 |
| 7/26/2013 | THOMAS BREWER | $ 9,412.19 | |
| 9/27/2013 | THOMAS BREWER | $ 6,799.28 | |
| 9/6/2013 | THOMAS BREWER | $ 779.52 | |
| 8/30/2013 | THOMAS BREWER | $ 606.02 | |
| | | | $ 17,597.01 |
| 9/18/2013 | TRANSCANADA POWER MARKETING LTD. | $ 19,575.21 | |
| 7/23/2013 | TRANSCANADA POWER MARKETING LTD. | $ 16,397.21 | |
| 8/16/2013 | TRANSCANADA POWER MARKETING LTD. | $ 14,953.36 | |
| | | | $ 50,925.78 |
| 8/6/2013 | UNITED STATES TREASURY | $ 7,000.00 | |
| 9/13/2013 | UNITED STATES TREASURY | $ 7,000.00 | |
| 10/7/2013 | UNITED STATES TREASURY | $ 7,000.00 | |
| | | | $ 21,000.00 |

## Statement of Financial Affairs Q 3(b) - Payments with 90 days greater than $6,225.00

| Date | Payee | Amount | Total |
|------|-------|--------|-------|
| 9/23/2013 | UNUM LIFE INS. CO. OF AMERICA | $ 4,719.80 | |
| 8/9/2013 | UNUM LIFE INS. CO. OF AMERICA | $ 4,364.52 | |
| | | | $ 9,084.32 |
| 9/25/2013 | UPS | $ 541.09 | |
| 8/2/2013 | UPS FREIGHT | $ 3,613.77 | |
| 8/9/2013 | UPS FREIGHT | $ 2,067.72 | |
| 7/26/2013 | UPS FREIGHT | $ 1,821.34 | |
| 9/23/2013 | UPS FREIGHT | $ 1,255.01 | |
| 10/4/2013 | UPS FREIGHT | $ 677.92 | |
| 9/9/2013 | UPS FREIGHT | $ 592.00 | |
| 8/30/2013 | UPS FREIGHT | $ 449.20 | |
| | | | $ 11,018.05 |
| 8/29/2013 | VEDA | $ 6,766.83 | |
| 7/19/2013 | VEDA | $ 2,255.51 | |
| | | | $ 9,022.34 |
| 9/20/2013 | VERMONT DEPT. OF TAXES | $ 2,000.00 | |
| 9/27/2013 | VERMONT DEPT. OF TAXES | $ 2,000.00 | |
| 10/4/2013 | VERMONT DEPT. OF TAXES | $ 2,000.00 | |
| 9/19/2013 | VERMONT DEPT. OF TAXES | $ 787.59 | |
| 8/2/2013 | VERMONT DEPT. OF TAXES | $ 394.00 | |
| 9/9/2013 | VERMONT DEPT. OF TAXES | $ 232.90 | |
| | | | $ 7,414.49 |
| 7/26/2013 | WALLE CORPORATION | $ 45,408.56 | |
| 9/9/2013 | WALLE CORPORATION | $ 38,635.15 | |
| 8/19/2013 | WALLE CORPORATION | $ 6,840.84 | |
| 9/25/2013 | WALLE CORPORATION | $ 6,054.86 | |
| | | | $ 96,939.41 |
| 7/29/2013 | N/P Note | $ 28,814.89 | |
| 8/30/2013 | N/P Note | $ 28,814.89 | |
| 9/27/2013 | N/P Note | $ 28,814.89 | |
| 7/29/2013 | LOC payment | $ 6,117.85 | |

None

☐    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case
     to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13
     must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
     separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Peter Plante Relationship: Director | 11/9/12 ; 12/21/12 ; 2/14/13 | $472;$322.22;$360 | |
| Eugene F. Torvend 579 Beaver Creak Rd. Shelburne, VT 05482 Relationship: Director & Sole Shareholder | 9/9/13 | $995 | $0.00 |
| Eugene F. Torvend 579 Beaver Creak Rd. Shelburne, VT 05482 Relationship: Director & Sole Shareholder | Weekly Payroll | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.      List all suits and administrative proceedings to which the debtor is or was a party within one year
     immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
     must include information concerning either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Air Molded Prodcuts Corp v. Plastic Technologies of Vermont, Inc, and Gene Torvend Docket No. OCN-L-001894-13 | Collection | Superior Court of New Jersey Law Division - Ocean County 118 Washington Street. Toms River, NJ 08754 | Settlement stipulation entered July 2013 Payments of $1000 per month $4000 paid in past 90 days |

B7 (Official Form 7) (04/13)                                                                    4

None      b.        Describe all property that has been attached, garnished or seized under any legal or equitable process
☐                   within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
                    12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
                    petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Internal Revenue Service Centralized Insolvency Unit PO Box 21126 Philadelphia, PA 19114 | May 9, 2013 | All assets of Company |

5.    **Repossessions, foreclosures and returns**

None            List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒       deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
        of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
        joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

6.   **Assignments and Receiverships**

None      a.        Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒                   preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
                    any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
                    and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None      b.        List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒                   one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
                    chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
                    is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒        this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
         family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
         under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
         joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒        commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
         or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
         spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None      List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐        attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
         petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Raymond J. Obuchowski Obuchowski & Emens-Butler, PC PO Box 60 Bethel, VT 05032 | October 11 & 17, 2013 | $2,500 for retainer - 10/11/13 $25,000 for Ch 11 retainer - 10/17/13 for jointly administered case - Allocated as noted in retainers $1,213 for filing fee - 10/17/13 |

B7 (Official Form 7) (04/13)                                                                                     6

**10.   Other transfers**

None ☒   a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.   Closed financial accounts**

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.   Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                 7

---

**13.  Setoffs**

None
⊠
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
☐
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

See attached listing on
Molds held for others

---

None
⊠

**15.  Prior address of debtor**

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

None
⊠

**16.  Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Statement of Financial Affairs- Supplement
Question 14

| # | Description | Owner |
|---|---|---|
| 1 | 4 CAV 2028 4 CAVITY MOLD FOR 6 OZ | STONEYFIELD BOTTLE |
| 1 | 4 CAV HDMF 4 CAVITY MOLD FOR 10 OZ | HOOD SCHOOL |
| 1 | 4 CAV HDMF 4 CAVITY MOLD FOR 16 OZ | HOOD PINT |
| | 5 CAV 4033 5 MOLD CAVITIES FOR 24 OZ | STONEYFIELD |
| 1 | 8 CAVITY 8 CAVITY STANDARD 10 OZ CURVED SINGLE SERVE DAIRY BOTTLE MOLD SET | STONEYFIELD BOTTLE |
| | 2 CAV 12 OZ PET BOTTLE | RONNY BROOK |

B7 (Official Form 7) (04/13)                                                                    8

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

> "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

> "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
☐

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B7 (Official Form 7) (04/13)                                                                                                9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Plastic Technologies of Vermont, Inc. | XX-XXX4745 | 8 Harbor View Road South Burlington, VT 05403 | Plastic Bottle Manufacturer | January 1994 to present |

b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None
☐

a.   List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                               DATES SERVICES RENDERED

Bilodeau, Wells & Company, PC                                  Year to Year
PO Box 687
Essex Junction, VT 05453

None
☒

b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                    DATES SERVICES RENDERED

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

B7 (Official Form 7) (04/13)                                                                                    10

---

None   c.   List all firms or individuals who at the time of the commencement of this case were in possession of the
☐      books of account and records of the debtor. If any of the books of account and records are not available, explain.

       NAME                                    ADDRESS

Allison Abry, PCA                              PO Box 687
c/o Bilodeau, Wells & Co. PC                   Essex Junction, VT 05453

---

None   d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐      a financial statement was issued within the two years immediately preceding the commencement of this case by
       the debtor.

       NAME AND ADDRESS                                DATE
                                                       ISSUED

Centrix                                         2011
1 Atwood Ln
Bedford, NH  03110

---

**20. Inventories**

None   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐      taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| August 2013 | Kristen Robillard - VT; Tom Brewer - NH | $658,000 - Raw materials, Finished and WIPs |
| August 2013 | Bruce Reynolds - NY | |
| August 2013 | Grace Young - MD | |

---

None   b.   List the name and address of the person having possession of the records of each of the two inventories
☐      reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| August 2013 | Plastic Technologies 8 Harbor View Road South Burlington, VT |

B7 (Official Form 7) (04/13)                                                                      11

---

**21. Current Partners, Officers, Directors and Shareholders**

None    a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS            NATURE OF INTEREST              PERCENTAGE OF INTEREST

---

None    b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐       directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                   NATURE AND PERCENTAGE OF
                                                            STOCK OWNERSHIP

Eugene F. Torvend               President / Sole            100%
579 Beaver Creek Rd.            Shareholder
Shelburne, VT 05482

---

**22. Former partners, officers, directors and shareholders**

None    a.      If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒       immediately preceding the commencement of this case.

NAME                        ADDRESS                     DATE OF WITHDRAWAL

---

None    b.      If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒       terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                   DATE OF TERMINATION

---

**23. Withdrawals from a partnership or distribution by a corporation**

None            If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☒       insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
        perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF               DATE AND PURPOSE                AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP          OF WITHDRAWAL                   DESCRIPTION AND
      TO DEBTOR                                                 VALUE OF PROPERTY

B7 (Official Form 7) (04/13)                                                                 12

---

**24.  Tax Consolidation Group**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒    corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25.  Pension Funds**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☒    fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
period immediately preceding the commencement of the case.

NAME OF PENSION FUND                TAXPAYER IDENTIFICATION NUMBER (EIN)

*    *    *    *    *    *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    October 20, 2013            Signature    /s/ Eugene F. Torvend
EUGENE F. TORVEND
President
Eugene F. Torvend    Pres.
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

___0___ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                    Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____                    _____
Signature of Bankruptcy Petition Preparer                                               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B203
12/94

# United States Bankruptcy Court
### District of Vermont

In re  Plastic Technologies of Vermont, Inc.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................……………………….... $ __22,000.00__

Prior to the filing of this statement I have received ...............………….................. $ __22,000.00__

Balance Due ..............................…………………………………….................. $ ___0.00___

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

See retainer letter as to the terms and conditions of the engagement and for the terms of payment. Counsel has received the amount set forth in this statement, and under the retainer letter reserves the right to charge for additional services on an hourly basis as described within the retainer agreement.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary proceedings and contested matters are not included in the fee as set forth in the retainer letter. Tax advice is also specifically excluded.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

__October 20, 2013__
Date

/s/ Raymond J. Obuchowski
Signature of Attorney

Obuchowski & Emens-Butler, PC
Name of law firm

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## District of Vermont

In re   Plastic Technologies of Vermont, Inc.                    ,
                            Debtor                        Case No. _____

                                                         Chapter    11    _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Velocity Equipment Solutions, Llc 1902 New Butler Rd New Castle, PA 16101 | 800-521-1368 | Trade Vendor | | 21,006.46 |
| Next Level Now Inc. P.O. Box 179 Portsmouth, NH 03801 | 603-433-4783 | Trade Vendor | | 21,927.50 |
| Sierra Packaging 60 Route 36 East West Long Beach, NJ 07764 | 732-571-2900 | Trade Vendor | | 23,648.04 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|-----|-----|-----|-----|-----|
| Interstate Container Corp.<br>240 Industrial Ave East<br>Lowell, MA 01852-5151 | 978-458-4555 | Trade Vendor | | 25,406.65 |
| Cigna Healthcare<br>900 Cottage Grove Rd.<br>Hartford, CT 06152-1315 | | Trade Vendor | | 45,580.88 |
| Gmh Transportation Services Llc<br>7668 Us Route 5<br>Westminster, VT 05158 | 802-339-4420 | Trade Vendor | | 47,259.64 |
| Premier Trailer Leasing, Inc<br>991 Route 22 West<br>Bridgewater, NJ 08807 | 908-864-8006 | Trade Vendor | | 48,241.34 |
| Green Mountain Power Corp.<br>163 Acorn Lane<br>Colchester, VT 05446-6611 | 888-835-4672 | Trade Vendor | | 76,887.87 |
| Diamond Staffing Services<br>160 Broadway, 15Th Floor<br>New York, NY 10038 | 212-346-7960 | Trade Vendor | | 83,146.81 |
| Walle Corporation<br>5900 Windward Parkway<br>Suite 375<br>Alpharetta, GA 30005 | 800-942-6763 | Trade Vendor | | 100,469.04 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-***** - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cardmember Service P.O. Box 15153 Willmington, DE 19886-5153 | | Trade Vendor | | 115,241.30 |
| Complete Labor & Staffing 50 Nashua Road Suite 209B Londonderry, NH 03053 | 603-935-9031 | Trade Vendor | | 118,237.30 |
| Iqms Software 2231 Wisteria Ln Paso Robles, CA 93446 | 805-227-1122 | Trade Vendor | | 180,960.00 |
| Transcanada Power Marketing Ltd. 110 Turnpike Road, Suite 300 Westborough, MA 01581-2808 | 508-475-6095 | Trade Vendor | | 199,872.00 |
| Borden Dairy Company 8750 N. Central Expwy. Suite 400 Dallas, TX 75231 | 469-587-0162 | Trade Vendor | | 416,088.80 |
| Business Finance Auth. - NH 2 Pillsbury St. Ste 201 Concord, NH 03301 | | | | 674,449.40 Collateral FMV 0.00 |
| Internal Revenue Service Centralized Insolvency Unit PO Box 21126 Philadelphia, PA 19114 | | | | 939,071.98 Collateral FMV 0.00 |

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Allstar Dairy Association<br>P.O. Box 63 2599<br>Cincinatti, OH 45263-2599 | 800-930-3644 | Trade Vendor | | 977,104.46 |
| Dantrade BV<br>Schiphol Boulevard 105<br>1118 Bg Schiphol<br>NETHERLANDS | Matthias Sterkens c/o<br>Matthias.Sterkens@danone.com | Trade Vendor | | 1,014,392.75 |
| Centrix<br>Attn: David Cassidy<br>1 Atwood Ln<br>Bedford, NH  03110 | | | | 3,607,208.70<br>Collateral FMV<br>2,400,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    October 20, 2013

Signature    /s/ Eugene F. Torvend

EUGENE F. TORVEND,
President

UNITED STATES BANKRUPTCY COURT
District of Vermont

In re   Plastic Technologies of Vermont, Inc.                      ,
                                    Debtor

Case No. _____

Chapter   11

### List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Eugene F. Torvend<br>579 Beaver Creak Rd.<br>Shelburne, VT 05482 | 100.00 | Shareholder |

Vermont Dept of Taxes
PO Box 429
Montpelier, VT 05602


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Office of US Trustee
74 Chapel St., Ste 200
Albany, NY 12207


1st Team Staffing Services Inc.
806 Frederick Road
Catonsville, Md 21228


A-tech Hydraulics
2100a Sparrows Point Rd.
Baltimore, Md 21219


A.M. Peisch & Company, Llp
57 Farmvu Drive
White River Jct., Vt 05001-6000


Aaron J. Plouffe
14 Penn Ave
Deerfield, Nh 03037


Adp, Inc.
P.O. Box 7247-0372
Philadelphia, Pa 19170-0372


Aec Inc.
1100 E. Woodfield Rd. Ste 588
Schaumburg, Il 60173


Air Molded Products Corp.
C/o Douglas Frank
365 Aldo Drive
Toms River, Nj 08753

Airgas East
P.O. Box 827049
Philadelphia, Pa 19182-7049


Aks Machine, Inc.
3929-a Guasti Road
Ontario, Ca 91761


Alarmex, Inc.
243 Boston Street
Topsfield, Ma 01983


Allied Waste Services #050
P.O. Box 9001099
Louisville, Ky 40290-1099


Allison Simpson
B13 Stonehedge Drive
South Burlington, Vt 05403


Allstar Dairy Association
P.O. Box 63 2599
Cincinatti, Oh 45263-2599


Alumi-nex Mold, Inc.
155 Chase Avenue
Webster, Ma 01570


Amegnona Alate
92 North Ave Apt 3
Burlington, Vt 05401


American Institute Of Baking
P.O. Box 3999
Manhattan, Ks 66505-3999


American Refrigeration Co
149 River Street Ste 3
Andover, Ma 01810


American Wire Tie, Inc.
P.O. Box 696
North Collins, Ny 14111

Amherst Tape Products
P.O. Box 135
Amherst, Nh 03031-0135


Angela Heath
330 Freedom Acres
Starksboro, Vt 05487


Anthony E Crum
7108 B & A Blvd.
Glen Burnie, Md 21061


Anthony S. Garrison
66 Gentes Road
Essex Jct., Vt 05452


Appriver
1101 Gulf Breeze Pkwy, Ste 200
Gulf Breeze, Fl 32561-4858


Apt Environmental
P.O. Box 162
Milton, Vt 05468


Arvind R Patel
14a Pelican Circle
Derry, Nh 03038


Ascensus
200 Dryden Road
Dresher, Pa 19025


Ashley A. Sebastian
429 Kelley St #2
Manchester, Nh 03102


Atkins Roofing, Inc.
341 West Lake St.
Liberty, Ny 12754


Attila M Joo
162 Mozart Avenue
Dollard Des Ormeaux, Qc H9g 2z8
Canada

Aura Chhun
63 Walker St.
Lowell, Ma 01854


Bauman Plumbing Llc
5750 Furnace Avenue
Elk Ridge, Md 21075


Bay State Elevator Co. F/k/a Elevator Sales & Service
P.O. Box 5
Dalton, Ma 01227-0005


Bearings Specialty Co., Inc.
50 Energy Drive
Canton, Ma 02021


Bilodeau Wells & Co., P.C.
P.O. Box 687
Essex Junction, Vt 05453


Blue Cross Blue Shield Of Vt
P.O. Box 186
Montpelier, Vt 05601-0186


Blue Flame Gas
9 Governor Peck Hwy
Richmond, Vt 05477


Bonny Downing
107 Saybrook Rd
Essex Jct., Vt 05452


Borden Dairy Company
8750 N. Central Expwy.
Suite 400
Dallas, Tx 75231


Boston Trailer
21 Mcgrath Hwy
Quincy, Ma 02169


Bourdeau And Bushey Inc
Po Box 187
Middlebury, Vt 05753

Brainsurf Informatics, Inc.
315 N. Racine Ave., Suite 105
Chicago, Il 60607


Broadband Fka: Bandwidth.Com Inc
75 Remittance Drive, Suite 6647
Chicago, Il 60675-6647


Bruce Reynolds
14 Roosa Avenue
Monticello, Ny 12701


Business Finance Auth. - Nh
2 Pillsbury St. Ste 201
Concord, Nh 03301


Byrne Dairy, Inc
Po Box 176
Lafayette, Ny 13084


C.H. Robinson Worldwide, Inc.
P.O. Box 9121
Minneapolis, Mn 55480-9121


Cadel Chemical & Supply
Po Box 1025
Leominster, Ma 01453


Cantwell-cleary Fka: Fiber Products
1112-18 Wilso Dr
Baltimore, Md 21223


Cardmember Service
P.O. Box 15153
Willmington, De 19886-5153


Casella  Waste
220 Avenue B
Williston, Vt 05495-1372


Castle Mold & Tool, Inc.
3932 Wilmington Road
New Castle, Pa 16105

Centric Business Systems
P.O. Box 75222
Baltimore, Md 21275-5222


Centrix
Attn: David Cassidy
1 Atwood Ln
Bedford, Nh  03110


Centurylink Fka Qwest
P.O. Box 52187
Phoenix, Az 85072-2187


Ceridian
P.O. Box 10989
Newark, Nj 07193


Charles L. Rathbun
128 Birch Road
St. George, Vt 05495


Chemaqua
Po Box 152100
Irving, Tx 75015-2100


Christine M. Daneau
1555 Bodwell Rd Unit 37
Manchester, Nh 03109


Chubb & Son
P.O.Box 382001
Pittsburgh, Pa 15250-8001


Chuck's Heating & Ac, Inc.
P.O. Box 53
Colchester, Vt 05446


Cigna Healthcare
900 Cottage Grove Rd.
Hartford, Ct 06152-1315


Cobble Hill Trailer Sales, Llc
79 Precast Road
Milton, Vt 05468

Cohen Machinery
8 Chestnut Drive
Bedford, Nh 03110


Colortech, Inc.
5712 Commerce Blvd.
Morristown, Tn 37814


Combined Energy Services
P.O. Box 333
Thompsonville, Ny 12784-0333


Combined Services Llc
75 S Main Street Unit 7 #61
Concord, Nh 03301


Complete Labor & Staffing
50 Nashua Road
Suite 209b
Londonderry, Nh 03053


Comptroller Of Maryland
Revenue Administration Division
110 Carroll St.
Annapolis, Md 21411-0001


Con-way Freight Inc
P.O. Box 5160
Portland, Or 97208-5160


D.R. Guilbeault Air Compressor
17 Park Avenue
Hudson, Nh 03051


Daniel B. Morgan
331 Lake Ave
Apt. 1
Manchester, Nh 03103


Daniel Sklar, Esq.
Atty To Centrix
900 Elm Street
Manchester, Nh 03101

Dantrade Bv
Schiphol Boulevard 105
1118 Bg Schiphol
Netherlands


David M. Howe, Esq
Atty To Bfa Of Nh
4 Wildemere Terrance
Concord, Nh 03301


David P. Lareau
2173 Us Rte 7
Pittsford, Vt 05763


Delta Electric Co. Inc
Po Box 1198
Williston, Vt 05495


Dennis Shivo
25 Calvin St
Ayer, Ma 01432


Devine, Millimet & Branch
111 Amherst Street
Manchester, Nh 03101


Dhan Rasaily
470 Bolment #3
Manchester, Nh 03103


Diamond Staffing Services
160 Broadway, 15th Floor
New York, Ny 10038


Dianne G. Zirk
1679 Shellhouse Mtn Rd
Ferrisburgh, Vt 05456


Dillon A. Lewis
281 Porterwood Drive
Williston, Vt 05495

Docc
3 Borinski Drive
Lincoln Park, Nj 07035


Don Terkanian
19 Rose Ridge Court
Pawcatuck, Ct 06379


Donald Kuhns
22 Monkton Ridge
N. Ferrisburgh, Vt 05473


Donald R. Benner
65 Fairview St.
Manchester, Nh 03102


Doug Ernst
124 Bartlett Drive
Weare, Nh 03281


Douglas R Ernst
124 Bartlett Dr
Weare, Nh 03281


Duane A Miller
42 Cedar St.
St. Albans, Vt 05478


Durga Subedi
183 Cartier Street #2
Manchester, Nh 03102


Dzevad Kelestura
138 Main Street
Essex Jct., Vt 05452


Eastern Industrial Automation
P.O. Box 540647
Waltham, Ma 02454-0647


Eastern Lift Truck Co., Inc.
2211 Sulphur Spring Road
Baltimore, Md 21227

Empire Janitorial Supply Co.
676 Pine Street
Burlington, Vt 05401


Eugene F. Torvend
579 Beaver Creak Rd.
Shelburne, Vt 05482


Evan J. Whitney
5727 Shelburne Road #2
Shelburne, Vt 05482


Fairpoint Communications
P.O. Box 5200
White River Junction, Vt 05001-5200


Fastenal Co.
P.O. Box 978
Winona, Mn 55987-0978


Fed Ex Freight
2200 Forward Dr
Harrison, Ar 72602-0840


Fedex
P.O. Box 371461
Pittsburgh, Pa 15250-7461


Fernando Salazar Jaquez
266 Lake Avenue
Apt. 1
Manchester, Nh 03103


Ford Credit
Po Box 220564
Pittsburgh, Pa 15257-2564


Franklyn J. Laufersweiler
64 Dingle Daisy Rd.
Monticello, Ny 12701


Franklyn Laufersweiler
64 Dingle Daisy Rd.
Monticello, Ny 12701

Frederick R. Ralston Iii
L6 Stonehedge Drive
South Burlington, Vt 05403


Freightquote.Com
1495 Paysphere Circle
Chicago, Il 60674


Future Planning Associates, Inc.
600 Blair Park Road
Williston, Vt 05495


General Wiping Cloth Co., Inc.
2810 West Saratoga St
Baltimore, Md 21223


Gmh Transportation Services Llc
7668 Us Route 5
Westminster, Vt 05158


Grace Ann Young
5777 Main Street
Elkridge, Md 21075


Green Mountain Power Corp.
163 Acorn Lane
Colchester, Vt 05446-6611


Grenier Center Llc
210 Commerce Way Ste 100
Portsmouth, Nh 03801


Grenier Center Llc
C/o Kane Management Group
Portsmouth, Nh 03801


Hampshire Fire Protection Co Inc.
8 North Wentworth Ave
Londonderry, Nh 03053


Harold B. Reynolds
14 Roosa Ave
Monticello, Ny 12701

Harry J. Tarzian
15 Bean Hill Road
Northfield, Nh 03276


Harry Tarzian
15 Bean Hill Road
Northfield, Nh 03276


Heritage Crystal Clean
13621 Collections Center Drive
Chicago, Il 60693-0136


Hickok & Boardman, Inc.
P.O. Box 1064
Burlington, Vt 05402-1064


Home Depot Credit Services
P.O. Box 6029
The Lakes, Nv 88901-6029


Horizon Solutions Corp.
P.O. Box 759
Portland, Me 04104-0759


Howard County
Po Box  37213
Baltimore, Md 21297-3213


Hudson Color Concentrates
50 Francis St.
Leominster, Ma 01453


Hunter Plastics, Inc.
100 Pratts Junction Rd
Sterling, Ma 01564


Hw Temps
P.O. Box 517
South Easton, Ma 02375


Industrial Control Specialists
8 Delta Dr
Londonderry, Nh 03053-2349

Ingersoll Rand
95 Newfield Ave
Edison, Nj 08837


Insparisk, Llc
71-19 80th Street
Glendale, Ny 11385


Internal Revenue Service
Attn: Jianping Huang, Bky Specialist
130 S. Elmwood Ave.
Buffalo, Ny 14202


Internal Revenue Service
Centralized Insolvency Unit
Po Box 21126
Philadelphia, Pa 19114


Internal Revenue Service
Po Box 80110
Cincinnati, Oh 45280-0010


Interstate Container Corp.
240 Industrial Ave East
Lowell, Ma 01852-5151


Iqms Software
2231 Wisteria Ln
Paso Robles, Ca 93446


J. Reigle
2680 Bird View Road
Westminster, Md 21157


Jarrett P. Erwin
18 Loaldo Drive
Burlington, Vt 05408


Jay C. Sendzik, Esq.
Atty To Air Molded Products Corp
1808 Route 88
Brick, Nj 08724

Jennifer Hayden
8 Harbor View Rd
S. Burlington, Vt 05403


Jennifer J. Hayden
108 Route 7 North
Milton, Vt 05468


Jerome J Mpongui
35 Don Mar Terrace
Colchester, Vt 05446


Jianping Huang, Bankruptcy Specialist
Internal Revenue Service
130 South Elmwood Avenue
Buffalo, Ny 14202


Jody F. Foster
55 South St.
Colchester, Vt 05446


John Borrelli
1608 Cloverdell Dr
New Castle, Pa 16101


John C. Poisson
89 Lock St. Apt. 1
Nashua, Nh 03064


John M. Mayer
135 Country Meadows
Colchester, Vt 05446


Johnny Oriol
4a Pine Grove Ave
Nashua, Nh 20708


Jonathan Galarza-ramos\
389 Hayward St. #2
Manchester, Nh 03103


Joseph K. Turcotte
127 Airport Parkway
So. Burlington, Vt 05403

Jp Pest Services
101 Emerson Road
Milford, Nh 03055


Juan B. Pacheco
77 B Monroe St.
Nashua, Nh 03060


Juana Velez Vera
628 Grove St
Manchester, Nh 03103


Kayi  Assan
1201 North Avenue
Burlington, Vt 05408


Kd Associates Inc.
41 Idx Drive
So. Burlington, Vt 05403-7757


Kelly Services, Inc
Po Box 820405
Philadelphia, Pa 19182-0405


Kelsey Armell
384 Sugarhouse Lane
Starksboro, Vt 05487


Kincaid Deforge Jr.
13 Highland Drive
Milton, Vt 05468


Kinney Construction, Inc.
P.O. Box 177
Ferndale, Ny 12734


Kirlin Mechanical Services
515 Dover Rd, Suite 2700
Rockville, Md 20850


Kokouvi Alate
59 Champlain Street
Burlington, Vt 05401

Konica Minolta
Customer Service
Jacksonville, Fl 32255-0599


Kristi L. Sabourin
268 Brookside Drive
Starksboro, Vt 05487


Kristin Marie Robillard
60 Woodlins Circle
#2
Colchester, Vt 05446


Kristt Company
369 Broadway
Monticello, Ny 12701


L.R. Pest Elimination Services
47 Gauthier Drive Unit 30
Essex Jct., Vt 05452


Labor Ready
Po Box 820145
Philadelphia, Pa 19182-0145


Lenscrafters, Inc
Luxotica Retail
Mason, Oh 45040


Lewis Industrial Supply Co.
P.O. Box 5750
Harrisburg, Pa 17110


Liberty Pest Control
2629 Route 302
Middletown, Ny 10941


Liberty Utilities
P.O. Box 11735
Newark, Nj 07101-4735


Liberty-air Inc.
722 East Industrial Park Dr. Unit #8
Manchester, Nh 03109

Lion Polymers, Inc.
449 Louisiana Parkway
Corpus Christi, Tx 78404


Louis P. Cote Incorporated
42 Cote Avenue
Goffstown, Nh 03045-2500


Machar Mayom
510 Hevey St Apt #2
Manchester, Nh 03102


Man B But
3530 Lower Mill Ct
Ellicott City, Md 21043


Manchester Water Works
P.O. Box 9677
Manchester, Nh 03108-9677


Marina E. Cabrera
259 Wilson St. Apt 1
Manchester, Nh 03103


Marion E Gillies
109 North Road
Richmond, Vt 05477


Mark Hill Investments, Inc.
1233 Shelburne Rd #e4
South Burlington, Vt 05403


Martha J. Raymond
P.O. Box 443
Shelburne, Vt 05482


Marwan Dawod
2255 Goffs Falls Rd
#6b
Manchester, Nh 03103


Mastermans, Llp
11 C Street
Auburn, Ma 01501-0411

Maurice Leo Martin Jr.
P.O. Box 221
Shelburne, Vt 05482


Mcsoley, Mccoy & Co.
118 Tilley Drive
South Burlington, Vt 05403


Md Dept Of Labor
Legal Collection Unit
1100 N. Eutaw St. Rm 400
Baltimore, Md 21201


Megapath
P.O. Box 39000
San Francisco, Ca 94139-0001


Melissa Ranaldo, Esq.
Assistant Us Attorney - Irs
Po Box 570
Burlington, Vt 05402-0570


Metro Lift Propane
Po Box 415
Epping, Nh 03042-0415


Michael Valade
38 Damon Ave.
Nashua, Nh 03064


Mid-america Machining, Inc.
11530 Brooklyn Rd
Brooklyn, Mi 49230


Mid-states Oil Refining Co. Llc
7201 Standard Drive
Hanover, Md 21076


Midland National Life Ins. Co.
P.O. Box 77065
Minneapolis, Mn 55480-7765

Mira Herceg
482 Justin Morgan Dr
Colchester, Vt 05446


Moorhead Company Inc.
One Industrial Drive
Pelham, Nh 03076-2136


National Grid
P.O. Box 11735
Newark, Nj 07101-4735


New England Air Systems
43 Krupp Drive
Williston, Vt 05495


Newark
P.O.  Box 94151
Palatine, Il 60094-4151


Next Level Now Inc.
P.O. Box 179
Portsmouth, Nh 03801


Nh Employment Security
Administration Office
32 South Main St.
Concord, Nh 03301-4857


Nortech Systems
150 Ham Road
Barrington, Nh 03825


North Star Leasing Company
P.O. Box 4505
Burlington, Vt 05406-4505


Northeast Scale Co. Inc.
40 Londonderry Turnpike 2-e
Hooksett, Nh 03106


Northern Equipment & Conveyor Co.
Po Box 8504
New Castle, Pa 16107

Northern Toyotalift
683 Pine St
Burlington, Vt 05401-4921


Nti Data Products Inc.
30 Lamy Drive
Goffstown, Nh 03045


Nyseg
P.O. Box 11745
Newark, Nj 07101-4745


Overhead Door Co Of Burlington Inc.
5375 Williston Road
Williston, Vt 05495


Overhead Door Co. Of Baltimore, Inc.
3501 Century Avenue
Baltimore, Md 21227


Pace Packaging Corp.
3 Sperry Rd
Fairfield, Nj 07004-2004


Paul Revere Life Ins. Co.
P.O. Box 740590
Atlanta, Ga 30374-0590


Pei Staffing, Llc.
201 Milford Mill Rd
Baltimore, Md 21208


Peter Plante
1869 Stebbins Road
Jeffersonville,  Vt 05464


Petty Cash
Dan Smart
Londonderry, Nh 03053


Petty Cash
Grace Young
Jessup, Md 20794

Pinard Waste Systems, Inc.
P.O.  Box 5048
Manchester, Nh 03108


Pinnacle Properties
66 Airport Road
South Burlington, Vt 05403


Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, Pa 15250-7887


Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, Pa 15250-7874


Plastic Process Equipment, Inc
P.O. Box 670425
Northfield, Oh 44067-0425


Plastic Technologies Of Maryland Inc.
8304 Sherwick Ct.
Jessup, Md 20794-3100


Plastic Technologies Of New York, Llc
196 Bridgeville Road
Monticello Ny 12701


Pm Recycling, Inc.
24 E. Mill Street
Woonsocket, Ri 02895


Premier Trailer Leasing, Inc
991 Route 22 West
Bridgewater, Nj 08807


Primmer Piper Eggleston&cramer
Po Box 159
St. Johnsbury, Vt 05819


Priority 1 Inc.
C/o Polaris Logistics Group
Toledo, Oh 43615

Ptny Holding Llc
8 Harbor View Rd.
South Burlington, Vt 05403-7850


Ptny Real Estate Llc
8 Harbor View Road
South Burlington, Vt 05403-7850


Public Service Of Nh
Po Box 650047
Dallas, Tx 75265-0033


Pure Water Technology, Inc.
164 High Meadows Rd
Stowe, Vt 05672


Queen City Steel
P.O. Box 672
Burlington, Vt 05402


Quill Corp.
Po Box 37600
Philadelphia, Pa 19101-0600


Randy S. Forrest
1719 Center Road
Hyde Park, Vt 05655


Rexel, Inc.
815a Central Ave.
Linthicum, Md 21090


Richard Klepper
P.O. Box 71
Waterville Valley, Nh 03215


Robert A Ayers Jr.
30-2 Abigail Drive
Colchester, Vt 05446


Ron Hill
1044 Hermosa Drive
Myrtle Beach, Sc 29579

S.D. Ireland Companies
193 Industrial Avenue
Williston, Vt 05495


Scott J. Harriman
21 Pine Street
Hooksett, Nh 03106


Scott M. Heath
384 Sugarhouse Lane
Starksboro, Vt 05487


Seewald Laboratories, Inc.
2829 Reach Road
Williamsport, Pa 17701


Shane Erwin
58 Hall St.
Winooski, Vt 05404


Shawn M. Parents
80 Mcneil St.
Manchester, Nh 03102


Sierra Collections Transworld Systems
507 Prudential Rd
Horsham, Pa 19044


Sierra Packaging
60 Route 36 East
West Long Beach, Nj 07764


Simplex Grinnell, Lp
Department Ch 10320
Palatine, Il 60055-0320


South/win Ltd.
272 Nashua Street
Leominster, Ma 01453


Southern Container
Law Offices Of Mayer & Mayer
South Royalton, Vt 05068

Spr, Llc
8 Harbor View Road
South Burlington, Vt 05403


Spr, Llc
8 Harbor View Road
South Burlington, Vt 05403-7850


State Of New Jersey
Litter Control Fee
Trenton, Nj 08646-0274


Steven L Flaharty
3041 Dundee Road
York, Pa 17402


Sweeney Refrigeration & Hvac Service
878 Mill Pond Road
Colchester, Vt 05446-6240


Tate Engineering Systems, Inc
1560 Caton Center Drive
Baltimore, Md 21227


Taylor Rental Center
970 Gold Street
Manchester, Nh 03103-4090


Terminix Processing Center
10715 Red Run Blvd
Owings Mills, Md 21117


Texas Management Division
Dba: Tmd Temporaries
Dallas, Tx 75320-2056


Tfm
48 Constitution Drive
Bedford, Nh 03110


The Burlington Free Press
P.O. Box 822840
Philadelphia, Pa 19182-2840

The Midland Companies
1228 Thirty-first St Nw
Washington, Dc 20007


Thomas Brewer
21 Arrowhead Circle
Rowley, Ma 01969


Thomas R. Watson, Esq.
Drummond Woodsum & Macmahon
100 International Dr. Ste 340
Portsmouth, Nh 03801


Timothy M. Bronson
320 Woodland Drive
Apt #4
Bristol, Vt 05443


Total Quality Logisitics
P.O. Box 634558
Cincinnati, Oh 45263-4558


Townsend Careers/mk Resource Group
1 North Charles St.
Baltimore, Md 21201


Toyota Financial Services
P.O. Box 17187
Baltimore, Md 21297-0511


Toyota Financial Svcs Commercial Finance
Dept 2431
Carol Stream, Il 60132-2431


Toyota Motor Credit Corporation
Po Box 3457
Torrance Ca 90510-3457


Tpi Staffing
Po Box 958
Keene, Nh 03431

Tracey Lachance
P.O. Box 89
Weare, Nh 03281


Transcanada Power Marketing Ltd.
110 Turnpike Road, Suite 300
Westborough, Ma 01581-2808


Tri-state Mechanical
1 Security Drive
Hudson, Nh 03051


Twinstate/voice Data Video Inc
291 Rand Hill Rd
Morrisonville, Ny 12962


Uline
2200 South Lakeside Dr
Waukegan, Il 60085


Unifirst Corp.
30 Tigan Street
Winooski, Vt 05404


United Rentals, Inc.
Location #a47
Newburgh, Ny 12550


Unlimited Logistics
P.O. Box 8088
Alexandria, Va 22306


Unum Life Ins. Co. Of America
P.O. Box 403748
Atlanta, Ga 30384-3748


Ups
P.O. Box 7247-0244
Philadelphia, Pa 19170-0001


Ups Freight
Po Box 730900
Dallas, Tx 75373-0900

Velocity Equipment Solutions, Llc
1902 New Butler Rd
New Castle, Pa 16101


Verizon
P.O. Box 660270
Dallas, Tx 75266-0270


Vermont Agency Of Agriculture
Food & Markets
Montpelier, Vt 05620-2901


Vermont Custom Roofing
531 Holy Cross Road
Colchester, Vt 05446


Vermont Dept Of Taxes
Attn: Sylvia Jewett
Po Box 429
Montpelier, Vt 05602


Vermont Gas Systems, Inc.
P.O. Box 7502
Bennington, Vt 05201-7502


Vermont Life Safety, Lc
3504 Theodore Roosevelt Highway
Bolton, Vt 05676


Vermont Soy
Attn: Michael Carr
Hardwick, Ct 05843


Vermont Tent Company
14 Berard Drive
S Burlington, Vt 05403


Vt Elevator Inspection Service
8 Pvt Dunnack Dr
West Topsham, Vt 05086


W.B. Mason Co., Inc.
Po Box 55840
Boston, Ma 02205-5840

Wal-mart
C/o Fms Inc.
Tulsa, Ok 74170


Walle Corporation
5900 Windward Parkway
Suite 375
Alpharetta, Ga 30005


Walsh Electric Supply, Llc.
30 Champlain Drive
Colchester, Vt 05446


Ward Trucking
P.O. Box 1553
Altoona, Pa 16603


Wayne V. Goulet
186 Old Turnpike Rd.
Salisbury, Nh 03268


Wd Matthews Machinery Co
901 Center St
Auburn, Me 04210


Wells Fargo Equipment Finance
Manufacturer Services Group
Lincolnshire, Il 60069-4417


Wells Fargo Financial Leasing
Po Box 6434
Carol Stream, Il 60197-3434


Westaff
P.O. Box 952372
St. Louis, Mo 63195-2372


Workplace Solutions
166 Battery St
Burlington, Vt 05401


Wyde Lumber & Supply Corp.
P.O. Box 39
Mongaup Valley, Ny 12762

Zee Medical, Inc.
P.O. Box 781573
Indianapolis, In 46278-8573


Zenith Cutter Co.
5200 Zenith Parkway
Loves Park, Il 61111

# UNITED STATES BANKRUPTCY COURT
## District of Vermont

In re   Plastic Technologies of Vermont, Inc.               ,

                          Debtor

Case No. _____

Chapter    11    _____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 29 pages, is true, correct and complete to the best of my knowledge.

Date   October 20, 2013 _____     Signature   /s/ Eugene F. Torvend _____

                                           EUGENE F. TORVEND,
                                           President

Raymond J. Obuchowski
Obuchowski &
Emens-Butler, PC
PO Box 60
Bethel, VT 05032
802-234-6244
802-234-6245