IN RE:                                                )
                                                      )
PLASTIC TECHNOLOGIES OF VERMONT, INC.                 )        Case No.  13-10____- cab
                                                      )        *Chapter 11 case*
                              Debtor in Possession.   )
_____

IN RE:                                                )
                                                      )
PLASTIC TECHNOLOGIES OF MARYLAND, INC.                )        Case No.  13-10____- cab
                                                      )        *Chapter 11 case*
                              Debtor in Possession.   )
_____

IN RE:                                                )
                                                      )
PLASTIC TECHNOLOGIES OF NEW YORK, LLC                 )        Case No.  13-10____- cab
                                                      )        *Chapter 11 case*
                              Debtor in Possession.   )
                                                               *Joint Administration Pending*

## AFFIDAVIT OF EUGENE F. TORVEND PURSUANT TO LOCAL BANKRUPTCY RULE 1007-1

I, Eugene F. Torvend, being duly sworn, deposes and says:

1.      I am the President of Plastic Technologies of Vermont, Inc. and Plastic Technologies of Maryland, Inc.  I am also the Managing and Sole Member of PTNY Holdings, LLC the sole Member of Plastic Technologies of New York, LLC.  Plastic Technologies of Vermont, Inc., Plastic Technologies of Maryland, Inc., and Plastic Technologies of New York, LLC are debtors and debtors-in-possession herein (collectively, the "Debtors").

2.      I submit this affidavit on behalf of the Debtors pursuant to Rule 1007-1 of the Vermont Local Bankruptcy Rules ("Local Rule 1007-1"). With respect to the financial

information set forth herein, I have relied on the Debtors' books and records, and, unless otherwise indicated, such information is unaudited. Except as otherwise stated, all facts set forth herein are based upon my personal knowledge, my review of relevant documents, my reliance upon my staff members, or my opinion, based upon my experience and knowledge of the Debtors' operations and financial condition. If called as a witness, I could and would testify competently with respect thereto.

## BACKGROUND

### A. The Chapter 11 Filings

3.      On October 18, 2013 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

4.      The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      An official committee has not been organized to serve in these cases, and no request has been made for the appointment of a trustee or examiner.

6.      This court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C § 157(b)(2).

7.     The statutory predicates for the relief requested herein are sections 105, 362, 365, 366, 503(b) and 507(a) of the Bankruptcy Code.

### B.  Debtors' Businesses

8.     The Debtors in these cases include Plastic Technologies of Vermont, Inc., Plastic Technologies of Maryland, Inc., and Plastic Technologies of New York, LLC.   The Debtors operate under the tradename Shelburne Plastics.  The Debtors manufacture High Density Polypropylene, Pet and Polyproplene containers for the dairy, water, juice, food and industrial markets. The Debtors operate from four (4) plants located in Vermont, New Hampshire, Maryland, and New York.  The company has been in business since 1974 and provides customers with a variety of containers with custom and standard design.  In 2013, the company has over 65 employees.

### C.  Debtors Liabilities

9.     The Debtors' liabilities include a secured obligation to Centrix Bank & Trust with a balance of approximately $3,607,208.70, collateralized by a blanket lien against all of  the assets.  In addition, the Debtors have a secured obligation to Business Finance Authority of New Hampshire, Inc. ("BFA") in the approximate amount of $674,449.40.  This obligation is secured by a UCC filing covering certain listed machinery and equipment.  The Internal Revenue Service also has a lien on all of the Debtors' assets in the amount of $939,071.98.

10.     The Debtors' unsecured obligations consist mainly of trade debt and operational lease liabilities, which obligations exceed $3,000,000.00.

**D. Events Leading to Chapter 11 Filing**

11.     In the summer of 2010, due to personal reasons, president and owner Eugene F. Torvend turned over financial and strategic decision making authority to the company's CFO and COO.

12.     In March of 2011, the company hired a new controller who did not possess the skill set to deal with the complexities of the plastics business.

13.     In 2011 and 2012, under the leadership of the new CFO and COO and controller, a serious of poor business decisions were made that drew substantial cash out of the business and resulted in escalating operating losses.  In 2010 the company lost $118,000.00; in 2011 the company lost $491,767.00; and in 2012 the company lost a staggering $2,386,000.00.

14.     During this period, the Companies centered its financial reporting through Plastic Technologies of Vermont, Inc. which resulted in diminishing segregation of financial information as between the companies, which had a commonality of ownership through Gene Torvend, as either shareholder or as Member of the owner limited liability company.

15.     In September of 2012, after sustaining serious losses, the CFO and COO and controller were terminated and an experienced and well qualified CFO was hired and the Company planned for a new future.

16.     After significant efforts to find new capital failed, efforts were directed to finding a strategic buyer for the business through the employment of Donald J. Moore, of Harmonics Limited.

17.     As of the end of September 2013, the Company has reached a cash crisis dictating having exhausted it available credit and that immediate steps be taken to procure strategic buyer and to proceed to sale as to alternatively ceasing operations due to lack of operating cash.

18.     The Company is now contemplating a sale of all fixed assets from the four plant locations as well as all inventory and such other assets under an Asset Purchase Agreement with Continental Container Corporation.

### **INFORMATION REQUIRED BY LOCAL RULE 1007-1**

19.     Local Rule 1007-1 requires certain information related to the Debtors, which is set forth below.

### **Commencement of Cases Under Chapter 11**
### **[Vt. LBR 1001-1(h)(1)]**

20.     Each of the Debtors' cases is a voluntary reorganization case under chapter 11 of the Bankruptcy Code. None of the Debtors were previously the subject of a case under chapters 7, 12 or 13 of the Bankruptcy Code. As of the date hereof, no trustee or creditors' committee has been appointed in the chapter 11 cases.

**Prepetition Committees**
**[Vt. LBR 1007-1(h)(2)]**

21.     No committee informal or otherwise was organized prior to the filing of these

chapter 11 cases.


**Nature of Debtors' Business and Concise Statement of Circumstances Leading to
Debtors' Chapter 11 Filing
[Vt. LBR 1007-1(h)(3)]**

22.     A description of the nature of the Debtors' business and the circumstances leading

to the Debtors' chapter 11 filings is contained in paragraphs 3 through 18 above.


**Debtors' Publicly- Held Securities and Insider Holders Thereof
[Vt. LBR 1007-1(h)(4)]**

23.     No shares of stock, debentures, or other securities of the Debtors are publicly

held.


**Debtors' Property in the Possession of Certain Others
[Vt. LBR 1007-1(h)(5)]**

24.     The Debtors does not have security deposits with landlords or deposits with

suppliers.


**Nature and Present Status of Actions or Proceedings Against Debtors
[Vt. LBR 1007-1(h)(6)]**

25.     A list describing the nature and present status of each action or proceeding that is

pending or threatened against the Debtors or their property, including the court and identifying

number, and the names, addresses, and telephone numbers of opposing counsel is set forth on

Schedule 1007-1(h)(6) attached hereto.

## Debtors' Real Estate
## [Vt. LBR 1007-1(h)(7)]

26.     The Debtors leases several pieces of real estate. A list describing such real estate

is attached hereto as Schedule 1007-1(h)(7).

## Debtors to Continue Operating
## [Vt. LBR1007-1(i)]

27.     The Debtors intend to continue in business while they restructure their debts

under the protection of Chapter 11. Until the Debtors' reorganization plan is consummated and

their restructuring completed, the Debtors will operate their businesses and manage their

properties in accordance with sections 1107(a) and 1108 of the Bankruptcy Code.

## Debtors' Employees and Estimated Payroll
## [Vt. LBR 1007-1(i)(1)]

28.     The estimated amount of the Debtors' payroll to employees, officers and directors

or other related individuals for the 30-day period following the filing of the Debtors' chapter 11

petitions is attached hereto as Schedule 1007-2(i)(1).

## Debtors' Estimated Cash Receipts and Disbursements
## [Vt. LBR 1007-1(i)(2)]

29.     The Debtors' estimated cash receipts and disbursements in 30-day increments for

the first 90 days following the filing of the Debtors' chapter 11 petitions are set forth on Schedule

1007-2(i)(2) attached hereto.

## Proof of Insurance
## [Vt. LBR 1007-1(i)(3)]

30.     Proof of the Debtors' insurance coverage is attached hereto at Schedule 1007-
1(i)(3).

Date: October 20, 2013.

By: /s/ ~~Eugene F. Torvend~~

Name: Eugene F. Torvend

Title:  President

Sworn and subscribed to before me, a notary public for the State of Vermont this 20th of October, 2013.

Notary Public

Exp. Date: 2/10/2015

DEBTORS' PROPERTY IN THE POSSESSION OF CERTAIN OTHERS

| Entity in Possession of Property | Type of Property | Amount/Value of Property |
|---|---|---|
| | | |
| | | |

NATURE AND PRESENT STATUS OF ACTIONS OR PROCEEDINGS AGAINST DEBTORS

| Caption | Opposing Party | Opposing Counsel | Nature of Action | Court | Case Identifying Number | Status |
|---------|----------------|------------------|------------------|-------|-------------------------|--------|
| Air Molded Products Corp. v. Plastic Technologies of Vermont, Inc., DBA Shelburne Plastics and Gene Torvend | Air Molded Products Corp. | Sendzik and Sendzik | Breach of contract | Superior Court of New Jersey, Law Division, Ocean County | OCN-L-001894013 | Post-judgment payment agreement |

DEBTORS' REAL ESTATE

| Nature of Interest | Address | City | State | Zip |
|---|---|---|---|---|
| Leased Real Property | 8 Harbor View Road | South Burlington | VT | 05403 |
| Leased Real Property | 12 Harbor View Road | South Burlington | VT | 05403 |
| Leased Real Property | 196 Bridgeville Road | Monticello | NY | 12701 |
| Leased Real Property | 27 Industrial Drive | Londonderry | NH | 03053 |
| Leased Real Property | 8304 Sherwick Court | Jessup | MD | 20794 |

DEBTORS' EMPLOYEES AND ESTIMATED PAYROLL

The estimated amount of the Debtors' payroll for the 30-day period following the filing of the Debtors' chapter 11 petitions is summarized in the following table:

| Week | Estimated Payroll |
|---|---|
| Week 1 – Includes payroll for VT, NY, and MD | $85,000.00 |
| Week 2 – NH only | $27,000.00 |
| Week 3 – Includes payroll for VT, NY, NH, and MD | $112,000.00 |
| Week 4 – NH payroll in previous week due to holiday | $0.00 |
| Total: | $224,000.00 |

DEBTORS' ESTIMATED CASH RECEIPTS AND DISBURSEMENTS

| | | | 11-Oct | 18-Oct | 25-Oct | 1-Nov | 8-Nov | 15-Nov | 22-Nov | 29-Nov | 6-Dec | 13-Dec | 20-Dec | 27-Dec | 3-Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shelburne Plastics | | | | | | | | | | | | | | | |
| 13 Week Cash Flow Projection | | | | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | | | |
| Week | | | | | | | | | | | | | | | |
| Beginning Balance | | | | (193,000) | (2,500) | (83,500) | (82,500) | (120,500) | (56,000) | (158,000) | (129,000) | (143,000) | (88,000) | (118,500) | (73,500) |
| Cash Receipts | | | 40,000 | 550,000 | 305,000 | 290,000 | 295,000 | 295,000 | 295,000 | 295,000 | 310,000 | 310,000 | 320,000 | 320,000 | 320,000 |
| Cash Available | | | 40,000 | 357,000 | 302,500 | 206,500 | 212,500 | 174,500 | 239,000 | 137,000 | 181,000 | 167,000 | 232,000 | 201,500 | 246,500 |
| Cash Disbursements | | | | | | | | | | | | | | | |
| | Resin | | 70,000 | 140,000 | 105,000 | 105,000 | 140,000 | 105,000 | 140,000 | 105,000 | 140,000 | 105,000 | 140,000 | 105,000 | 140,000 |
| | Other materials | | | 35,000 | 13,000 | 21,000 | 4,000 | 55,000 | 13,000 | 21,000 | 4,000 | 55,000 | 4,000 | 26,000 | 4,000 |
| | Payroll and taxes | | 104,000 | 27,000 | 85,000 | 27,000 | 112,000 | - | 85,000 | 27,000 | 85,000 | 27,000 | 85,000 | 27,000 | 85,000 |
| | Staffing | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| | Insurance | | | | | | | | | | | | | | |
| | | Cigna | | | 30,000 | | | | 30,000 | | | | | 30,000 | |
| | | Unum | | 5,000 | | | | 5,000 | | | | 5,000 | | | |
| | | Workers Comp | 2,000 | 43,000 | | | | | | 19,000 | | | | 19,000 | |
| | | General | | 26,000 | | | | | | 9,000 | | | | 9,000 | |
| | Rent | | | | | | | | | | | | | | |
| | | MD | | | | 18,000 | | | | | | | | | |
| | | NH | | | | | 18,000 | | | | 18,000 | | | | 18,000 |
| | | NY | | | | | | | | | | | | | |
| | Utilities | | | | 70,000 | | 11,000 | | 70,000 | | 11,000 | | 60,000 | | 11,000 |
| | Freight | | | | | | | | | | | | | | 25,000 |

DEBTORS' ESTIMATED CASH RECEIPTS AND DISBURSEMENTS [Vt. LBR 1007-1(i)(2)]

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 15,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | |
| | Trailers | | | | 26,000 | | | | 26,000 | | | | | 26,000 |
| | Attorney Fees | | | 25,000 | | | | | | | | | | |
| | Attorney Fees | | | | 15,000 | | | | | | | | | |
| | Debt | | 2,500 | | | | 2,500 | | | | | 2,500 | | |
| | Taxes/IRS & States | 4,000 | 8,000 | 4,000 | 11,000 | 4,000 | 8,000 | 4,000 | 4,000 | 11,000 | 8,000 | 4,000 | 4,000 | 11,000 |
| | Misc | 20,000 | 25,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Total Disbursements | | 233,000 | 359,500 | 386,000 | 289,000 | 333,000 | 230,500 | 397,000 | 266,000 | 324,000 | 255,000 | 350,500 | 275,000 | 350,000 |
| | | | | | | | | | | | | | | |
| Ending Balance | | (193,000) | (2,500) | (83,500) | (82,500) | (120,500) | (56,000) | (158,000) | (129,000) | (143,000) | (88,000) | (118,500) | (73,500) | (103,500) |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Projected Accounts Receivable | | | | | | | | | | | | | | |
| AR Beginning | | 1,310 | 1,370 | 1,135 | 1,135 | 1,130 | 1,125 | 1,120 | 1,120 | 1,120 | 1,105 | 1,100 | 1,100 | 1,095 |
| | | | | | | | | | | | | | | |
| Revenue | | 100 | 285 | 285 | 285 | 290 | 290 | 295 | 295 | 295 | 305 | 310 | 315 | 320 |
| | | | | | | | | | | | | | | |
| Collections | | 40 | 520 | 285 | 290 | 295 | 295 | 295 | 295 | 310 | 310 | 310 | 320 | 320 |
| | | | | | | | | | | | | | | |
| AR Ending | | 1,370 | 1,135 | 1,135 | 1,130 | 1,125 | 1,120 | 1,120 | 1,120 | 1,105 | 1,100 | 1,100 | 1,095 | 1,095 |
| | | | | | | | | | | | | | | |
| Projected Inventory | | 465 | | | 480 | | | | | 480 | | | | 500 |

PROOF OF INSURANCE

## COMMON POLICY DECLARATIONS



**POLICY NUMBER**    C 5090832316

**NAMED INSURED**    PLASTIC TECHNOLOGIES OF VT INC
**MAILING ADDRESS** PO BOX 234

            SHELBURNE, VT   05482-0234

**PRODUCER NAME**    HICKOK & BOARDMAN, INC.
**MAILING ADDRESS** 346 SHELBURNE RD
            PO BOX 1064 (05402)
            BURLINGTON, VT   05401

**POLICY PERIOD**    **FROM** 10/31/2012 **TO** 10/31/2013 **AT 12:01 A.M.**
            **STANDARD TIME AT YOUR MAILING ADDRESS SHOWN
            ABOVE.**

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PART | PREMIUM * |
|---|---|
| COMMERCIAL PROPERTY COVERAGE | $45,117.57 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $13,887.00 |
| COMMERCIAL CRIME COVERAGE | |
| COMMERCIAL INLAND MARINE COVERAGE | |
| COMMERCIAL BOILER & MACHINERY COVERAGE | |
| COMMERCIAL TECHNOLOGY ERRORS & OMISSIONS COVERAGE | |

TOTAL POLICY PREMIUM                                    $59,004.57
     * INCLUDES APPLICABLE STATES TAXES AND SURCHARGES (IF ANY)
     [REFER TO INDIVIDUAL DECLARATIONS FOR FURTHER INFORMATION]

INSURED



**Peerless Insurance.**
Member of Liberty Mutual Group

RENEWAL

EFFECTIVE DATE:  10/31/2012

| | |
|---|---|
| I    .y Number: IM  8883104 | **Prior Policy:**  8883104 |

**Billing Type:** DIRECT BILL

**Coverage Is Provided In   PEERLESS INSURANCE COMPANY - A STOCK COMPANY**

| Named Insured and Mailing Address: | Agent: |
|---|---|
| PLASTIC TECHNOLOGIES OF VT<br>INC PLASTIC TECHNOLOGIES OF<br>PO BOX 234<br>SHELBURNE VT  05482<br><br>REFER TO NAMED INSURED SCHEDULE | HICKOK & BOARDMAN INC<br>PO BOX 1064<br>BURLINGTON  VT  05402-1064 |
| | **Agent Code:  7410175    Agent Phone:** (802)-658-3500 |

### INLAND MARINE COMMON POLICY DECLARATIONS

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

**POLICY PERIOD:** From : 10/31/2012    To: 10/31/2013  at 12:01 AM Standard Time at your mailing address shown above.

**FORM OF BUSINESS:**  N/A

**BUSINESS DESCRIPTION:**

**COVERAGE**

This policy consists of the following coverage(s) for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE TYPE | PREMIUM | |
|---|---|---|
| TRANSPORTATION COVERAGE | $ | 2,100 |
| CONTRACTORS EQUIPMENT COVERAGE | $ | 946 |
| COMMERCIAL COMPUTERS COVERAGE | $ | 709 |
| PATTERNS AND DIES COVERAGE | $ | 525 |
| Total Premium | $ | 4,280.00 |
| Terrorism Risk Insurance Act of 2002 and 2005 Coverage | $ | 98.00 |

The Terrorism Risk Insurance Act premium charged is in addition to the Total Premium noted above.

**LOSS PAYEE:**    REFER TO LOSS PAYEE SCHEDULE

**FORMS AND ENDORSEMENTS:**

**Forms and Endorsements applicable to all Coverages at time of issue:**

| Form Number | | Description |
|---|---|---|
| I7-59IM | – 0694 | INLAND MARINE COVERAGE PART DECLARATION EXTENSION |
| CI175 | – 0186 | QUICK REFERENCE-COMMERCIAL INLAND MARINE COVERAGE |
| CL0100 | – 0399 | COMMON POLICY CONDITIONS |
| CL0132 | – 0101 | AMENDATORY ENDORSEMENT - VERMONT |
| ?    .0 | – 1006 | VIRUS OR BACTERIA EXCLUSION |
| CL5999 | – 0801 | AMENDATORY ENDORSEMENT - PREMIUM DUE DATE |

?4-14 (10/94)

**RENEWAL**



**Peerless Insurance.**
Member of Liberty Mutual Group

F⸴ ⸴ing a part of

| Policy Number: IM   8883104 |
| --- |

**Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY**

| Named Insured:<br>PLASTIC TECHNOLOGIES OF VT<br>INC PLASTIC TECHNOLOGIES OF<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>HICKOK & BOARDMAN INC<br><br>**Agent Code:** 7410175          **Agent Phone:** (802)-658-3500 |
| --- | --- |

### NAMED INSURED SCHEDULE

**First  Named Insured:**

**Name/Address**                              **Form of Business:** OTHER

PLASTIC TECHNOLOGIES OF VT INC PLASTIC TECHNOLOGIES OF
MD INC PLASTIC TECHNOLOGIES OF NEW YORK LLC SPR LLC
DBA SHELBURNE PLASTICS
PO BOX 234
SHELBURNE VT   05482

                                                                    Date Issued:  09/18/2012

7-58 (06/94)





**Business Auto**

**New Business Declaration**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>C 5090832302 | **COVERAGE PROVIDED BY**<br>VALLEY FORGE INSURANCE COMPANY<br>333 S. WABASH<br>CHICAGO, IL.  60604 | **FROM - POLICY PERIOD - TO**<br>10/31/2012    10/31/2013 |
| | **INSURED NAME AND ADDRESS**<br>PLASTIC TECHNOLOGIES OF VT INC<br>PO BOX 234<br>SHELBURNE, VT  05482-0234 | |
| **AGENCY NUMBER**<br>056225 | **AGENCY NAME AND ADDRESS**<br>HICKOK & BOARDMAN, INC.<br>346 SHELBURNE RD<br>PO BOX 1064 (05402)<br>BURLINGTON, VT  05401<br>Phone Number: (802)658-3500 | |
| **BRANCH NUMBER**<br>120 | **BRANCH NAME AND ADDRESS**<br>BOSTON BRANCH OFFICE<br>100 NEWPORT AVE EXT, 4TH FL<br>NORTH QUINCY, MA  02171<br>Phone Number: (617)984-4500 | |

This policy becomes effective and expires at 12:01 A.M. standard time at your mailing
address on the dates shown above.

The Named Insured is a Corporation.
Your policy is composed of this Declarations, with the attached Common Policy Conditions,
Coverage Forms, and Endorsements, if any. The Policy Forms and Endorsement Schedule shows
all forms applicable to this policy at the time of policy issuance.

The Estimated Policy Premium is       $30,951.00

Audit Period is Not Auditable



In return for the payment of the premium, and subject to all the terms and conditions
contained here-in, we agree to provide the insurance as stated.

# M=MIC

VT Work Comp

Workers Compensation and Employers Liability Insurance Policy

MEMIC Casualty Company
(A Stock Company)
150 South Champlain Street    PO Box 1489
Burlington        VT 05402

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| 610 3800002 | 10/31/2012 | 10/31/2013 |
| | 12:01 A.M. Standard Time at the described location | |

**Transaction**

POLICY DECLARATION

| Named Insured and Address | Agent |
|---|---|
| PLASTIC TECHNOLOGIES OF VT, INC. PO BOX 234 SHELBURNE VT 05482 | HICKOK AND BOARDMAN INC 346 SHELBURNE RD PO BOX 1064 BURLINGTON VT 05402-1064 |

Telephone:  802-658-3500                    0000196

| Carrier # | FEIN # | Risk ID # | Entity of Insured |
|---|---|---|---|
| 49545 | 030344745 | 911082071 | CORPORATION |

Additional Locations: See Site Location Schedule

2. The Policy Period is from 10/31/2012 to 10/31/2013 12:01 a.m. Standard Time at the Insured's mailing address.

3. A. Workers Compensation Insurance:  Part ONE of the policy applies to the Workers Compensation Law of the states listed here: VT

   B. Employers Liability Insurance:  Part TWO of the policy applies to work in each state listed in Item 3A.
   The limits of our liability under Part TWO are:

   | | | |
   |---|---|---|
   | Bodily Injury by Accident | $    500,000 | each accident |
   | Bodily Injury by Disease | $    500,000 | policy limit |
   | Bodily Injury by Disease | $    500,000 | each employee |

   C. Other States Insurance:  Part THREE of the policy applies to the states, if any, listed here:
   NONE

   D. This policy includes these endorsements and schedules:  See attached schedule.

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates, and Rating Plans. All information required below is subject to verification and change by audit.

## SEE EXTENSION OF INFORMATION PAGE

| | | | |
|---|---|---|---|
| **Minimum Premium** | $800 | **Total Estimated Annual Premium** | $84,692 |
| | | **Expense Constant** | $180 |
| | | **Premium Discount** | $-9,471 |
| **Assessments and Taxes** | | **Deposit Premium** | $84,692 |

☐ This is a Three Year Fixed Rate Policy
Premium Adjustment Period:    ☒ Annual;  ☐ Semiannual;  ☐ Quarterly;  ☐ Monthly

Countersigned this        Day of            ,
Issued Date: 11/02/2012
Issuing Office

_____
Authorized Representative

32

33

# THE STATE INSURANCE FUND

2001 PERIMETER ROAD EAST, BUILDING 16, ENDICOTT, NEW YORK 13760-7390
(888) 875-5790

| Document Type: INFORMATION PAGE | Group No: 090 | Period Covered: 10/31/2012 TO 10/31/2013 * | R.B. File No: 911082071R |
|---|---|---|---|

INSURED:    E 2242 129-1

PLASTIC TECHNOLOGIES OF
NEW YORK LLC DBA SHELBURNE PLASTICS
PO BOX 234
SHELBURNE          VT  05482

REPRESENTATIVE:    668483

HICKOK & BOARDMAN INC
PO BOX 1064
BURLINGTON          VT    05402

| Policy Number: | E 2242 129-1 |
|---|---|
| Date: | 11/19/2012 |

Document Number: r442 068

\* PERIOD OF COVERAGE BEGINS AND ENDS AT TWELVE AND ONE MINUTE O'CLOCK A.M. EASTERN STANDARD TIME

TYPE OF BUSINESS: LIMITED LIABILITY CO.

MP    831

## INFORMATION PAGE NEW POLICY

| CODE | CLASSIFICATION DESCRIPTION | ESTIMATED X RATE PAYROLL | PER $100 | = SIF MANUAL RATE PREMIUM |
|---|---|---|---|---|
| 4452 | PLASTICS-FABR PROD ETC MFG NOC-U | 200,000 | 5.28 | 10,560.00 |

|  |  |  |
|---|---|---|
| 1. SIF MANUAL RATE PREMIUM. . . . . . . . . . . . . | | 10,560.00 |
| 2. EXPERIENCE RATING CHARGE    34% OF ITEM 1. . . . | | 3,590.40 |
| 3. SIF STANDARD PREMIUM    134%. . . . . . . . . . . | | 14,150.40 |
| 4. EXPENSE CONSTANT . . . . . . . . . . . . . . . | | 250.00 |
| 5. SIF BASE PREMIUM . . . . . . . . . . . . . . . | | 14,400.40 |
| 6. TERRORISM PREMIUM. . . . . . . . . . . . . . . | | 108.00 |
| 7. NATURAL DISASTER AND CATASTROPHE PREMIUM . . . . . | | 22.00 |
| 8. TOTAL TERRORISM PREMIUM(TERRORISM + DISASTER). . . | | 130.00 |
| 9. EST. ANNUAL SIF PREMIUM + TOTAL TERRORISM PREMIUM. | | 14,530.40 |
| 10. ASSESSMENT CHARGE  9.2% OF (ITEM 9 LESS ITEM 4). | | 1,313.80 |
| 11. EST. ANN SIF PREM + TOTAL TERRORISM PREM + ASSMT . | | 15,844.20 |
| 12. DEPOSIT REQUIRED        25.00% OF ITEM 11. . . . | | 3,961.05 |

THE REMAINING BALANCE CAN BE PAID IN  9 INSTALLMENT(S). A $10 SERVICE CHARGE WILL
APPLY TO EACH INSTALLMENT. YOU MAY PAY THE FULL ESTIMATED AMOUNT IF YOU WISH.



MD Workers Comp

# IWIF

8722 Loch Raven Boulevard    Towson, Maryland 21286-2235

| Policy Number |
| --- |
| 4632355 RT |
| Previous Policy Number |

New

## INFORMATION PAGE—WORKERS' COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

| ITEM 1. Name of Insured & Mailing Address | Producer's Name & Mailing Address |
| --- | --- |
| PLASTIC TECHNOLOGIES OF MARYLAND INC<br>PO BOX 234<br>SHELBURNE, VT 05482 | HICKOK & BOARDMAN INC<br><br>P O BOX 1064<br>BURLINGTON, VT 05401 |
| Other Workplaces Not Shown Above | |

| Insured is a CORPORATION | FED ID No. 03-0351966 | Agent Number  91563 |
| --- | --- | --- |

ITEM 2. Policy Period - The Policy Period is from  10/31/2012     to  10/31/2013     12:01 A.M., standard time at the insured's mailing address.

ITEM 3. Coverage

    A. Workers' Compensation Insurance: Part One of the policy applies to the Workers' Compensation Law of the states listed here:

        MARYLAND

    B. Employers' Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3A.

        The limits of our liability under Part Two are: Bodily Injury By Accident $   500,000       Each accident

                                       Bodily Injury By Disease $   500,000       Policy Limit

                                       Bodily Injury By Disease $   500,000       Each employee

    C. Other States Insurance: Part Three of the policy applies to states, if any, listed here:  N/A

    D. This policy includes these endorsements and schedules:

WC 00 03 08        WC 00 03 13        WC 00 04 06        WC 00 04 21 C        WC 00 04 22 A        WC 99 03 26 A        WC 99 06 01

ITEM 4. Premium: The premium for this policy will be determined by our manuals of rules, classifications, rates and rating plans.
        All information required below is subject to verification and change by audit.

| Class Code | Classifications | Premium Basis:<br>Total Estimated Annual<br>Remuneration | Rate per<br>$ 100 of<br>Remuneration | Estimated<br>Annual<br>Premium |
| --- | --- | --- | --- | --- |
| 44840 | PLASTICS MOLDED PRODUCTS MFG N O C | $826,663 | 6.12 | $50,592.00 |
| 87420 | SALESMEN COLLECTORS MESSENGERS-OUTSIDE | $52,000 | 0.50 | $260.00 |
| 88100 | CLERICAL OFFICE EMPLOYEES N O C | $119,759 | 0.40 | $479.00 |
| 00640 | PREMIUM DISCOUNT | | | -$9,244.00 |
| 09000 | EXPENSE CONSTANT | | | $150.00 |
| 09300 | WAIVER OF RIGHT TO RECOVER ENDORSEMENT | | | $500.00 |
| 97400 | TERRORISM | | | $399.00 |
| 97410 | CATASTROPHE OTHER THAN TERRORISM | | | $100.00 |
| 98070 | EMPLOYERS LIABILITY | | | $513.00 |
| 98870 | IWIF SCHEDULED RATING PLAN | | | $13,894.00 |
| 98980 | EXPERIENCE MOD ADJUSTMENT 1.34 | | | $17,627.00 |

| Policy Minimum Premium: $990 | Total Estimated Annual Premium | $75,270.00 |
| --- | --- | --- |

Process Date:   11/06/2012
WC 00 00 01 A

Countersigned By

Authorized Representative

© 1987 National Council on Compensation Insurance

 

NH work comp

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**TYPE** AR    **INFORMATION PAGE WC 00 00 01 ( A)**

**POLICY NUMBER:** (6KUB-5B68841-A-12)

NEW-12

**INSURER:** THE TRAVELERS INDEMNITY COMPANY

**1.**                                             **NCCI CO CODE:** 11347

**INSURED:**                          **PRODUCER:**

PLASTIC TECHNOLOGIES OF VT,          HICKOK & BOARDMAN INC
INC. DBA SHELBURNE PLASTICS          PO BOX 1064
PO BOX 234                           BURLINGTON VT 05402-1064
SHELBURNE VT 05482-0234

Insured is A CORPORATION

Other work places and identification numbers are shown in the schedule(s) attached.

**2.** The policy period is from 10-31-12 to 10-31-13 12:01 A.M. at the insured's mailing address.

**3. A. WORKERS COMPENSATION INSURANCE:** Part One of the policy applies to the Workers Compensation Law of the state(s) listed here:

NH

**B. EMPLOYERS LIABILITY INSURANCE:** Part Two of the policy applies to work in each state listed in item 3.A. The limits of our liability under Part Two are:

Bodily Injury by Accident: $   500000 Each Accident
Bodily Injury by Disease:  $   500000 Policy Limit
Bodily Injury by Disease:  $   500000 Each Employee

**C. OTHER STATES INSURANCE:** Part Three of the policy applies to the states, if any, listed here:

COVERAGE EXCLUDED - REFER TO RESIDUAL MARKET LIMITED OTHER STATES INSURANCE ENDORSEMENT WC 00 03 26

**D.** This policy includes these endorsements and schedules:

SEE LISTING OF ENDORSEMENTS - EXTENSION OF INFO PAGE

**4.** The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All required information is subject to verification and change by audit to be made ANNUALLY.

**DATE OF ISSUE:** 11-16-12  PS                    ST ASSIGN: NH
   **OFFICE:** ORLANDO IND AFF   887
**PRODUCER:** HICKOK & BOARDMAN INC              29CHT

005191


**TRAVELERS**

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

TYPE AR   **INFORMATION PAGE WC 00 00 01 ( A)**

POLICY NUMBER:  (6KUB-5B68841-A-12)

**CLASSIFICATION SCHEDULE:**

| CLASSIFICATIONS | CODE NO | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|

SEE EXTENSION OF INFORMATION PAGE - SCHEDULE(S)

**SIC-CODE:**  3089

---

|  |  | STANDARD |
|---|---|---|
| TOTAL ESTIMATED ANNUAL STANDARD PREMIUM | $ | 65880 |
| ADJUSTMENT PROGRAM SURCHARGE(ARAP) |  | 13176 |
| PREMIUM DISCOUNT |  | 2108 |
| 0900-28 EXPENSE CONSTANT |  | 185 |
| TERRORISM |  | 229 |
| CAT (OTHER THAN CERT ACTS OF TERRORISM) |  | 114 |
| TOTAL ESTIMATED PREMIUM |  | 64300 |
| DEPOSIT AMOUNT DUE |  | 64300 |

A/R (WCIP) #

**Minimum Premium:** $1000        EMPLOYERS LIABILITY MINIMUM: $100

ST ASSIGN: NH

DATE OF ISSUE: 11-16-12 PS
    OFFICE: ORLANDO IND AFF   887
  PRODUCER: HICKOK & BOARDMAN INC   29CHT





**Commercial Umbrella**

**New Business Declaration**

| POLICY NUMBER | COVERAGE PROVIDED BY | FROM - POLICY PERIOD - TO |
|---|---|---|
| C 5090832770 | CONTINENTAL CASUALTY COMPANY | 10/31/2012        10/31/2013 |
| | 333 S. WABASH | |
| | CHICAGO, IL.   60604 | |

**INSURED NAME AND ADDRESS**
PLASTIC TECHNOLOGIES OF VT INC
PO BOX 234
SHELBURNE, VT  05482-0234

**AGENCY NUMBER**
056225

**AGENCY NAME AND ADDRESS**
HICKOK & BOARDMAN, INC.
346 SHELBURNE RD
PO BOX 1064 (05402)
BURLINGTON, VT  05401
Phone Number: (802)658-3500

**BRANCH NUMBER**
120

**BRANCH NAME AND ADDRESS**
BOSTON BRANCH OFFICE
100 NEWPORT AVE EXT, 4TH FL
NORTH QUINCY, MA  02171
Phone Number: (617)984-4500

This policy becomes effective and expires at 12:01 A.M. standard time at your mailing address on the dates shown above.

The Named Insured is a Corporation.

Your policy is composed of this Declarations, with the attached Coverage Forms, and Endorsements if any.  The Policy Forms and Endorsement Schedule shows all forms applicable to this policy at the time of policy issuance.

**PREMIUM**

| Premium Basis | Estimated Exposure | Rate | Estimated Advance Premium |
|---|---|---|---|
| Flat Charge | | | $5,295 |

Minimum Premium:    $5,295        Annual        Total Advance Premium:        $5,295.00

Your Premium includes the following amount for
Certified Acts of Terrorism Coverage                    $53.00

Audit Period is Not Auditable





**CRIME
DECLARATIONS**

POLICY NO. 105857268

**Travelers Casualty and Surety Company of America**
**Hartford, Connecticut**
(A Stock Insurance Company, herein called the Company)

| ITEM 1 | **NAMED INSURED:**<br><br>**Plastic Technologies of VT, Inc.; DBA Shelburne Plastics**<br><br>D/B/A:<br><br><br><br>Principal Address:<br>**PO Box 234**<br>**SHELBURNE, VT 05482** |
|---|---|
| **ITEM 2** | **POLICY PERIOD:**<br><br>Inception Date: **October 31, 2012**     Expiration Date: **October 31, 2015**<br>12:01 A.M. standard time both dates at the Principal Address stated in ITEM 1. |
| **ITEM 3** | **ALL NOTICES OF CLAIM OR LOSS MUST BE SENT TO THE COMPANY BY EMAIL, FACSIMILE, OR MAIL AS SET FORTH BELOW:**<br><br>**Email:bfpclaims@travelers.com**<br>**FAX:(888) 460-6622**<br><br>**Mail:Travelers Bond & Financial Products Claim**<br>      **385 Washington St. – Mail Code 9275-NB03F**<br>      **St Paul, MN  55102** |
| **ITEM 4** | **COVERAGE INCLUDED AS OF THE INCEPTION DATE IN ITEM 2:**<br><br>Crime |

| ITEM 5 | CRIME | | |
|---|---|---|---|
| | **Insuring Agreement** | **Single Loss Limit of Insurance** | **Single Loss Retention** |
| | **A. Fidelity** | | |
| |   1. Employee Theft | **$100,000** | **$1,000** |
| |   2. ERISA Fidelity | **$100,000** | **$0** |
| |   3. Employee Theft of Client Property | **Not Covered** | |
| | **B. Forgery or Alteration** | **$25,000** | **$1,000** |
| | **C. On Premises** | **$25,000** | **$1,000** |
| | **D. In Transit** | **$25,000** | **$1,000** |
| | **E. Money Orders and Counterfeit Money** | **Not Covered** | |
| | **F. Computer Crime** | | |
| |   1. Computer Fraud | **Not Covered** | |
| |   2. Computer Program and Electronic Data Restoration Expense | **Not Covered** | |
| | **G. Funds Transfer Fraud** | **Not Covered** | |
| | **H. Personal Accounts Protection** | | |
| |   1. Personal Accounts Forgery or Alteration | **Not Covered** | |
| |   2. Identity Fraud Expense Reimbursement | **Not Covered** | |
| | **I. Claim Expense** | **$5,000** | **$0** |

| ITEM 5.<br>(Cont'd) | If *"Not Covered"* is inserted above opposite any specified Insuring Agreement, or if no amount is included in the Limit of Insurance, such Insuring Agreement and any other reference thereto is deemed to be deleted from this **Crime Policy**. |
|---|---|
| | **Policy Aggregate Limit of Insurance:** ☐ Applicable   ☒ Not Applicable |
| | If a Policy Aggregate Limit of Insurance is applicable, then the Policy Aggregate Limit of Insurance for each **Policy Period** for Insuring Agreements A through H, inclusive, is:   **Not Applicable**<br>If a Policy Aggregate Limit of Insurance is not included, then this **Crime Policy** is not subject to a Policy Aggregate Limit of Insurance as set forth in Section V. CONDITIONS B. PROVISIONS AFFECTING LOSS ADJUSTMENT AND SETTLEMENT 1. <u>Limit of Insurance</u> a. <u>Policy Aggregate Limit of Insurance</u>. |
| | **Cancellation of Prior Insurance:**<br>By acceptance of this **Crime Policy**, the **Insured** gives the Company notice canceling prior policies or bonds issued by the Company that are designated by policy or bond numbers **104823535,**<br>such cancellation to be effective at the time this **Crime Policy** becomes effective. |
| | **INSURED'S PREMISES COVERED:** |
| | All Premises of the Insured in the United States of America, its territories and possessions, Canada, or any other country throughout the world, except:<br>**Not Applicable** |
| **ITEM 6** | **PREMIUM FOR THE POLICY PERIOD:**<br><br>$3,540.00                    Policy Premium<br><br>$1,180.00                    Annual Installment Premium |
| **ITEM 7** | **FORMS AND ENDORSEMENTS ATTACHED AT ISSUANCE:**<br>CRI-3001-0109; CRI-4021-0109; CRI-5046-0810; CRI-7028-0109 |