# UNITED STATES BANKRUPTCY COURT
## District of Vermont

In re  Plastic Technologies of Vermont, Inc.       ,
　　　　　　　　　　　　　　Debtor

Case No.  _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Velocity Equipment Solutions, Llc 1902 New Butler Rd New Castle, PA 16101 | 800-521-1368 | Trade Vendor | | 21,006.46 |
| Next Level Now Inc. P.O. Box 179 Portsmouth, NH 03801 | 603-433-4783 | Trade Vendor | | 21,927.50 |
| Sierra Packaging 60 Route 36 East West Long Beach, NJ 07764 | 732-571-2900 | Trade Vendor | | 23,648.04 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Interstate Container Corp. 240 Industrial Ave East Lowell, MA 01852-5151 | 978-458-4555 | Trade Vendor | | 25,406.65 |
| Cigna Healthcare 900 Cottage Grove Rd. Hartford, CT 06152-1315 | | Trade Vendor | | 45,580.88 |
| Gmh Transportation Services Llc 7668 Us Route 5 Westminster, VT 05158 | 802-339-4420 | Trade Vendor | | 47,259.64 |
| Premier Trailer Leasing, Inc 991 Route 22 West Bridgewater, NJ 08807 | 908-864-8006 | Trade Vendor | | 48,241.34 |
| Green Mountain Power Corp. 163 Acorn Lane Colchester, VT 05446-6611 | 888-835-4672 | Trade Vendor | | 76,887.87 |
| Diamond Staffing Services 160 Broadway, 15Th Floor New York, NY 10038 | 212-346-7960 | Trade Vendor | | 83,146.81 |
| Walle Corporation 5900 Windward Parkway Suite 375 Alpharetta, GA 30005 | 800-942-6763 | Trade Vendor | | 100,469.04 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30346-301X-****** - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cardmember Service P.O. Box 15153 Willmington, DE 19886-5153 | | Trade Vendor | | 115,241.30 |
| Complete Labor & Staffing 50 Nashua Road Suite 209B Londonderry, NH 03053 | 603-935-9031 | Trade Vendor | | 118,237.30 |
| Iqms Software 2231 Wisteria Ln Paso Robles, CA 93446 | 805-227-1122 | Trade Vendor | | 180,960.00 |
| Transcanada Power Marketing Ltd. 110 Turnpike Road, Suite 300 Westborough, MA 01581-2808 | 508-475-6095 | Trade Vendor | | 199,872.00 |
| Borden Dairy Company 8750 N. Central Expwy. Suite 400 Dallas, TX 75231 | 469-587-0162 | Trade Vendor | | 416,088.80 |
| Business Finance Auth. - NH 2 Pillsbury St. Ste 201 Concord, NH 03301 | | | | 674,449.40 Collateral FMV 0.00 |
| Internal Revenue Service Centralized Insolvency Unit PO Box 21126 Philadelphia, PA 19114 | | | | 939,071.98 Collateral FMV 0.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Allstar Dairy Association P.O. Box 63 2599 Cincinatti, OH 45263-2599 | 800-930-3644 | Trade Vendor | | 977,104.46 |
| Dantrade BV Schiphol Boulevard 105 1118 Bg Schiphol NETHERLANDS | Matthias Sterkens c/o Matthias.Sterkens@danone.com | Trade Vendor | | 1,014,392.75 |
| Centrix Attn: David Cassidy 1 Atwood Ln Bedford, NH 03110 | | | | 3,607,208.70 Collateral FMV 2,400,000.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   October 20, 2013

Signature   /s/ Eugene F. Torvend
EUGENE F. TORVEND,
President