Filed & Entered
On Docket
October 21, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PLASTIC TECHNOLOGIES OF VERMONT, INC. ) | Case No. 13-10729- cab |
| ) | *Chapter 11 case* |
| Debtor in Possession. ) | |
| | |
| IN RE: ) | |
| ) | |
| PLASTIC TECHNOLOGIES OF MARYLAND, INC. ) | Case No. 13-10730- cab |
| ) | *Chapter 11 case* |
| Debtor in Possession. ) | |
| | |
| IN RE: ) | |
| ) | |
| PLASTIC TECHNOLOGIES OF NEW YORK, LLC ) | Case No. 13-10731- cab |
| ) | *Chapter 11 case* |
| Debtor in Possession. ) | |
| | *Pending Joint Administration* |

**ORDER ON DEBTORS' MOTION FOR EMERGENCY HEARING ON
DEBTORS' MOTION FOR ORDER APPROVING BIDDING PROCEDURES
AND RELATED RELIEF**

On October 21, 2013, Plastic Technologies of Vermont, Inc., Plastic Technologies of Maryland, Inc., and Plastic Technologies of New York, LLC (collectively, "Debtors") filed a motion (Doc.#10) (the "Emergency Motion")[1] seeking an emergency hearing on their motion (Doc#12) (the "Motion") for an order: (i) approving bidding procedures for sale of substantially all of Debtors' assets (the "Sale"), (ii) approving payment of a break-up fee to Consolidated Container Company LP ("Stalking Horse"), (iii) approving the form of proposed notices, (iv)

---

[1] Any capitalized terms not defined herein shall have the meaning given to them in the Motion.

scheduling an auction, (v) establishing assumption and assignment procedures for executory contracts and unexpired leases and (vi) scheduling a further hearing to consider (a) approval of the Sale to Stalking Horse pursuant to an "Asset Purchase Agreement" with Debtors or other successful bidder based on the results of the Auction and (b) assumption and assignment of executory contracts and unexpired leases.  The Court has determined that granting the relief requested in the Emergency Motion is in the best interests of Debtors, their estates, creditors and other parties in interest, and is a proper exercise of Debtors' business judgment.  It appears that proper and adequate notice of the Emergency Motion has been given, no other or further notice is necessary, and good and sufficient cause for this Order has been shown.

**IT IS HEREBY ORDERED THAT:**

1. The Emergency Motion is GRANTED.

2. A hearing on the Preliminary Relief sought in the Motion will be held on October 22, 2013 at 10 a.m. (Eastern Time) before the Honorable Colleen A. Brown at Federal Building, 11 Elmwood Ave, 2nd Floor, Burlington, VT.

3. Debtors or their agent are directed to serve a copy of this Order on applicable notice parties.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**SO ORDERED**

**Dated:**  Oct 21, 2013

*[signature]*

**The Honorable Colleen A. Brown**
**United States Bankruptcy Judge**

2